IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>CARBON HEALTH TECHNOLOGIES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-90306 (CML)<br><br>(Joint Administration Requested) |

**NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 BANKRUPTCY CASE**

On February 2, 2026 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas. The undersigned proposed counsel for the Debtors believes that these chapter 11 cases qualify as complex chapter 11 cases because:

_____X_____   The Debtors have total debt of more than $10 million;

_____X_____   There are more than 50 parties in interest in these chapter 11 cases;

_____   Claims against the Debtors are publicly traded;

_____   Other (Substantial explanation is required. Attach additional sheets if necessary).

The Debtors request entry of an order granting the relief requested herein and granting such other and further relief as the Court deems just and proper under the circumstances.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth. The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

4901-9692-9158.1 12854.00001

| | |
|---|---|
| Dated: February 2, 2026 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | /s/ *Maxim B. Litvak* |
| | Maxim B. Litvak (SBT 24002482) |
| | Theodore S. Heckel (SBT 24133488) |
| | 700 Louisiana Street, Suite 4500 |
| | Houston, TX 77002 |
| | Telephone: (713) 691-9385 |
| | Facsimile:  (713) 691-9407 |
| | mlitvak@pszjlaw.com |
| | theckel@pszjlaw.com |
| | |
| | -and- |
| | |
| | Debra I. Grassgreen (*pro hac vice* pending) |
| | John W. Lucas (*pro hac vice* pending) |
| | One Sansome Street, 34th Floor, Suite 3430 |
| | San Francisco, CA 94104 |
| | Telephone: (415) 263-7000 |
| | Facsimile:  (415) 263-7010 |
| | dgrassgreen@pszjlaw.com |
| | jlucas@pszjlaw.com |
| | |
| | *Proposed Counsel to the Debtors and Debtors in Possession* |

**Certificate of Service**

I certify that on February 2, 2026 I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Maxim B. Litvak*
Maxim B. Litvak