# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>CARBON HEALTH TECHNOLOGIES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-90306 (CML<br><br>(Joint Administration Requested) |

## DEBTORS' WITNESS AND EXHIBIT LIST

Carbon Health Technologies, Inc. and certain of its affiliates (collectively, the "Debtors") hereby submit the following *Witness and Exhibit List* (the "Witness and Exhibit List") with respect to the hearing scheduled on February 3, 2026 at 2:00 p.m. (CT) in the above-captioned bankruptcy cases (the "Cases") pending before the Honorable Christopher M. Lopez.

## WITNESS LIST

The Debtors may call the following witnesses:

1. Kerem Ozkay, Chief Executive Officer;

2. Reilly Olsen, Senior Director, Alvarez & Marsal North America, LLC;

3. Douglas Stout, Managing Director, Alvarez & Marsal North America, LLC;

4. Paul Rundell, Managing Director, Alvarez & Marsal North America, LLC;

5. Vladimir Moshinsky, Managing Director, Stifel, Nicolaus & Company, Incorporated;

6. Any witness listed, offered, or called by any other party; and

7. Any witness required for rebuttal or impeachment.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth.The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

4933-7396-1868.1 12854.00001

**EXHIBIT LIST**

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | Declaration of Kerem Ozkay in Support of Debtors' Chapter 11 Petitions [Docket No. 16] | | | | |
| 2. | Declaration of Reilly Olsen of Alvarez & Marsal North America, LLC in Support of Debtors' DIP Financing Motion [Docket No. 14] | | | | |
| 3. | Declaration of Vladimir Moshinsky of Stifel, Nicolaus & Company, Incorporated in Support of Debtors' DIP Financing Motion [Docket No. 15] | | | | |
| 4. | DIP Financing Agreement [Docket No. 13-1, Exh. A] | | | | |
| 5. | Budget [Docket No. 13-1, Annex 1] | | | | |
| 6. | Any exhibits listed, designated, or offered by any other party. | | | | |
| 7. | Any exhibits necessary for rebuttal. | | | | |
| 8. | Any pleading or other document filed with the Court on the docket of the Cases and related adversary proceedings | | | | |

The Debtors reserve the right to modify, amend or supplement this Witness and Exhibit List at any time.  The Debtors reserve the right to ask the Court to take judicial notice of pleadings, orders, transcripts and/or documents filed in or in connection with these Cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the February 3, 2026 hearing.  Designation of any exhibit above does not waive any objections the Debtors may have to any exhibit listed on any other party's exhibit list.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: February 2, 2026 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>/s/ *Maxim B. Litvak*<br>Maxim B. Litvak (SBT 24002482)<br>Theodore S. Heckel (SBT 24133488)<br>700 Louisiana Street, Suite 4500<br>Houston, TX 77002<br>Telephone: (713) 691-9385<br>Facsimile:  (713) 691-9407<br>mlitvak@pszjlaw.com<br>theckel@pszjlaw.com<br><br>-and-<br><br>Debra I. Grassgreen (*pro hac vice* pending)<br>John W. Lucas (*pro hac vice* pending)<br>One Sansome Street, 34th Floor, Suite 3430<br>San Francisco, CA 94104<br>Telephone: (415) 263-7000<br>Facsimile:  (415) 263-7010<br>dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |

## Certificate of Service

I certify that on February 2, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Maxim B. Litvak*
Maxim B. Litvak