**Carbon Health**
DIP Budget

| Actuals/Forecast (USD $000s) | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Total FCST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MFY | Feb 26 | Feb 26 | Feb 26 | Feb 26 | Mar 26 | Mar 26 | Mar 26 | Mar 26 | Apr 26 | Apr 26 | Apr 26 | Apr 26 | May 26 | May 26 |
| FCST Period | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 13 |
| Period End | 2/6/26 | 2/13/26 | 2/20/26 | 2/27/26 | 3/6/26 | 3/13/26 | 3/20/26 | 3/27/26 | 4/3/26 | 4/10/26 | 4/17/26 | 4/24/26 | 5/1/26 | 5/1/26 |
| **Receipts** | | | | | | | | | | | | | | |
| Operating Collections | 2,968 | 2,937 | 3,411 | 3,037 | 3,299 | 3,055 | 2,996 | 2,994 | 3,275 | 3,056 | 2,909 | 2,895 | 3,174 | 40,006 |
| DIP Funding | - | 9,000 | - | - | 5,000 | - | - | 4,000 | - | - | 1,500 | - | - | 19,500 |
| **Total Receipts** | $ 2,968 | $ 11,937 | $ 3,411 | $ 3,037 | $ 8,299 | $ 3,055 | $ 2,996 | $ 6,994 | $ 3,275 | $ 3,056 | $ 4,409 | $ 2,895 | $ 3,174 | $ 59,506 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Payroll + Benefits | (261) | (4,236) | (993) | (3,631) | (1,016) | (3,631) | (601) | (3,733) | (916) | (3,631) | (601) | (3,733) | (916) | (27,899) |
| Vendor Payments | (19) | (1,862) | (1,834) | (1,049) | (1,195) | (1,491) | (867) | (632) | (960) | (1,219) | (867) | (712) | (838) | (13,548) |
| Rent | - | - | - | - | (1,650) | - | - | - | (1,650) | - | - | - | - | (3,300) |
| CH Colombia/Turkey | - | - | - | - | - | - | (150) | (115) | - | - | (150) | (115) | - | (530) |
| **Operating Disbursements** | **(280)** | **(6,098)** | **(2,827)** | **(4,680)** | **(3,861)** | **(5,122)** | **(1,618)** | **(4,480)** | **(3,526)** | **(4,850)** | **(1,618)** | **(4,560)** | **(1,754)** | **(45,277)** |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| KERP/KEIP | - | - | - | - | - | (330) | - | - | - | - | - | - | - | (330) |
| Utility Deposit | - | (100) | - | - | - | - | - | - | - | - | - | - | - | (100) |
| Notice Plan | - | (45) | (500) | - | - | - | - | - | - | - | (250) | - | - | (795) |
| Professional Fees | (738) | (1,168) | (1,790) | (796) | (915) | (1,306) | (1,790) | (689) | (808) | (1,198) | (1,608) | (738) | (1,172) | (14,714) |
| US Trustee | - | - | - | - | - | - | - | - | - | - | - | - | (600) | (600) |
| **Non-Operating Disbursements** | **(738)** | **(1,313)** | **(2,290)** | **(796)** | **(915)** | **(1,636)** | **(1,790)** | **(689)** | **(808)** | **(1,198)** | **(1,858)** | **(738)** | **(1,772)** | **(16,539)** |
| **Liquidity** | | | | | | | | | | | | | | |
| Beginning Cash Balance | 4,755 | 6,705 | 11,230 | 9,524 | 7,084 | 10,607 | 6,905 | 6,493 | 8,318 | 7,259 | 4,267 | 5,200 | 2,797 | 4,755 |
| Net Cash Flow | 1,950 | 4,525 | (1,707) | (2,440) | 3,523 | (3,702) | (413) | 1,825 | (1,059) | (2,992) | 933 | (2,403) | (352) | (2,310) |
| **Ending Cash Balance** | $ 6,705 | 11,230 | 9,524 | 7,084 | 10,607 | 6,905 | 6,493 | 8,318 | 7,259 | 4,267 | 5,200 | 2,797 | 2,445 | $ 2,445 |
| Letters of Credit | (670) | (670) | (670) | (670) | (670) | (670) | (670) | (670) | (670) | (670) | (670) | (670) | (670) | (670) |
| Restricted Account | (649) | (649) | (649) | (649) | (649) | (649) | (649) | (649) | (649) | (649) | (649) | (649) | (649) | (649) |
| Legal Garnishment | (1,970) | (1,970) | (1,970) | (1,970) | (1,970) | (1,970) | (1,970) | (1,970) | (1,970) | - | - | - | - | - |
| **(Less) Restricted Cash** | **(3,290)** | **(3,290)** | **(3,290)** | **(3,290)** | **(3,290)** | **(3,290)** | **(3,290)** | **(3,290)** | **(3,290)** | **(1,320)** | **(1,320)** | **(1,320)** | **(1,320)** | **$ (1,320)** |
| **Net Available Cash** | $ 3,415 | $ 7,940 | $ 6,234 | $ 3,794 | $ 7,318 | $ 3,615 | $ 3,203 | $ 5,028 | $ 3,969 | $ 2,947 | $ 3,880 | $ 1,477 | $ 1,125 | $ 1,125 |