# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re:<br><br>CARBON HEALTH TECHNOLOGIES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-90305 (CML)<br><br>(Jointly Administered) |

## AGENDA FOR HEARING SCHEDULED FOR
## FEBRUARY 3, 2026, AT 2:00 P.M. (PREVAILING CENTRAL TIME)

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this Agenda for the hearing scheduled for February 3, 2026, at 2:00 p.m. (prevailing Central Time) before the Honorable Christopher M. Lopez of the United States Bankruptcy Court for the Southern District of Texas, Houston Division:

**A.   First Day Motions**

1. *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Maintenance of Existing Bank Accounts; (II) Authorizing Continuance of Existing Cash Management System; (III) Granting Limited Waiver of Section 345(b) Deposit Requirements; (IV) Authorizing Continued Performance of Intercompany Transactions and Funding; and (V) Granting Related Relief* [Docket No. 5].

   **Responses Received**:  None as of this filing.

   **Status**:  The matter is going forward.

2. *Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to (I) Pay and/or Honor Prepetition Wages, Salaries, Incentive Payments, Employee Benefits, and Other Compensation; (II) Remit Withholding Obligations and Deductions; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests* [Docket No. 6].

   **Responses Received**:  None as of this filing.

---

[1]   A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth. The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

4933-1947-6361.1 12854.00001

      **Status**:  The matter is going forward.

3. *Debtors' <u>Emergency</u> Motion for Entry of Orders (I) Establishing Notification Procedures and Approving Restrictions on (A) Certain Transfers of Interests In Debtors and (B) Certain Worthless Stock Deduction Claims; (II) Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Claims Against Debtors; and (III) Granting Related Relief* [Docket No. 7].

   **Responses Received**:  None as of this filing.

   **Status**:  The matter is going forward.

4. *Debtors' <u>Emergency</u> Motion for the Entry of an Order (I) Authorizing the Debtors to Maintain and Administer Their Existing Patient Programs and Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief* [Docket No. 8].

   **Responses Received**:  None as of this filing.

   **Status**:  The matter is going forward.

5. *Debtors' <u>Emergency</u> Motion for the Entry of an Order (I) Approving the Proposed Adequate Assurance Deposit for Future Utility Services, (II) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, (III) Approving the Proposed Adequate Assurance Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief* [Docket No. 9].

   **Responses Received**:  None as of this filing.

   **Status**:  The matter is going forward.

6. *Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Honor and Renew the Premium Financing Agreement Entered Into Prepetition and Satisfy Obligations Related Thereto, and (C) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; and (II) Granting Related Relief* [Docket No. 10].

   **Responses Received**:  None as of this filing.

   **Status**:  The matter is going forward.

7. *Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (II) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information, and (III) Granting Related Relief* [Docket No. 11].

   **Responses Received**:  None as of this filing.

   **Status**:  The matter is going forward.

8. *Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Extending Time to File (A) Schedules of Assets and Liabilities, (B) Schedules of Executory Contracts and Unexpired Leases, (C) Statements of Financial Affairs, and (D) Bankruptcy Rule 2015.3 Reports, and (II) Granting Related Relief* [Docket No. 12].

   **<u>Responses Received</u>**:  None as of this filing.

   **<u>Status</u>**:  The matter is going forward.

9. *Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Post-Petition Secured Financing Pursuant to Section 364 of the Bankruptcy Code; (II) Authorizing the Debtors to Use Certain Cash Collateral; (III) Granting Liens and Superpriority Administrative Expense Claims; (Iv) Granting Adequate Protection to the Prepetition Secured Parties; (V) Modifying the Automatic Stay; (VI) Scheduling a Final Hearing; and (VII) Granting Related Relief* [Docket No. 13].

   **<u>Responses Received</u>**:  None as of this filing.

   **<u>Status</u>**:  The matter is going forward.

B. **<u>Related Documents</u>**

1. *Declaration of Kerem Ozkay in Support of the Debtors' Chapter 11 Petitions and First Day Relief* [Docket No. 16].

2. *Declaration of Reilly Olsen of Alvarez & Marsal North America, LLC in Support of Debtors' DIP Financing Motion* [Docket No. 14].

3. *Declaration of Vladimir Moshinsky of Stifel, Nicolaus & Company Incorporated in Support of Debtors' DIP Financing Motion* [Docket No. 15].

4. *Notice of Telephonic and Video Conference Hearing on Certain Emergency Motions* [Docket No. 21].

5. *Debtors' Witness and Exhibit List* [Docket No. 22].

6. *Order Granting Complex Case Treatment* [Docket No. 23].

7. *Debtors' <u>Emergency</u> Ex Parte Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent* [Docket No. 4].

8. *Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent* [Docket No. 24].

| | |
|---|---|
| Dated: February 2, 2026 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Maxim B. Litvak*<br>Maxim B. Litvak (SBT 24002482)<br>Theodore S. Heckel (SBT 24133488)<br>700 Louisiana Street, Suite 4500<br>Houston, TX 77002<br>Telephone: (713) 691-9385<br>Facsimile:  (713) 691-9407<br>mlitvak@pszjlaw.com<br>theckel@pszjlaw.com<br><br>-and-<br><br>Debra I. Grassgreen (*pro hac vice* pending)<br>John W. Lucas (*pro hac vice* pending)<br>One Sansome Street, 34th Floor, Suite 3430<br>San Francisco, CA 94104<br>Telephone: (415) 263-7000<br>Facsimile:  (415) 263-7010<br>dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |

**CERTIFICATE OF SERVICE**

I certify that on February 2, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/* Maxim B. Litvak
Maxim B. Litvak