IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: <br><br> CARBON HEALTH TECHNOLOGIES, INC., et al., <br><br> Debtors. [1] | Chapter 11 <br><br> Case No. 26-90306 (CML) <br><br> (Jointly Administered) |

**NOTICE OF FILING PROPOSED NOTICE OF COMMENCEMENT POSTCARD**

**PLEASE TAKE NOTICE** that on **February 2, 2026**, the above-referenced debtors and debtors in possession (the "Debtors") commenced these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that on February 3, 2026, the Court entered the *Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (II) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information, and (III) Granting Related Relief* [Docket No. 48] (the "Case Administration Order"), which, among other things, approved the form and manner of noticing creditors of the commencement of these Chapter 11 Cases, including special noticing procedures for the Debtors' current and former patients (the "Notice of Commencement").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Case Administration Order, attached hereto as **Exhibit A** is a proposed form of Notice of Commencement abbreviated for a postcard mailing (the "Notice Postcard"). The Notice Postcard would be sent to parties listed on the creditor matrix who either (a) have no email on file or (b) were emailed but the email was returned as undeliverable.

**PLEASE TAKE FURTHER NOTICE** all documents filed in this chapter 11 case are available free of charge by visiting https://restructuring.ra.kroll.com/CarbonHealth.  Copies of any pleadings or

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth. The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

4919-3789-7869.1 12854.00002

papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: February 5, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Maxim B. Litvak*
Maxim B. Litvak (SBT 24002482)
Theodore S. Heckel (SBT 24133488)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
mlitvak@pszjlaw.com
theckel@pszjlaw.com

-and-

Debra I. Grassgreen (admitted *pro hac vice*)
John W. Lucas (admitted *pro hac vice*)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Telephone: (415) 263-7000
Facsimile:  (415) 263-7010
dgrassgreen@pszjlaw.com
jlucas@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on February 5, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Maxim B. Litvak*
Maxim B. Litvak

# EXHIBIT A

IN RE CARBON HEALTH TECHNOLOGIES, INC., ET AL.
CASE NO. 26-90306 (SDTX)
**IMPORTANT LEGAL NOTICE**
*Read this Notice carefully.*
*Your rights may be affected.*

This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice.

KROLL RESTRUCTURING ADMINISTRATION LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

[AddressID] - Barcode
[StaticLine] - Human Readable

[NAME]
[ADDRESS FIELDS]

**Commencement.** On February 2, 2026, Carbon Health Technologies, Inc. and twenty-eight (28) affiliated debtors (collectively, the "Debtors") each filed a petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court"). The cases are pending before the Honorable Christopher M. Lopez, and are jointly administered under Case No. 26-90306. A list of all other names used in the last 8 years by each Debtor and each Debtor's address, case number and employer identification number is available on the Notice of Chapter 11 Bankruptcy Case (the "Notice of Commencement") at https://restructuring.ra.kroll.com/CarbonHealth.

**Meeting of Creditors.** The Office of the United States Trustee has scheduled a meeting of creditors for March 12, 2026 at 1:00 p.m. (Central Time). The meeting will be conducted telephonically at (888) 330-1716, using participant code 7125797#. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. The Debtors' representative must attend the meeting to be questioned under oath. Creditors may attend but are not required to do so.

**Deadline for Filing Proofs of Claim**. A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. A proof of claim form may be filed either electronically or as a paper document. For more information on how to file a Proof of Claim, visit the court-appointed claims agent's website at https://restructuring.ra.kroll.com/CarbonHealth. **The Court has not yet set a deadline for filing proofs of claim against the Debtors.** At a later date, creditors will receive notice by mail of the deadline to file a proof of claim.

For more information, including access free-of-charge to all documents filed with the Court, please visit the Debtors' case website at https://restructuring.ra.kroll.com/CarbonHealth (accessible via QR code attached) or contact Kroll Restructuring Administration LLC ("Kroll"), the Debtors' court-appointed claims and noticing agent, at (888) 582-4146 (toll free in the U.S. and Canada) or +1 (646) 814-6429. For legal advice, you should contact an attorney. The staff of the bankruptcy clerk's office and Kroll cannot give legal advice.

