UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE<br><br>CARBON HEALTH TECHNOLOGIES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 26-90306 (CML)<br><br>(Jointly Administered) |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that CF Chino, LLC, an Arizona limited liability company ("Chino"), by and through their counsel, Ervin Cohen & Jessup LLP hereby requests pursuant to Bankruptcy Code § 1009(b) and Bankruptcy Rules 2002, 3017, 4001, and 9007 that notice of all matters which may come before the Court be given as follows:

> CF Chino, LLC
> c/o Byron Z. Moldo, Esq.
> Ervin Cohen & Jessup LLP
> 9401 Wilshire Boulevard, 12th Floor
> Beverly Hills, CA 90212

PLEASE TAKE FURTHER NOTICE that Chino hereby requests that they be included on the official mailing matrix and all limited notice or service lists authorized by the Court in this Case.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, complaints, demands, replies, answers, hearings, motions, petitions, requests, operating reports, plans of reorganization, disclosure statements, including all amendments of any of the foregoing and any other documents brought before the Court in this case, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, email, telegraph, telex, facsimile, or otherwise.

13332.1:11950278.1

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Chino's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Chino is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED:  February 5, 2026    ERVIN COHEN & JESSUP LLP

By:  /s/ Byron Z. Moldo
BYRON Z. MOLDO (CA SBN 109652)
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, 12th Floor
Beverly Hills, CA 90212
Tel: 310.273.6333
Fax: 310.887.6802
Email: bmoldo@ecjlaw.com
Attorneys for CF Chino, LLC,
An Arizona limited liability company

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of February 2026, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was sent Via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

                                            */s/ Debbie A. Perez*
                                               Debbie A. Perez

13332.1:11950278.1