United States Bankruptcy Court<br>
Southern District of Texas<br>
**ENTERED**<br>
February 03, 2026<br>
Nathan Ochsner, Clerk

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 26-90306 (CML) |
|---|---|---|---|
| Debtor | In Re: Carbon Health Technologies, Inc., et al. | | |

This lawyer, who is admitted to the State Bars of ___California and Florida___

| Name | Debra I. Grassgreen |
|---|---|
| Firm | Pachulski Stang Ziehl & Jones LLP |
| Street | One Sansome Street, 34th Flr. Ste 3430 |
| City & Zip Code | San Francisco, CA 94104 |
| Telephone | 415.263.7000 |
| Licensed: State & Number | CA 169978; FL 939579 |

Seeks to appear as the attorney for this party:

| Carbon Health Technologies, Inc., et al. | |
|---|---|
| Dated: February 2, 2026 | Signed: */s/ Debra I. Grassgreen* |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated: _____   Signed: _____ Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: February 03, 2026

_/s/ Christopher M. Lopez_
Christopher Lopez
United States Bankruptcy Judge

4906-5322-5052.1 12854.00001

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 26-90306-cml |
| Carbon Health Technologies, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Feb 03, 2026 | Form ID: pdf002 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Carbon Health Technologies, Inc., 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087-2612 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Future Solution Investments LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2026      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Maxim Boris Litvak | on behalf of Debtor Carbon Health Alpha Medical Group of Florida  P.A. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor Carbon Health East Bay Primary Care  P.C. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
| Date Rcvd: Feb 03, 2026 | Form ID: pdf002 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Carbon Health East Bay Medical Group P.C. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Treat Medical Inc. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Central Jersey Urgent Care Limited Liability Company mlitvak@pszjlaw.com hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Carbon Health Alpha Primary Care of Florida P.A. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Carbon Health Primary Care of California P.C. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Carbon Health Medical Group of Sunnyvale Inc. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Carbon Health Medical Group of California P.C. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Carbon Health Medical Group of Wisconsin S.C. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Carbon Health South Bay Medical Group P.C. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Carbon Health Alpha Medical Group of California P.C. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Carbon Health South Bay Primary Care P.C. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Carbon Health Technologies Inc. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Carbon Health Alpha Primary Care of Kansas P.A. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Carbon Health Alpha Medical Group of Kansas P.A. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Carbon Health Primary Care of Florida P.A. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Carbon Health Medical Group of Texas PLLC mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Carbon Health Primary Care of Kansas P.A. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Carbon Health Primary Care of Wisconsin S.C. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Ritecare Medical Center LLC mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Carbon Health Primary Care of New Jersey P.A. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Carbon Health Medical Group of Kansas P. A. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Djavaherian Medical Practice PLLC mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Hillcrest Urgent Care of Alabama PC mlitvak@pszjlaw.com hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Carbon Health Medical Group of Massachusetts P.C. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Carbon Health Alpha Primary Care of California P.C. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Carbon Health Medical Group of New Jersey P.A. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Carbon Health Medical Group of Florida P.A. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Nicklos Tanner Frei | |
| | on behalf of Creditor Future Solution Investments LLC tfrei@ktbslaw.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
| Date Rcvd: Feb 03, 2026 | Form ID: pdf002 | Total Noticed: 1 |

Nir Maoz
    on behalf of Creditor Future Solution Investments LLC nmaoz@ktbslaw.com

Robert J. Smith
    on behalf of Creditor Future Solution Investments LLC rsmith@ktbslaw.com

Theodore S. Heckel
    on behalf of Debtor Carbon Health Technologies  Inc. theckel@pszjlaw.com, abates@pszjlaw.com;klabrada@pszjlaw.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 35