**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CARBON HEALTH TECHNOLOGIES, INC., et al., | Case No. 26-90306 (CML) |
| Debtors [1] | (Jointly Administered) |

**MASTER SERVICE LIST AS OF FEBRUARY 5, 2026**

Pursuant to the *Order Granting Complex Case Treatment* (Docket No. 23), attached hereto as **Exhibit A** is the consolidated Master Service List, as of February 5, 2026, for Carbon Health Technologies, Inc. and its debtor affiliates (collectively, the "**Debtors**"). A copy of the Master Service List can be accessed on the website established by the Debtors' court-approved claims, noticing, and solicitation agent, Kroll Restructuring Administration, LLC, at https://restructuring.ra.kroll.com/carbonhealth/.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth. The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

**Exhibit A**

In re: Carbon Health Technologies, Inc., *et al.*
Master Service List
Case No. 26-90306 (CML)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 30 Unsecured Creditor | BDO USA LLP | Attn: Kristin Peters | One Bush St | Suite 1800 | San Francisco | CA | 94104 | | (415) 397-7900 | | ktaylor@bdo.com |
| Top 30 Unsecured Creditor | Builders VC Fund I, L.P. | Attn: Jim Kim | 201 Mission St | Suite 2350 | San Francisco | CA | 94105 | | (415) 692-1720 | | paul@builders.vc<br>jim@builders.vc |
| Top 30 Unsecured Creditor | Camber Road Partners, Inc. | Attn: Steve Aronson | 4999 France Avenue S | Suite 216 | Minneapolis | MN | 55410 | | (952) 236-7251 | | aronson@camberroad.com |
| Top 30 Unsecured Creditor | Canon Financial Services | Attn: Isao Kobayashi | 14904 Collections Center Dr | | Chicago | IL | 60693 | | (856) 813-1000 | | ikobayashi@cusa.canon.com |
| Debtor | Carbon Health Technologies, Inc. | Attn: President or General Counsel | 500 East Remington Drive | Suite 20 | Sunnyvale | CA | 94087 | | | | |
| Top 30 Unsecured Creditor | Carbonara DF Holdings, LP | Attn: Michael Dimitruk | 1 Letterman Drive | Building D Suite M500 | San Francisco | CA | 94129 | | (415) 539-3099 | | luke@dragoneer.com<br>michael@dragoneer.com |
| Top 30 Unsecured Creditor | CDW LLC | Attn: Chris Leahy | 200 N Milwaukee Ave | | Vernon Hills | IL | 60061 | | (847) 465-6000 | | cleahy@cdw.com |
| Top 30 Unsecured Creditor | Concentrix CVG Customer Management Group Inc | Attn: Jane Fogarty | 201 East 4Th Street | | Cincinnati | OH | 45202 | | (864) 518-8600 | | jane.fogarty@concentrix.com |
| Top 30 Unsecured Creditor | CSC Leasing Company | Attn: John Corey | 6802 Paragon Place, Suite 350 | | Richmond | VA | 23230 | | (804) 673-1000 | | jec@cscleasing.com |
| Top 30 Unsecured Creditor | DCVC V, L.P. | Attn: Zachary Bogue | 270 University Ave | | Palo Alto | CA | 94301 | | (415) 840-7337 | | finance@dcvc.com<br>zack@dcvc.com |
| Top 30 Unsecured Creditor | DME Service Solutions LLC | Attn: Richard Lee | 402 West Broadway, Suite 400 | | San Diego | CA | 92101 | | (760) 522-8869 | | rlee@dmeserve.com |
| Top 30 Unsecured Creditor | Dublin Station, LLC | Attn: Robert F. Myers | 11501 Northlake Drive | | Cincinnati | OH | 45249 | | (513) 288-9155 | | bmyers@phillipsedison.com |
| Counsel to Creditor Haagen Redondo, LLC | Epps & Coulson, LLP | Attn: Dawn M. Coulson | 1230 Crenshaw Boulevard | Suite 200 | Torrance | CA | 90501 | | 213-929-2390 | | dawn@eppscoulson.com |
| Top 30 Unsecured Creditor | Ernst and Young U.S. LLP | Attn: Vishal Gupta | 155 North Wacker Drive | | Chicago | IL | 60606 | | (773) 332-4448 | | vishal.gupta@ey.com |
| Counsel to CF Chino, LLC | Ervin Cohen & Jessup LLP | Attn: Byron Z Moldo | 9401 Wilshire Boulevard | 12th Floor | Beverly Hills | CA | 90212 | | 310-273-6333 | 310-887-6802 | bmoldo@ecjlaw.com |
