**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:** § | |
| § | **CASE NO. 26-90306** |
| § | |
| **CARBON HEALTH** § | |
| **TECHNOLOGIES, INC,** *et al.* § | |
| § | **CHAPTER 11** |
| **DEBTORS.**[1] § | |
| § | |

**THE UNITED STATES TRUSTEE'S**
**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

The United States Trustee for the Southern District of Texas, through his undersigned attorney and pursuant to Sections 1102(a) and (b)(1) of the United States Bankruptcy Code, hereby appoints the following eligible unsecured creditors to the Official Committee of Unsecured Creditors in the above captioned cases:

| | **Creditor** | **Representative** |
|---|---|---|
| 1 | Creditor R.C. c/o John F. Rooney, Esq. 2401 Pennsylvania Avenue, Suite 1C41 Philadelphia, PA 19130 | Creditor R.C. c/o John Rooney john@rooneyphillylawyer.com |
| 2 | Creditor M.K. c/o Kevin O'Brien & Robert T. Lynch 737 Second Street Pike Southampton, PA 18966 | Creditor M.K. c/o Kevin O'Brien & Robert T. Lynch Rlynch@HSKLinjurylaw.com KObrien@stamponelaw.com |
| 3 | Camber Road Partners., Inc. 4999 France Ave S. Suite 216 Minneapolis, MN 55410 | Nicholas Rankin rankin@camberroad.com |

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth.The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

| 4 | Jessica Dukes<br>C/O Jonathan Melmed and Laura Supanich<br>1801 Century Park East, Suite 850<br>Los Angeles, CA 90067 | Jessica Dukes<br>C/O Jonathan Melmed and Laura Supanich<br>LMS@melmedlaw.com |
|---|---|---|
| 5 | CSC Leasing Co<br>Attn: Christopher Crook<br>6806 Paragon Place, Suite 350<br>Richmond, VA 23230 | Christopher Crook<br>ccrook@cscleasing.com |
| 6 | Regency Centers, L.P<br>Attn: Ernst Bell, Esq.<br>One Independent Drive, Suite 114<br>Jacksonville, FL 32202 | Ernst Bell<br>ernstbell@regencycenters.com |

SIGNED on February 16, 2026.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By: */s/ Ha M. Nguyen*
Ha M. Nguyen
Trial Attorney
CA State Bar No. 305411
515 Rusk, Suite 3516
Houston, Texas 77002
Telephone: (713) 718-4650
Fax: (713) 718-4670
Ha.nguyen@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 16th day of February 2026.

*/s/ Ha M. Nguyen*
Ha M. Nguyen