IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>CARBON HEALTH TECHNOLOGIES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-90306 (CML)<br><br>(Jointly Administered) |

**DEBTORS' NOTICE OF INTENT TO ADDUCE TESTIMONY FROM A REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY**

1. This Notice is filed pursuant to BLR 9017-1(c)(2)(B) by the above-captioned debtors and debtors in possession.

2. This Notice pertains to the matters scheduled for hearing or trial in this case on February 27, 2026 at 1:00 p.m. (prevailing Central Time).

3. The party filing this Notice intends to call the following to testify at the scheduled hearing or trial by telephone and video technology:

    (i)   Kerem Ozkay, Chief Executive Officer;

    (ii)  Reilly Olsen, Senior Director, Alvarez & Marsal North America, LLC; and

    (iii) Vladimir Moshinsky, Managing Director, Stifel, Nicolaus & Company, Inc.

4. Any party-in-interest may object to this notice within 3 days of its filing on the Court's docket. If no party-in-interest files a timely objection, the Court will allow the identified witnesses to give testimony remotely using the Court's telephone and video technology. If the Court does not authorize the testimony to be taken remotely, the Court will schedule a date for the witness's testimony to be given live in open court. Both the witness(es) and the objector must appear in person at the scheduled date.

5. This Notice may be withdrawn at any time prior to the scheduled hearing or trial.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth. The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

4896-7632-4240.1 12854.00002

| | |
|---|---|
| Dated: February 20, 2026 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Maxim B. Litvak*<br>Maxim B. Litvak (SBT 24002482)<br>Theodore S. Heckel (SBT 24133488)<br>700 Louisiana Street, Suite 4500<br>Houston, TX 77002<br>Telephone: (713) 691-9385<br>Facsimile:  (713) 691-9407<br>mlitvak@pszjlaw.com<br>theckel@pszjlaw.com<br><br>-and-<br><br>Debra I. Grassgreen (admitted *pro hac vice*)<br>John W. Lucas (admitted *pro hac vice*)<br>One Sansome Street, 34th Floor, Suite 3430<br>San Francisco, CA 94104<br>Telephone: (415) 263-7000<br>Facsimile:  (415) 263-7010<br>dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |

## CERTIFICATE OF SERVICE

I certify that on February 20, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Maxim B. Litvak*
Maxim B. Litvak

4896-7632-4240.1 12854.00002