IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re: | Chapter 11 |
| Carbon Health Technologies, Inc.,[1] | Case No. 26-90306 (CML) |
| Debtors. | Related Dkt. Nos. 142 |

**OBJECTION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS TO THE DEBTORS'
NOTICE OF INTENT TO ADDUCE TESTIMONY FROM A
REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY**

The Official Committee of Unsecured Creditors (the "UCC"), hereby objects pursuant to Local Rule 9017-1(c)(2)(B) to the *Debtors' Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology* (Dkt. No. 142) (the "Remote Testimony Notice").[2] In support of this Objection, the UCC respectfully states as follows.

1. The Remote Testimony Notice indicates that the Debtors intend to adduce testimony from *three* critical witnesses (collectively, the "Witnesses")—Kerem Ozkay, the Chief Executive Officer, Chief Operating Officer, and Chief Marketing Officer of Debtor Carbon Health Technologies, Inc., and one of the Debtors' "First Day" declarants (*see Declaration of Kerem Ozkay in Support of the Debtors' Chapter 11 Petitions and First Day Relief*, Dkt. No. 16); Reilly Olson, a Senior Director at Alvarez & Marsal North America, LLC, who has also submitted a substantive, critical declaration (*see Declaration of Reilly Olson of Alvarez & Marsal North

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth. The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Remote Testimony Notice.

*America, LLC in Support of Debtors' DIP Financing Motion*, Dkt. No. 14); and Vladimir Moshinsky, a Managing Director at Stifel, Nicolaus & Company, Inc., the Debtors' investment banker, who has also submitted a substantive, critical declaration (*see Declaration of Vladimir Moshinsky of Stifel, Nicolaus & Company in Support of Debtors' DIP Financing Motion*, Dkt. No. 15).

2. At the February 27, 2026 hearing, the UCC intends to cross-examine the Witnesses. The UCC wishes to conduct that cross-examination in-person. The Court should have the benefit of assessing the credibility of the Witnesses' testimony in-person in the courtroom.

Based on the foregoing, the UCC respectfully requests that in accordance with Local Rule 9017-1(c)(2)(B) that the Court rule that the Witnesses testify in-person at the hearing scheduled for February 27, 2026 or on any other date that the matters currently scheduled to be heard on February 27, 2026 may be heard.

Dated: February 23, 2025
New York, New York

**BROWN RUDNICK LLP**

By: */s/ Eric R. Goodman*
David J. Molton (*pro hac vice* pending)
Eric R. Goodman (*pro hac vice* pending)
D. Cameron Moxley (*pro hac vice* pending)
Gerard T. Cicero (*pro hac vice* pending)
Susan E. Sieger-Grimm (*pro hac vice* pending)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: dmolton@brownrudnick.com
Email: egoodman@brownrudnick.com
Email: cmoxley@brownrudnick.com
Email: gcicero@brownrudnick.com
Email: ssieger-grimm@brownrudnick.com

-and-

Adam Schiffer (Texas Bar ID 17745763)
609 Main Street, Suite 3550
Houston, TX  77002
Telephone: (281) 815-0511
Email: aschiffer@brownrudnick.com

-and-

Michael W. Reining (*pro hac vice* pending)
One Financial Center
Boston, MA  02111
Telephone: (617) 856-8200
Email: mreining@brownrudnick.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means via ECF transmission to all Pacer System participants in these bankruptcy cases on February 23, 2026.

*/s/ Eric R. Goodman*
Eric R. Goodman