**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>CARBON HEALTH TECHNOLOGIES, INC., et al.,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 26-90306 (CML)<br><br>(Jointly Administered) |

**NOTICE OF HEARING REGARDING DEBTORS'**
**MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING**
**AND APPROVING (A) KEY EMPLOYEE INCENTIVE PLAN, AND**
**(B) KEY EMPLOYEE RETENTION PLAN; AND (II) GRANTING RELATED RELIEF**
(Related Docket No. 121)

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

1.      On February 17, 2026, Carbon Health Technologies, Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Motion for Entry of an Order (I) Authorizing and Approving (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan; and (II) Granting Related Relief* (Docket No. 121) (the "Motion").

2.      A hearing to consider the relief requested in the Motion is scheduled to be held before the Honorable Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas (the "Court") on **March 16, 2026, at 10:00 a.m. (prevailing Central Time)** (the "Hearing") in Courtroom 402, 515 Rusk, Houston, TX 77002.

3.      Any responses or objections to the relief requested in the Motion must be filed with the Court by no later than **March 10, 2026**.

4.      You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Bankruptcy Court's dial-in facility. You may access the facility by dialing (832) 917-1510 and entering the conference code 590153. Video

---

[1]   A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth. The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

4909-6085-3905.1 12854.00002

communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Dated: February 23, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Maxim B. Litvak*
Maxim B. Litvak (Texas Bar No. 24002482)
Theodore S. Heckel (Texas Bar No. 24133488)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
mlitvak@pszjlaw.com
theckel@pszjlaw.com

-and-

Debra I. Grassgreen (admitted *pro hac vice*)
John W. Lucas (admitted *pro hac vice*)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Telephone: (415) 263-7000
Facsimile:  (415) 263-7010
dgrassgreen@pszjlaw.com
jlucas@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on February 23, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Maxim B. Litvak*
Maxim B. Litvak