**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In re: | Chapter 11 |
| Carbon Health Technologies, Inc.,[1] | Case No. 26-90306 (CML) |
| Debtors. | |

**WITNESS AND EXHIBIT LIST
FOR HEARING ON FEBRUARY 27, 2026**

The Official Committee of Unsecured Creditors (the "Committee") hereby files this Witness and Exhibit List for the hearing scheduled for **February 27, 2026, at 1:00 PM (Prevailing Central Time)** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge for the Southern District of Texas, in Courtroom 402, 515 Rusk Street, Houston, Texas 77002 (the "Hearing").

**WITNESSES**

Subject to the reservations below, the Committee may call any of the following witnesses at the Hearing:

1. Any witness called or listed by any other party; and

2. Any rebuttal witnesses.

**EXHIBITS**

Subject to the reservations below, the Committee may rely on any of the following exhibits at the Hearing:

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth.  The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

2

| Ex. | Description | Offered | Objection | Admitted | Date |
|-----|-------------|---------|-----------|----------|------|
| | Any exhibit introduced by any other party | | | | |
| | Rebuttal or impeachment exhibits as necessary | | | | |
| | Any document or pleading filed in the above-captioned Chapter 11 Cases | | | | |

## **RESERVATION OF RIGHTS**

The Committee reserves the right to amend and/or supplement this Witness and Exhibit List at any time. The Committee reserves the right to cross-examine any witness called by any other party. The Committee also reserves the right to introduce any exhibits presented by or listed on the exhibit list of any other party, to introduce any document that has not yet been produced in discovery prior to this filing, and to ask the Court to take judicial notice.

Dated: February 25, 2026
New York, New York

**BROWN RUDNICK LLP**

By: */s/ Eric R. Goodman*
David J. Molton (*pro hac vice* granted)
Eric R. Goodman (*pro hac vice* granted)
D. Cameron Moxley (*pro hac vice* granted)
Gerard T. Cicero (*pro hac vice* granted)
Susan E. Sieger-Grimm (*pro hac vice* granted)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: dmolton@brownrudnick.com
Email: egoodman@brownrudnick.com
Email: cmoxley@brownrudnick.com
Email: gcicero@brownrudnick.com
Email: ssieger-grimm@brownrudnick.com

-and-

Adam Schiffer (Texas Bar ID 17745763)
609 Main Street, Suite 3550
Houston, TX  77002
Telephone: (281) 815-0511
Email: aschiffer@brownrudnick.com

-and-

Michael W. Reining (*pro hac vice* granted)
One Financial Center
Boston, MA  02111
Telephone: (617) 856-8200
Email: mreining@brownrudnick.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means via ECF transmission to all Pacer System participants in these bankruptcy cases on February 25, 2026.

*/s/ Eric R. Goodman*
Eric R. Goodman

3