**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Carbon Health Technologies, Inc.,[1] | Case No. 26-90306 (CML) |
| Debtors. | |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**EMERGENCY MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

TO THE HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE:

**EMERGENCY RELIEF HAS BEEN REQUESTED.   RELIEF IS REQUESTED NOT LATER THAN 1:00 P.M. ON FEBRUARY 27, 2026.**

**IF YOU OBJECT TO THE RELIEF REQUESTED OR YOU BELIEVE THAT EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU MUST APPEAR AT THE HEARING IF ONE IS SET, OR FILE A WRITTEN RESPONSE PRIOR TO THE DATE THAT RELIEF IS REQUESTED IN THE PRECEDING PARAGRAPH. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

The Official Committee of Unsecured Creditors (the "UCC") in the above-captioned proceedings (the "UCC"), through its undersigned attorneys, hereby submits its *Emergency Motion to Compel Production of Documents* (the "Motion to Compel"), pursuant to Rules 26, 34, and 37 of the Federal Rules of Civil Procedure (the "Civil Rules"), applicable here pursuant to Rules 7026, 7034, 7037 and 9014 of the Federal Rules of Bankruptcy Procedure, seeking the entry of an order

---

[1]   A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth.  The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

compelling the production of documents in response to the UCC's requests for production served on the Debtors on February 20, 2026, in connection with the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Post-Petition Secured Financing Pursuant to Section 364 of the Bankruptcy Code; (II) Authorizing the Debtors to Use Certain Cash Collateral; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Granting Adequate Protection to the Prepetition Secured Parties; (V) Modifying the Automatic Stay; (VI) Scheduling a Final Hearing; and (VII) Granting Related Relief* (Dkt. No. 13) (the "DIP Motion") and an adjournment of the hearing on the DIP Motion until such documents are produced.

In support of this Motion to Compel, the UCC respectfully states as follows.

## JURISDICTION

1.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue of the Debtors' chapter 11 case in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## BACKGROUND

2.      The Debtors filed for bankruptcy on February 2, 2026.  This Court entered an Interim Order (Dkt. No. 49) approving the DIP Motion on February 2, 2026.  The milestone for the entry of a Final DIP Order is **March 9, 2026**.  *See* Dkt. No. 49 at Ex. A.

3.      The UCC was formed on February 16, 2026.  *See* Dkt. No. 115.  The UCC retained counsel on February 18, 2026.  The UCC served requests for production on the Debtors on February 20, 2026, requesting the production of responsive documents by February 27, 2026.  A copy of these requests is attached hereto as **Exhibit A** (the "RFPs").  RFP Nos. 1-18 and 25-32 are directed to the DIP Motion.

4.        On February 23, 2026, the UCC filed its objection to the DIP Motion.  *See* Dkt. No. 155.  On February 24, 2026, at 6:00 PM, ET, the UCC's and the Debtors' counsel participated in a meet and confer to address, among other things, the UCC's requests for production and other discovery requests.

5.        During this meet and confer, the Debtors' counsel informed the UCC's counsel that the Debtors were willing to produce documents responsive to RFP Nos. 1-18 and 25-32 but were unable to do so prior to the February 27th hearing scheduled on the DIP Motion before this Court.

6.        The UCC's counsel agreed to extend the time for the Debtors to respond to the RFPs concerning the contested matters other than the DIP Motion (namely, the "Sale Motion" and the "KEIP/KERP Motion," each as respectively defined in the RFPs), which are scheduled to be heard at a later date, to March 5, 2026, so that the UCC would have those documents prior to the hearing on those other contested matters.

7.        The UCC and the Debtors reached an impasse regarding a potential resolution of the contested DIP Motion on February 26, 2026.  Having failed to resolve the UCC's objections to the DIP Motion, as well as other objections filed by other parties in interest, the Debtors have elected to push forward with the DIP Motion in the face of this opposition and without complying with the UCC's discovery requests served on February 20, 2026.

## RELIEF REQUESTED

8.        The UCC hereby seeks an order, pursuant to Civil Rule 37, in the form attached hereto as **Exhibit B**, compelling the production of documents responsive to RFP Nos. 1-18 and 25-32 and adjourning the hearing on the DIP Motion until such documents have been produced.

## CERTIFICATE OF RULE 37 CONFERENCE

9.        Pursuant to Civil Rule 37, UCC's counsel conferred with Debtors' counsel to discuss the Debtors' response to RFP Nos. 1-18 and 25-32 on February 24, 2026.

3

**CONCLUSION**

Based on the foregoing, the UCC respectfully requests that the Court compel the production of documents responsive to RFP Nos. 1-18 and 25-32 and adjourn the hearing on the DIP Motion until such documents are produced.

Dated: February 27, 2025
New York, New York

**BROWN RUDNICK LLP**

By: */s/ Eric R. Goodman*
David J. Molton (admitted *pro hac vice*)
Eric R. Goodman (admitted *pro hac vice*)
D. Cameron Moxley (admitted *pro hac vice*)
Gerard T. Cicero (admitted *pro hac vice*)
Susan E. Sieger-Grimm (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: dmolton@brownrudnick.com
Email: egoodman@brownrudnick.com
Email: cmoxley@brownrudnick.com
Email: gcicero@brownrudnick.com
Email: ssieger-grimm@brownrudnick.com

-and-

Adam Schiffer (Texas Bar ID 17745763)
609 Main Street, Suite 3550
Houston, TX  77002
Telephone: (281) 815-0511
Email: aschiffer@brownrudnick.com

-and-

Michael W. Reining (admitted *pro hac vice*)
One Financial Center
Boston, MA  02111
Telephone: (617) 856-8200
Email: mreining@brownrudnick.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means via ECF transmission to all Pacer System participants in these bankruptcy cases on February 27, 2026.

/s/ Eric R. Goodman
Eric R. Goodman