**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CARBON HEALTH TECHNOLOGIES, INC., et al., | Case No. 26-90305 (CML) |
| Debtors. [1] | (Jointly Administered) |

**AGENDA FOR HEARING SCHEDULED FOR**
**MARCH 16, 2026, AT 10:00 A.M. (PREVAILING CENTRAL TIME)**

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this Agenda for the hearing scheduled for March 16, 2026, at 10:00 a.m. (prevailing Central Time) before the Honorable Christopher M. Lopez of the United States Bankruptcy Court for the Southern District of Texas, Houston Division:

**A.      Matter Resolved Under Certification of Counsel**

1.      Motion for Approval Debtors' Motion for Entry of an Order (I) Authorizing and Approving (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 121].

**Responses Received**:  The Debtors have received informal comments from the Official Committee of Unsecured Creditors, that were resolved by the submission of the Certification of Counsel [Docket No. 300].

**Status**:  The matter has been resolved by the submission of a revised proposed order [Docket No. 300].  The Debtors request entry of the revised order at the convenience of the Court.

**B.      Related Documents**

1.      Declaration of Allison Hoeinghaus in Support of Debtors' Motion for Entry of an Order (I) Authorizing and Approving (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 122].

---

[1]      A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth. The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

2.  Declaration of Robert Warshauer in Support of Debtors' Motion for Entry of an Order (I) Authorizing and Approving (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 123].

3.  Debtors' Motion to File Under Seal the Exhibits to the Declaration of Allison Hoeinghaus in Support of Debtors' Motion for Entry of an Order (I) Authorizing and Approving (A) Key Employee Incentive Program, and (B) Key Employee Retention Program and (II) Granting Related Relief [Docket No. 124].

4.  Notice of Hearing Regarding Debtors' Motion for Entry of an Order (I) Authorizing and Approving (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 157].

5.  Certificate of Counsel Regarding Debtors' Motion for Entry of an Order (I) Authorizing and Approving (A) Key Employee Incentive Plan, and (B) Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 300].

Dated: March 15, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Theodore S. Heckel*

Maxim B. Litvak (SBT 24002482)
Theodore S. Heckel (SBT 24133488)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
mlitvak@pszjlaw.com
theckel@pszjlaw.com

-and-

Debra I. Grassgreen (admitted *pro hac vice*)
John W. Lucas (admitted *pro hac vice*)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Telephone: (415) 263-7000
Facsimile:  (415) 263-7010
dgrassgreen@pszjlaw.com
jlucas@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on March 15, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Theodore S. Heckel*
Theodore S. Heckel