# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Carbon Health Technologies, Inc.,[1] | Case No. 26-90306 (CML) |
| Debtors. | (Jointly Administered) |

## ORDER AUTHORIZING WITHDRAWAL OF COUNSEL

Upon consideration of the Motion to Withdraw as Counsel and Request Removal from

Master Mailing List and CM/ECF Notifications, and good cause appearing therefore;

It is hereby ORDERED that the Motion be GRANTED effective as of the date of this

Order; and

It is FURTHER ORDERED that Adam Schiffer of Brown Rudnick LLP, is no longer

counsel of record in this case and that Adam Schiffer should be removed from CM/ECF and

the Master Mailing List.


Signed: _____

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1]   A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth.  The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.