**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

<table>
<tr><td>In re:</td><td>Chapter 11</td></tr>
<tr><td>Carbon Health Technologies, Inc.,[1]</td><td>Case No. 26-90306 (CML)</td></tr>
<tr><td>Debtors.</td><td>(Jointly Administered)</td></tr>
<tr><td></td><td>Related Dkt. Nos. 274, 275 & 411</td></tr>
</table>

**NOTICE OF FILING OF REVISED FORM OF THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS' STATEMENT REGARDING THE PLAN**

**PLEASE TAKE NOTICE THAT:**

1.       On April 1, 2026, the Official Committee of Unsecured Creditors (the "Committee") filed an objection [Docket No. 411] (the "Committee's Objection") to the *Debtors' Emergency Motion for Entry of an Order (I) Granting Interim Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief* [Docket No. 275] (the "Disclosure and Solicitation Motion").

**PLEASE TAKE FURTHER NOTICE THAT:**

2.       The Committee's Objection requested that if the Court is not inclined to deny the Debtors' Disclosure and Solicitation Motion, that the Court require the Debtors to include, with the solicitation version of the Combined Disclosure Statement and Plan, the Committee's statement (the "Committee Statement") attached as Exhibit A to the Committee's Objection.

---

[1]     A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth.  The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

**PLEASE TAKE FURTHER NOTICE THAT:**

3.      A revised form of the Committee Statement is attached hereto as **Exhibit A** and a

redline of the revised form of the Committee Statement against the Committee Statement attached

to the Committee's Objection is attached hereto as **Exhibit B**.


Dated:  April 7, 2026
New York, New York

**BROWN RUDNICK LLP**

By: */s/ Eric R. Goodman*
David J. Molton (admitted *pro hac vice*)
Eric R. Goodman (admitted *pro hac vice*)
D. Cameron Moxley (admitted *pro hac vice*)
Gerard T. Cicero (admitted *pro hac vice*)
Susan E. Sieger-Grimm (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: dmolton@brownrudnick.com
Email: egoodman@brownrudnick.com
Email: cmoxley@brownrudnick.com
Email: gcicero@brownrudnick.com
Email: ssieger-grimm@brownrudnick.com

-and-

Michael W. Reining (admitted *pro hac vice*)
One Financial Center
Boston, MA  02111
Telephone: (617) 856-8200
Email: mreining@brownrudnick.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by electronic means via ECF transmission to all Pacer System participants in these bankruptcy cases on April 7, 2026.

*/s/ Eric R. Goodman*
Eric R. Goodman

2

## EXHIBIT A

## **EXHIBIT B**