**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In re: | Chapter 11 |
| Carbon Health Technologies, Inc.,[1] | Case No. 26-90306 (CML) |
| Debtors. | (Jointly Administered) |
| | Related Dkt. No. 434 |

**RESERVATION OF RIGHTS OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS TO THE
DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER
(I) AUTHORIZING THE USE OF PROCEEDS OF DIRECTORS AND OFFICERS
LIABILITY INSURANCE POLICY FOR DEFENSE COSTS; (II) AUTHORIZING THE
DEBTORS TO ADVANCE AND INDEMNIFY DEFENSE COSTS AND EXPENSES TO
CERTAIN INDIVIDUALS, AND (III) GRANTING RELATED RELIEF**

The Official Committee of Unsecured Creditors (the "Committee") in the above-captioned

Chapter 11 cases, by and through its undersigned proposed counsel, hereby files this Reservation

of Rights regarding the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Use*

*of Proceeds of Directors and Officers Liability Insurance Policy for Defense Costs; (II)*

*Authorizing the Debtors to Advance and Indemnify Defense Costs and Expenses to Certain*

*Individuals, and (III) Granting Related Relief* [Docket No. 434] (the "D&O Policy Motion")[2] and

respectfully  states as follows:

---

[1]  A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth.  The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the D&O Policy Motion.

**RESERVATION OF RIGHTS**

1.      On April 7, 2026, the Debtors filed the D&O Policy Motion, which seeks the modification of the automatic stay to: (i) permit one of the Debtors' insurers (Ascot Specialty Insurance Company) under one of their directors and officers liability insurance policies (the "D&O Policy") to advance certain defense costs and expenses on behalf of certain of the Debtors' officers and directors; and (ii) authorize the Debtors to indemnify and advance certain defense costs on account of such directors and officers' postpetition indemnification claims.  The D&O Policy Motion seeks emergency relief no later than April 9, 2026.

2.      While the Committee does not presently object to the D&O Policy Motion, the Committee reserves all of its respective rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify, or supplement this Reservation of Rights, seek discovery, or raise objections during any hearing on the D&O Policy Motion or in the event the Debtors seek further relief in connection with such motion.

Dated:  April 8, 2026
New York, New York

**BROWN RUDNICK LLP**

By: */s/ Eric R. Goodman*
David J. Molton (admitted *pro hac vice*)
Eric R. Goodman (admitted *pro hac vice*)
D. Cameron Moxley (admitted *pro hac vice*)
Gerard T. Cicero (admitted *pro hac vice*)
Susan E. Sieger-Grimm (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: dmolton@brownrudnick.com
Email: egoodman@brownrudnick.com
Email: cmoxley@brownrudnick.com
Email: gcicero@brownrudnick.com
Email: ssieger-grimm@brownrudnick.com

-and-

2

Michael W. Reining (admitted *pro hac vice*)
One Financial Center
Boston, MA  02111
Telephone: (617) 856-8200
Email: mreining@brownrudnick.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing was served by electronic means via ECF transmission to all Pacer System participants in these bankruptcy cases on April 8, 2026.

          */s/ Eric R. Goodman*
          Eric R. Goodman