**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CARBON HEALTH TECHNOLOGIES, INC., *et al.*, | Case No. 26-90306 (CML) |
| Debtors. [1] | (Jointly Administered) |
| | **Ref. Docket No. 270** |

**SUPPLEMENTAL DECLARATION OF ERIN R. FAY IN SUPPORT OF DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT
AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, P.C., AS
GENERAL CORPORATE COUNSEL, EFFECTIVE AS OF THE PETITION DATE**

I, Erin R. Fay, under penalty of perjury, declare as follows:

1.      I am a member of the law firm Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR" or the "Firm"), which maintains offices for the practice of law at 222 Delaware Avenue, Suite 800, Wilmington, Delaware 19801. I am an attorney at law, duly admitted and in good standing to practice in the States of Delaware and Wisconsin. There are no disciplinary proceedings against me.

2.      I submit this supplemental declaration (the "Supplemental Declaration") to supplement the disclosures contained in my prior declaration (the "Prior Declaration") that was attached as Exhibit A to the *Debtors' Application for Entry of an Order Authorizing Employment and Retention of Wilson Sonsini Goodrich & Rosati, P.C., as General Corporate Counsel, Effective as of the Petition Date* (the "Application") [Docket No. 270].

---

[1]     A complete list of each of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth. The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in the Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

3. On March 27, 2026, the Court entered an order approving the Application. *See* [Docket No. 371].

4. Since filing the Prior Declaration, WSGR has been retained to represent certain officers and directors of the Debtors (the "Individuals") in connection with an ongoing investigation by the California Department of Justice through the Office of the Attorney General concerning the Debtors' alleged noncompliance with certain state laws, as discussed in further detail in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Use of Proceeds of Directors and Officers Liability Insurance Policy for Defense Costs; (II) Authorizing the Debtors to Advance and Indemnify Defense Costs and Expenses to Certain Individuals, and (III) Granting Related Relief* [Docket No. 434].

5. To the best of my knowledge, WSGR does not have any interest materially adverse to the interests of the Debtors or their estates, with respect to the matters on which it has been retained by the Debtors, by reason of its representation of the Individuals, or for any other reason.

6. As set forth in the Prior Declaration, WSGR will conduct an ongoing review of its files to ensure that no disqualifying circumstances arise and, if any new material facts or relationships are discovered, WSGR will file additional supplemental disclosures with the Court regarding the same.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on April 13, 2026

/s/ Erin R. Fay
Erin R. Fay

2