**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CARBON HEALTH TECHNOLOGIES, INC., et al., | Case No. 26-90305 (CML) |
| Debtors. [1] | (Jointly Administered) |

*AMENDED*[2] **AGENDA FOR HEARING SCHEDULED FOR**
**MAY 8, 2026, AT 1:00 P.M. (PREVAILING CENTRAL TIME)**

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this

Agenda for the hearing scheduled for May 8, 2026, at 1:00 p.m. (prevailing Central Time) before the

Honorable Christopher M. Lopez of the United States Bankruptcy Court for the Southern District of

Texas, Houston Division:

**A.     Matter Going Forward**

1.     Debtors' Emergency Motion to Approve First Amendment to Senior Secured Superpriority Debtor-In-Possession Financing Agreement [Docket No. 526].

       **Responses Received**:

       (a)     Objection of the Official Committee of Unsecured Creditors to the Debtors' Emergency Motion to Approve First Amendment to Senior Secured Superpriority Debtor-In-Possession Financing Agreement [Docket No. 573].

       (b)     Debtors' Reply in Support of Debtors' Emergency Motion to Approve First Amendment to Senior Secured Superpriority Debtor-In-Possession Financing Agreement [Docket No. 598].

       **(c)     Reply of Future Solution Investments LLC in Support of Debtors' Emergency Motion to Approve First Amendment to Senior Secured Superpriority Debtor-In-Possession Financing Agreement [Docket No. 600].**

---

[1]     A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth.The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

[2]     Amended items appear in **bold**.

4914-1273-9753.2 12854.00002

**Status**:  The matter will go forward.

**B.**     **Related Documents**

1.     Notice of Hearing Regarding Debtors' Emergency Motion to Approve First Amendment to Senior Secured Superpriority Debtor-In-Possession Financing Agreement [Docket No. 566].

2.     Debtors' Notice of Intent to Adduce Testimony From a Remote Location by Telephone and Video Technology [Docket No. 567].

3.     The Official Committee of Unsecured Creditors' Witness and Exhibit List [Docket No. 578].

4.     Debtors' Witness and Exhibit List [Docket No. 590].

Dated: May 8, 2026                                    **PACHULSKI STANG ZIEHL & JONES LLP**

                                                       */s/ Maxim B. Litvak*
                                                       Maxim B. Litvak (SBT 24002482)
                                                       Theodore S. Heckel (SBT 24133488)
                                                       700 Louisiana Street, Suite 4500
                                                       Houston, TX 77002
                                                       Telephone: (713) 691-9385
                                                       Facsimile:  (713) 691-9407
                                                       mlitvak@pszjlaw.com
                                                       theckel@pszjlaw.com

                                                       -and-

                                                       Debra I. Grassgreen (admitted *pro hac vice*)
                                                       John W. Lucas (admitted *pro hac vice*)
                                                       One Sansome Street, 34th Floor, Suite 3430
                                                       San Francisco, CA 94104
                                                       Telephone: (415) 263-7000
                                                       Facsimile:  (415) 263-7010
                                                       dgrassgreen@pszjlaw.com
                                                       jlucas@pszjlaw.com

                                                       *Counsel to the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I certify that on May 8, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Maxim B. Litvak*
Maxim B. Litvak