**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Carbon Health Technologies, Inc.,[1] | Case No. 26-90306 (CML) |
| Debtors. | (Jointly Administered) |
|  | Related Dkt. No. 510 |

**RESERVATION OF RIGHTS OF THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS'**
**MOTION FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 9019**
**AND 11 U.S.C. §§ 362 AND 363 APPROVING SETTLEMENT WITH THE STATE**
**OF CALIFORNIA AND AUTHORIZING ACTIONS CONSISTENT THEREWITH**

The Official Committee of Unsecured Creditors (the "Committee") in the above-captioned

Chapter 11 cases, by and through its undersigned counsel, hereby files this Reservation of Rights

regarding the *Debtors' Motion for an Order Pursuant to Bankruptcy Rule 9019 and 11 U.S.C.*

*§§ 362 and 363 Approving Settlement with the State of California and Authorizing Actions*

*Consistent Therewith* (Dkt. No. 510) (the "Settlement Motion") and respectfully states as follows:

**RESERVATION OF RIGHTS**

1.      On April 25, 2026, the Debtors filed the Settlement Motion, which seeks approval

of a settlement by and among Carbon Health Technologies, Inc. and the other above-captioned

debtors and debtors in possession (collectively, the "Debtors") and the California Department of

Justice through the Office of the Attorney General (collectively, the "State of California").  The

---

[1]     A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the
Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth.  The
location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service
address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

settlement provides, *inter alia,* for the allowance of a general unsecured claim in favor of the State of California in the amount of $4,025,000 (the "California General Unsecured Claim").

2.      After the filing of the Settlement Motion, the Debtors engaged with the State of California to address questions and concerns raised by the Committee regarding portions of the Settlement Motion and proposed settlement.  The Committee understands that to resolve the Committee's concerns, the State of California has agreed to subordinate half of the California General Unsecured Claim to the full payment of the Allowed amount of Class 7 Abuse Claims.

3.      That resolution, agreed to by the State of California, would resolve the Committee's concerns regarding the proposed settlement.  The Committee anticipates that the form of order approving the Settlement Motion will reflect the above-mentioned agreement, or that some other acceptable form of writing, documenting the agreement, will be reached prior to entry of the proposed order for the Settlement Motion.

4.      The Committee reserves all rights pending the finalization of the agreement with the State of California referenced herein.

Dated: May 18, 2026
New York, New York

**BROWN RUDNICK LLP**

By: */s/ Eric R. Goodman*
David J. Molton (admitted *pro hac vice*)
Eric R. Goodman (admitted *pro hac vice*)
D. Cameron Moxley (admitted *pro hac vice*)
Gerard T. Cicero (admitted *pro hac vice*)
Susan E. Sieger-Grimm (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: dmolton@brownrudnick.com
Email: egoodman@brownrudnick.com
Email: cmoxley@brownrudnick.com
Email: gcicero@brownrudnick.com
Email: ssieger-grimm@brownrudnick.com

-and-

Michael W. Reining (admitted *pro hac vice*)
One Financial Center
Boston, MA  02111
Telephone: (617) 856-8200
Email: mreining@brownrudnick.com

*Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means via ECF transmission to all Pacer System participants in these bankruptcy cases on May 18, 2026.

*/s/ Eric R. Goodman*
Eric R. Goodman

3