**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CARBON HEALTH TECHNOLOGIES, INC., et al., | Case No. 26-90305 (CML) |
| Debtors. [1] | (Jointly Administered) |

**AGENDA FOR HEARING SCHEDULED FOR
MAY 29, 2026, AT 9:00 A.M. (PREVAILING CENTRAL TIME)**

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this Agenda for the hearing scheduled for May 29, 2026, at 9:00 a.m. (prevailing Central Time) before the Honorable Christopher M. Lopez of the United States Bankruptcy Court for the Southern District of Texas, Houston Division:

**A.    Matter Going Forward**

1.    Carbon Health Technologies, Inc. and Debtor Affiliates' Combined Disclosure Statement and Third Amended Plan of Reorganization [Docket No. 681].

**Responses Received**: *See* chart of responses attached hereto as **Exhibit 1**.

**Status**:   The matter will go forward. As set forth in **Exhibit 1**, each of the Plan Objections have been resolved or are moot.

**B.    Related Documents**

1.    Carbon Health Technologies, Inc. and Debtor Affiliates' Combined Disclosure Statement and Second Amended Plan of Reorganization [Docket No. 635].

2.    Notice of (I) Filing of Settlement Term Sheet and Second Amended Plan of Reorganization; (II) Hearing to Consider Confirmation of the Plan; and (III) Extended Deadline for Class 6 and Class 7 Creditors to Vote on the Plan (May 22, 2026 at 4:00 p.m. Central Time) [Docket No. 636].

---

[1]    A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth.The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

4922-7249-2208.3 12854.00002

3.  Notice of Filing of Documents Related to Carbon Health Technologies, Inc. and Debtor Affiliates' Combined Disclosure Statement and Second Amended Plan of Reorganization [Docket No. 638].

4.  Debtors' Notice of Intent to Adduce Testimony From a Remote Location by Telephone and Video Technology [Docket No. 668].

5.  NHP/PMB LOS ALAMITOS MOB, LP's Witness and Exhibit List [Docket No. 672].

6.  Debtors' Witness and Exhibit List [Docket No. 677].

7.  Notice of Filing of Second Amended Plan Supplement [Docket No. 682].

8.  Declaration of Craig E. Johnson of Kroll Restructuring Administration LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Carbon Health Technologies, Inc. and Debtor Affiliates' Combined Disclosure Statement and Amended Plan of Reorganization [Docket No. 683].

9.  Declaration of Kerem Ozkay in Support of Final Approval of Disclosure Statement and Confirmation of Third Amended Plan of Reorganization of Carbon Health Technologies, Inc. and Its Affiliated Debtors [Docket No. 684].

10. Declaration of Sujal Mandavia in Support of Final Approval of Disclosure Statement and Confirmation of Third Amended Plan of Reorganization of Carbon Health Technologies, Inc. and Its Affiliated Debtors [Docket No. 685].

11. Memorandum of Law in Support of Final Approval of Disclosure Statement and Confirmation of Plan of Reorganization of Carbon Health Technologies, Inc. and Its Affiliated Debtors [Docket No. 686].

12. Notice of Filing of Second Amended Supplement for Combined Disclosure Statement and Third Amended Plan of Reorganization [Docket No. 687].

13. Notice of Filing of Blackline of Carbon Health Technologies, Inc. and Debtor Affiliates Combined Disclosure Statement and Third Amended Plan of Reorganization [Docket No. 689].

14. Debtors' Amended Witness and Exhibit List [Docket No. 692].

15. Notice of Filing of Third Amended Supplement for Combined Disclosure Statement and Third Amended Plan of Reorganization [Docket No. 697].

16. Notice of Filing of Blackline of Third Amended Supplement for Combined Disclosure Statement and Third Amended Plan of Reorganization [Docket No. 698].

17. Proposed Order Granting Final Approval of Combined Disclosure Statement and Confirming Third Amended Plan of Reorganization [Docket No. 699].

