**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CARBON HEALTH TECHNOLOGIES, INC., *et al.*, | Case No. 26-90306 (CML) |
| Debtors. [1] | (Jointly Administered) |
| | **Ref. Docket Nos. 270 & 463** |

**SECOND SUPPLEMENTAL DECLARATION OF ERIN R. FAY IN SUPPORT**
**OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING**
**THE EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH**
**& ROSATI, P.C., AS GENERAL CORPORATE COUNSEL,**
**EFFECTIVE AS OF THE PETITION DATE**

I, Erin R. Fay, under penalty of perjury, declare as follows:

1.      I am a member of the law firm Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR" or the "Firm"), which maintains offices for the practice of law at 222 Delaware Avenue, Suite 800, Wilmington, Delaware 19801. I am an attorney at law, duly admitted and in good standing to practice in the States of Delaware and Wisconsin. There are no disciplinary proceedings against me.

2.      I submit this second supplemental declaration (the "Second Supplemental Declaration") to supplement the disclosures contained in my prior declaration (the "Initial Declaration") that was attached as Exhibit A to the *Debtors' Application for Entry of an Order Authorizing Employment and Retention of Wilson Sonsini Goodrich & Rosati, P.C., as General Corporate Counsel, Effective as of the Petition Date* (the "Application") [Docket No. 270] and the *Supplemental Declaration of Erin R. Fay in Support of Debtors' Application for Entry of an Order*

---

[1]     A complete list of each of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth. The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in the Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

*Authorizing the Employment and Retention of Wilson Sonsini Goodrich & Rosati, P.C., as General Corporate Counsel, Effective as of the Petition Date* [Docket No. 463] (the "First Supplemental Declaration").

3.      On March 27, 2026, the Court entered an order approving the Application. *See* [Docket No. 371].

4.      Since filing the Prior Declaration and the First Supplemental Declaration, WSGR has been retained to represent certain current and former officers and directors of the Debtors (the "Individuals") in connection with a suit in the Philadelphia Court of Common Pleas brought by several individual plaintiffs for which no complaint has yet been filed (*J.K., et al. v. Sujal Mandavia, et al.*, Case ID: 260200715).

5.      To the best of my knowledge, WSGR does not have any interest materially adverse to the interests of the Debtors or their estates, with respect to the matters on which it has been retained by the Debtors, by reason of its representation of the Individuals, or for any other reason.

6.      As set forth in the Prior Declaration and the First Supplemental Declaration, WSGR will conduct an ongoing review of its files to ensure that no disqualifying circumstances arise and, if any new material facts or relationships are discovered, WSGR will file additional supplemental disclosures with the Court regarding the same.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on May 27, 2026

/s/ Erin R. Fay
Erin R. Fay

2