**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CARBON HEALTH TECHNOLOGIES, INC., *et al.*, | Case No. 26-90306 (CML) |
| Debtors.[1] | |

**FIRST MONTHLY FEE STATEMENT OF GUNSTER, YOAKLEY & STEWART, P.A.**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT**
**OF EXPENSES AS TAX EXPERT TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS FOR THE PERIOD FROM**
**MARCH 21, 2026 THROUGH MARCH 31, 2026**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 359] entered by the Court on March 25, 2026 (the "Interim Compensation Order"), Gunster, Yoakley & Stewart, P.A. ("Gunster"), tax expert to the Official Committee of Unsecured Creditors (the "Committee"), submits this monthly statement of services rendered and expenses incurred in this case for the period from March 21, 2026 through March 31, 2026 (the "Statement Period").

I.      **Itemization of Services Rendered by Gunster**

A.      The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which Gunster seeks compensation.

---

[1]      A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth.The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

**SUMMARY**

| Name of Professional Individual | Position of the Applicant, Prior Relevant Experience, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Gregg D. Polsky | Of Counsel – extensive experience with respect to complex tax matters | $1,025 | 10.1 | $10,352.50 |
| | | | Fee Statement Hours | Total Compensation |
| | | Total | 10.1 | $10,352.50 |

B.      The time records of Gunster consisting of a daily breakdown of the time spent by each person on each day, and detail as to the disbursements incurred are attached as **Exhibit A** to this Statement.

## II.      Itemization of Services Rendered and Disbursements Incurred by Category

The following itemization presents the services rendered by Gunster by task category and provides a summary of disbursements incurred by category of disbursement.

### 1.      Services Rendered

The following services were rendered in the following task categories:

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Tax Issues | 10.1 | $10,352.50 |
| **Total** | **10.1** | **$10,352.50** |

A detailed itemization of the services rendered in each of the above Task Categories is set forth in **Exhibit A**.

### 2.      Disbursements Incurred

The disbursements incurred by Gunster for this Statement are as follows:

| Expense Category | Description | Total Expenses |
|---|---|---|
| | | |
| **Total Expenses** | | **$0.00** |

A detailed itemization of the disbursements incurred in each of the above Expense Categories is set forth in **Exhibit A**.

       3.     <u>Total Amount Payable</u>

Accordingly, the amount of compensation and expenses <u>payable for this Statement Period</u> is **$8,282.00** which is calculated as follows:

| | |
|---|---:|
| Total Fees for Services Rendered During Statement Period | $10,352.50 |
| Twenty Percent (20%) Holdback | $2,070.50 |
| Fees Minus Holdback | $8,292.00 |
| Costs (100%) | $0.00 |
| **Total** | **$8,292.00** |

**WHEREFORE**, pursuant to the Interim Compensation Order, Gunster requests payment of (i) compensation in the amount of $8,292.00 (80% of $10,352.50) on account of actual, reasonable and necessary professional services rendered to the Committee by Gunster and (ii) reimbursement of actual and necessary costs and expenses in the amount of $0.00 incurred on behalf of the Committee by Gunster.

Dated:  June 4, 2026

    Respectfully submitted,

    GUNSTER, YOAKLEY & STEWART, P.A.

    */s/ Gregg D. Polsky*
    Gregg D. Polsky, Esq.
    777 South Flagler Drive, Suite 500
    West Palm Beach, FL  33401
    (561) 655-1980

    *Tax Expert to the Official Committee of Unsecured Creditors*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was served by electronic means via ECF transmission to all Pacer System participants in these bankruptcy cases on June 4, 2026.