| Counsel to Quest Diagnostics Clinical Laboratories, Inc. | Faegre Drinker Biddle & Reath LLP | Attn: Brett D. Fallon | 222 Delaware Avenue | Suite 1410 | Wilmington | DE | 19801 | | 302-467-4224 | 302-467-4201 | brett.fallon@faegredrinker.com |
| Counsel to Quest Diagnostics Clinical Laboratories, Inc. | Faegre Drinker Biddle & Reath LLP | Attn: Kristen L. Perry | 2323 Ross Avenue | Suite 1700 | Dallas | TX | 75201 | | 469-357-2500 | 469-327-0860 | kristen.perry@faegredrinker.com |
| Top 30 Unsecured Creditor | Foley & Lardner LLP | Attn: Thomas B. Ferrante | 100 North Tampa St | Suite 2700 | Tampa | FL | 33602-5810 | | (813) 225-4148 | | tferrante@foley.com |
| DIP Lender & Prepetition Secured Lender | Future Solution Investments LLC | Attn: Nir Maoz, Tanner Frei, Robert Smith | KTBS Law LLP | 1901 Century Park East 26th Floor | Los Angeles | CA | 90067 | | | | Tfrei@ktbslaw.com<br>Rsmith@Ktbslaw.com<br>Nmaoz@ktbslaw.com |
| Top 30 Unsecured Creditor | Gerrity Group, LLC | Attn: Kevin Gerrity | 973 Lomas Santa Fe Dr | | Solana Beach | CA | 92075 | | (646) 344-1987 | | kgerrity@gerritygroup.com |
| Counsel to the Direct and Indirect Owner and/or Managing Agent | GGP Retail LLC, as Agent | Attn: Kristen N. Pate | 350 N. Orleans Street | Suite 300 | Chicago | IL | 60654-1607 | | 312-960-2940 | 312-442-6374 | bk@ggp.com |
| Top 30 Unsecured Creditor | Google LLC | Attn: Sundar Pichai | 1600 Amphitheatre Parkway | | Mountain View | CA | 94043 | | (650) 253-0000 | | sundarpichai@google.com |
| Top 30 Unsecured Creditor | Hilco Real Estate, LLC | Attn: Eric Kaup | 5 Revere Drive, Suite 410 | | Northbrook | IL | 60062 | | (847) 313-4790 | | ekaup@hilcoglobal.com |
| Top 30 Unsecured Creditor | Hourani Global PLLC | Attn: Hayel Hourani | 745 5Th Avenue, 5Th Flr | | New York | NY | 10151 | | (212) 500-7720 | | hhourani@houranipartners.com |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 1111 Constitution Ave NW | | Washington | DC | 20224 | | 800-973-0424 | 855-235-6787 | |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| Prepetition Secured Lender | John Muir Health | Attn: Scott Lessne, Rick Hyman | Crowell & Moring LLP | 1001 Pennsylvania Ave NW | Washington | DC | 20004 | | | | Slessne@Crowell.com<br>Fhyman@Crowell.com |
| Top 30 Unsecured Creditor | Kaiser Foundation Health Plan Inc | Attn: Gregory Smith | 1 Kaiser Plaza | | Oakland | CA | 94612 | | (408) 770-3181 | | gregory.a.smith@kp.org |
| Prepetition Secured Lender | KTBS Law | Attn: Nir Maoz | 1801 Century Park East | Twenty Sixth Floor | Los Angeles | CA | 90067 | | | | nmaoz@ktbslaw.com |
| Top 30 Unsecured Creditor | Latham & Watkins LLP | Attn: Amy Hargreaves | 12670 High Bluff Drive | | San Diego | CA | 92130 | | (858) 523-5424 | | amy.hargreaves@lw.com |
| Counsel to RPT Realty, LLC | Lieser Skaff, PLLC | Attn: Stephanie M. Martin, Jeffery Lieser | 403 N. Howard Ave | | Tampa | FL | 33606 | | | | stephanie@lieserskaff.com<br>jeff@lieserskaff.com |
| Counsel to The County of Hays, Texas | Mccreary, Veselka, Bragg & Allen, P.C. | Attn: Julie Anne Parsons | P.O. Box 1269 | | Round Rock | TX | 78680-1269 | | 512-323-3200 | 512-323-3205 | jparsons@mvbalaw.com |
| Top 30 Unsecured Creditor | McKesson Medical-Surgical Inc | Attn: Brian Tyler | 9954 Mayland Drive | Suite 5176 | Henrico | VA | 23233 | | (972) 446-4800 | | btyler@mckesson.com |
| Top 30 Unsecured Creditor | Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild, III | 2222 Market Street | | Philadelphia | PA | 19103 | | (215) 963-5000 | | john.goodchild@morganlewis.com |
| United States Trustee Southern District of Texas | Office of the United States Trustee | Attn: Jayson B. Ruff | 515 Rusk Street, Suite 3516 | | Houston | TX | 77002 | | 713-718-4662; 202-573-6960 | | Jayson.b.ruff@usdoj.gov |