4922-7249-2208.3 12854.00002                                            2

Dated: May 29, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Maxim B. Litvak*

Maxim B. Litvak (SBT 24002482)
Theodore S. Heckel (SBT 24133488)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
mlitvak@pszjlaw.com
theckel@pszjlaw.com

-and-

Debra I. Grassgreen (admitted *pro hac vice*)
John W. Lucas (admitted *pro hac vice*)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Telephone: (415) 263-7000
Facsimile:  (415) 263-7010
dgrassgreen@pszjlaw.com
jlucas@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on May 29, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Maxim B. Litvak*

Maxim B. Litvak

## EXHIBIT 1

### Plan Objections

| Docket No. | Objecting Party | Status |
|---|---|---|
| 441/580 | Michael Burris | This Plan Objection is *resolved* pursuant to a *Release* entered into by and among Mr. Burris and the Debtors on May 16, 2026. *See Notice of Filing of Release* [Docket No. 640]. |
| 592 | Haagen Company, LLC | This Plan Objection is *resolved* pursuant to language in the Proposed Confirmation Order and changes made to the Assumption Schedule (Exhibit B) of the Plan Supplement. |
| 593 | McKesson Corporation, on behalf of itself and certain corporate affiliates, including McKesson Plasma and Biologics LLC, McKesson Specialty Care Distribution, and McKesson Medical-Surgical, Inc. (collectively, "McKesson") | Pursuant to the Plan Supplement, the Debtors are not seeking to assume their contracts with McKesson. The Debtors believe this Plan Objection is *moot*. |
| 614 | NHP/PMB Los Alamitos MOB, LP | This Plan Objection is *resolved* pursuant to language in the Proposed Confirmation Order and changes made to the Assumption Schedule (Exhibit B) of the Plan Supplement. |
| 615 | NHP/PMB Los Alamitos MOB, LP | This Plan Objection is *resolved* pursuant to language in the Proposed Confirmation Order and changes made to the Assumption Schedule (Exhibit B) of the Plan Supplement. |
| 693 | NHP/PMB Los Alamitos MOB, LP | This Plan Objection is resolved pursuant to language in the Proposed Confirmation Order. |
| 616 | UnitedHealthcare Insurance Company | This Plan Objection is *resolved* pursuant to language in the Proposed Confirmation Order. |
| 617 | CSC Leasing Co. | The Debtors seek to reject their contract with CSC Leasing Co. *See* Docket No. 574. The Debtors believe this Plan Objection is *moot*. |
| 619 | LA Retail 1, LLC<br>Landmark Chase, L.P.<br>MGP XI Commons West, LLC<br>MGP XI-GPI Laurel Plaza, LLC<br>Plaza Paseo Real Associates, LLC | This Plan Objection is *resolved* pursuant to language in the Proposed Confirmation Order and changes made to the Assumption Schedule (Exhibit B) of the Plan Supplement. |

| Docket No. | Objecting Party | Status |
|---|---|---|
| 620 | Kevin M. Epstein, the United States Trustee for Region 7 (the "U.S. Trustee") | The U.S. Trustee's Plan Objection is resolved as follows:<br><br>• Revised  definition of "Exculpated Parties" to only include the Debtors, Committee, and Committee Members.<br>• As set forth in the proposed Confirmation Order, the releases by holders of Claims under Article XVI.D of the Plan shall only apply to creditors that affirmatively voted to accept the Plan and did not affirmatively opt out of the release as set forth in the ballot. *See* Confirmation Order, ¶ 22.<br>• As set forth in the proposed Confirmation Order, the Plan or any other Plan Document does not bar the United States Government or any of its agencies, or any state and local authority, from pursuing any police or regulatory action or any criminal action. *See* Confirmation Order, ¶ 23. |
| 622 | Brixmor Property Group Inc.<br>GGP Services Inc.<br>Perform Properties<br>Regency Centers, L.P. | This Plan Objection is *resolved* pursuant to language in the Proposed Confirmation Order and changes made to the Assumption Schedule (Exhibit B) of the Plan Supplement. |
| 623 | Cigna Health and Life Insurance Company and certain of its affiliates (collectively, "Cigna") | This Plan Objection is *resolved* pursuant to language in the Proposed Confirmation Order. |
| 624 | Augustine Bowers II, LLC<br>BIT Investment Seventy-Nine, LLC<br>Broadview GRF3, LLC*<br>Conejo Valley Plaza 1 LLC<br>Federal Realty OP LP<br>FRIT San Jose Town and Country Village, LLC<br>PR II Bridgeside Retail, LLC<br>The Irvine Company LLC | This Plan Objection is *resolved* pursuant to language in the Proposed Confirmation Order and changes made to the Assumption Schedule (Exhibit B) of the Plan Supplement. |
| 628 | Oracle America, Inc., successor in interest to Netsuite, Inc. ("Oracle") | This Plan Objection is *resolved* pursuant to language in the Proposed Confirmation Order and changes made to the Assumption Schedule (Exhibit B) of the Plan Supplement. |
| 652 | HSC Property Owner, LLC | This Plan Objection is *resolved* pursuant to language in the Proposed Confirmation Order and changes made to the Assumption Schedule (Exhibit B) of the Plan Supplement. |