<u>/s/ Eric R. Goodman</u>
Eric R. Goodman

-5-

# EXHIBIT A



777 South Flagler Drive, Suite 500
West Palm Beach, Florida 33401
Phone (561) 655-1980
Fax No. (561) 655-5677
Taxpayer ID No. 59-1450702

May 14, 2026

Nicole Bouchard
Gregg Polsky, as Expert Witness
**E-Mailed to : NBouchard@brownrudnick.com**

*Please remit with payment*

## Invoice for Professional Services

*Client Name:*    Gregg Polsky, as Expert Witness
*Matter Name:*    Expert Witness

| | |
|---|---|
| *Invoice Date:* | May 14, 2026 |
| *Client.Matter No.:* | 73170.1 |
| *Invoice No.:* | 912595 |

For Legal Services Rendered Through  March 31, 2026

| | |
|---|---|
| *Total Fees Due* | $10,352.50 |
| *Amount Due this Bill* | $10,352.50 |

| ACCOUNT BALANCE | | | | | |
|---|---|---|---|---|---|
| Current | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Total |
| $10,352.50 | $0.00 | $0.00 | $0.00 | $0.00 | $10,352.50 |
| *If you have any questions, please contact our Client Services - Accounts Receivable Department at (561) 650-0643.* | | | | | |

| **Please remit payment by mail to:** | Gunster<br>777 South Flagler Drive<br>Suite 500 East Tower<br>West Palm Beach, FL  33401<br>*Please enclose this page with your payment to ensure proper credit* | **Please remit payment by wire to**<br><br><br>*Please reference Client Matter Number or Invoice#* | Wells Fargo Bank, N.A.<br>420 Montgomery Street San Francisco, CA 94104<br>Acct Name: Gunster Yoakley & Stewart Operating Acct.<br>Account Number: 2000044459107<br>ABA Number: 121000248<br>Swift Number: WFBIUS6S CHIPS: 0407 *(for Int'l wire)* | To process payment via credit card, please visit https://pay.gunster.com |
|---|---|---|---|---|



777 South Flagler Drive, Suite 500
West Palm Beach, Florida 33401
Phone (561) 655-1980
Fax No. (561) 655-5677
Taxpayer ID No. 59-1450702

May 14, 2026

Nicole Bouchard
Gregg Polsky, as Expert Witness
**E-Mailed to : NBouchard@brownrudnick.com**

## Invoice for Professional Services

*Client Name:*   Gregg Polsky, as Expert Witness
*Matter Name:*   Expert Witness

| | |
|---|---|
| *Invoice Date:* | May 14, 2026 |
| *Client.Matter No.:* | 73170.1 |
| *Invoice No.:* | 912595 |

For Legal Services Rendered Through  March 31, 2026

| | |
|---|---|
| *Total Fees Due* | $10,352.50 |
| *Amount Due this Bill* | $10,352.50 |

| ACCOUNT BALANCE | | | | | |
|---|---|---|---|---|---|
| Current | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Total |
| $10,352.50 | $0.00 | $0.00 | $0.00 | $0.00 | $10,352.50 |

*If you have any questions, please contact our Client Services - Accounts Receivable Department at (561) 650-0643.*

**CLIENT COPY**

ZEGBRA/RAPADI

Invoice No. 912595
73170.1
Gregg Polsky, as Expert Witness
Expert Witness



Invoice Date: May 14, 2026

### *FEES*

| 03/24/26 | Polsky, Gregg | Review bankruptcy petition, first-day motion regarding net operating losses, disclosure statement and plan of reorganization, and declaration of Kerem Ozkay (1.5); Preliminary tax research and analysis re  section 382 issues (1.5); Draft email to N. Bouchard (.1) | 3.1 | $3,177.50 |
|---|---|---|---|---|
| 03/25/26 | Polsky, Gregg | Review tax returns, financial statements, and other Carbon Health--Tax Documents | 4.5 | $4,612.50 |
| 03/30/26 | Polsky, Gregg | Tax research re  section 382 issues (1.0); Telephone conference with E. Goodman, N. Bouchard, and C. Moxley re  expert report (1.0); Draft email to E. Goodman, N. Bouchard, and C. Moxley re  discovery requests (.4); Draft email to N. Bouchard re  section 382 (.1) | 2.5 | $2,562.50 |
| | | TOTAL LEGAL SERVICES | 10.1 | $10,352.50 |

ZEGBRA/RAPADI