| Proposed Counsel to the Debtors Debtors and Debtors in Possession | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I. Grassgreen, John W. Lucas | One Sansome Street | 34th Floor, Suite 3430 | San Francisco | CA | 94104 | | 415-263-7000 | 415-263-7010 | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com |
| Proposed Counsel to the Debtors Debtors and Debtors in Possession | Pachulski Stang Ziehl & Jones LLP | Attn: Maxim B. Litvak, Theodore S. Heckel | 700 Louisiana Street, Suite 4500 | | Houston | TX | 77002 | | 713-691-9385 | 713-691-9407 | mlitvak@pszjlaw.com<br>theckel@pszjlaw.com |
| Prepetition Secured Lender | Prime Healthcare Services, Inc | Attn: Brian Brady, Derek Ahn | 3480 East Guasti Road | 2nd Floor | Ontario | CA | 91761 | | | | Bbrady@Primehealthcare.com<br>Dahn1@Primehealthcare.com |
| Top 30 Unsecured Creditor | PROOF II Javelin, LLC | Attn: John Backus | 11911 Freedom Dr | Suite 1080 | Reston | VA | 20190 | | (631) 694-7663 | | notices@proof.vc<br>michael@proof.vc |
| Top 30 Unsecured Creditor | Regency Centers Corporation | Attn: Lisa Palmer | One Independent Drive | Suite 114 | Jacksonville | FL | 32202-5019 | | (904) 598-7000 | | lisapalmer@regencycenters.com |
| Top 30 Unsecured Creditor | Rivet Health SPV I, L.P. | Attn: Jim Kim | 201 Mission St | Suite 2350 | San Francisco | CA | 94105 | | (415) 692-1720 | | jim@builders.vc<br>ted@rivethealth.com<br>angela@builders.vc |
| Top 30 Unsecured Creditor | RPT Realty, L.P. | Attn: Conor Flynn | 500 North Broadway | Suite 201 | Jericho | NY | 11753 | | (516) 869-9000 | | cflynn@kimcorealty.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F ST NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Fort Worth Office | Attn: David Woodcock, Regional Director | Burnett Plaza | 801 Cherry St., Ste. 1900 Unit 18 | Fort Worth | TX | 76102 | | 817-978-3821 | | |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Antonia Apps, Regional Director | 100 Pearl St. | Suite 20-100 | New York | NY | 10004-2616 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov |
| Prepetition Secured Lender | Stanford Health Care | Attn: Treasury Services, Thomas Kim, Dana M. Shank, Joshua M. Mester | 300 Pasteur Drive | MC 5554 | Stanford | CA | 94305 | | (650) 305-1510 | | DI-Treasury@Stanfordhealthcare.org<br>Rismail@Stanfordhealthcare.org<br>Tkim@Stanfordhealthcare.org<br>Danam@Stanford.edu<br>Jmester@Jonesday.com<br>dana.shank@stanford.edu |
| Top 30 Unsecured Creditor | Talkdesk Inc | Attn: Tiago Paiva | 201 Spear Street | Suite 1100 | San Francisco | CA | 94105 | | (650) 305-1510 | | tiagopaiva@talkdesk.com |
| United States Attorney's Office for the Southern District of Texas | U.S. Attorney for Southern District of Texas | Civil Process Clerk | 1000 Louisiana St., Ste 2300 | | Houston | TX | 77002 | | 713-567-9000 | 713-718-3300 | usatxs.atty@usdoj.gov |
| Top 30 Unsecured Creditor | Weingarten Nostat, LLC | Attn: Conor Flynn | 500 North Broadway | Suite 201 | Jericho | NY | 11753 | | (516) 869-9000 | | cflynn@kimcorealty.com |
| Top 30 Unsecured Creditor | Wilson Sonsini Goodrich and Rosati | Attn: Melissa Rick | 650 Page Mill Road | | Palo Alto | CA | 94304-1050 | | (650) 849-3059 | | mrick@wsgr.com |
| Counsel to Camber Road Partners, Inc. | Winthrop & Weinstine, P.A. | Attn: Cynthia L. Hegarty | 225 South Sixth Street | Suite 3500 | Minneapolis | MN | 55402 | | 612-604-6400 | 612-604-6800 | chegarty@winthrop.com |
| Top 30 Unsecured Creditor | WP Explorer 3 LP | Attn: Ryan Phillips | 155 North Wacker Drive | Suite 4400 | Chicago | IL | 60606 | | (312) 277-1300 | | rp@wpglobalpartners.com |