**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CARBON HEALTH TECHNOLOGIES, INC., et al., | Case No. 26-90306 (CML) |
| Debtors. [1] | (Jointly Administered) |

**COVER SHEET TO SECOND AND FINAL FEE APPLICATION OF
FOLEY & LARDNER FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR
THE PERIOD FROM FEBRUARY 2, 2026, THROUGH JUNE 14, 2026**

**Complex Case Fee Application Coversheet (Hourly)**

| | | | |
|---|---|---|---|
| **Name of Applicant:** | **Foley & Lardner LLP** | | |
| **Applicant's Role in Case:** | Special Counsel to the Debtors | | |
| **Docket No. of Employment Order(s):** | 370 | | |
| **Interim Application ( )**<br>**Final Application ( X )** | Indicate whether this is an interim or final Application. If interim, indicate the number (1st, 2nd, 3rd, etc.) | | |
| | | **Beginning Date** | **End Date** |
| **Time period covered by this Application for which interim compensation has not previously been awarded:** | | 02.02.26 | 06.14.26 |
| **Were the services provided necessary to the administration of or beneficial at the time rendered toward the completion of the case? ( Y ) Y/N** | | | |
| **Were the services performed in a reasonable amount of time commensurate with the complexity, importance and nature of the issues addressed? ( Y ) Y/N** | | | |
| **Is the requested compensation reasonable based on the customary compensation charged by comparably skilled practitioners in other non-bankruptcy cases? ( Y ) Y/N** | | | |
| **Do expense reimbursements represent actual and necessary expenses incurred? ( Y ) Y/N** | | | |

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth. The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

4915-4833-0680.1

| Compensation Breakdown for Time Period Covered by this Application | |
|---|---:|
| **Total professional fees requested in this Application:** | $1,188,666.00 |
| **Total professional hours covered by this Application:** | 1,089.50 |
| **Average hourly rate for professionals:** | $1,091.02 |
| **Total paraprofessional fees requested in this Application:** | $28,855.50 |
| **Total paraprofessional hours covered by this Application:** | 54.70 |
| **Average hourly rate for paraprofessionals:** | $527.52 |
| **Total fees requested in this Application:** | $1,217,521.50 |
| **Total expense reimbursements requested in this Application:** | $15,687.54 |
| **Total fees and expenses requested in this Application:** | $1,233,209.04 |
| **Total fees and expenses awarded in all prior Applications:** | $0.00 |

**Plan Status:** On May 29, 2026, the Court entered the *Order Granting Final Approval of Combined Disclosure Statement and Confirming Third Amended Plan of Reorganization of Carbon Health Technologies, Inc. and Its Affiliated Debtors* [Docket No. 708] (the "Confirmation Order") thereby confirming the *Combined Disclosure Statement and Third Amended Plan of Reorganization of Carbon Health Technologies, Inc. and Its Affiliated Debtors* [Docket No. 681] (the "Plan"). The Effective Date of the Plan (defined below) occurred on June 15, 2026. *See* Docket No. 784.

**Primary Benefits:** As special counsel to the Debtors, the professionals of Foley & Lardner LLP ("Foley") were instrumental in advising on defending an investigation by the California Attorney General; Advising on medical entity, licensing and healthcare regulatory issues associated with the bankruptcy restructuring; advising on contracting and negotiating clinical research arrangements; and advising on general healthcare regulatory matters. Our work also included preparation of the retention application, and monthly fee statements.

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re:<br><br>CARBON HEALTH TECHNOLOGIES, INC., et al.,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 26-90306 (CML)<br><br>(Jointly Administered) |

**SECOND AND FINAL FEE APPLICATION OF**
**FOLEY & LARDNER FOR ALLOWANCE OF COMPENSATION FOR**
**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**
**INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR**
**THE PERIOD FROM FEBRUARY 2, 2026, THROUGH JUNE 14, 2026**

Foley & Lardner LLP ("Foley), special counsel for the above-captioned debtors and debtors in possession (the "Debtors"), hereby files this application (this "Application"), seeking allowance on a final basis of compensation for services rendered and necessary expenses for the period from February 2, 2026 through June 14, 2026 (the "Application Period"), pursuant to section 330 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2016-1 and 9013-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Southern District of Texas (the "Local Rules"). For the Application Period, Foley seeks final allowance of $1,217,521.50 as fees for services rendered and $15,687.54 as reimbursement of expenses. In support of this Application, Foley submits the declaration of Thomas Ferrante (the "Ferrante

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth.The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

Declaration") attached hereto as **Exhibit 1** and a proposed order granting the Application attached hereto as **Exhibit 2**. In further support of this Application, Foley respectfully states as follows:

**JURISDICTION AND VENUE**

1.       This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of Texas*, dated May 24, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2) and Article III of the United States Constitution.

2.       Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

**A.       General Case Background**

3.       On February 2, 2026 (the "Petition Date"), the Debtors each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases"). The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner was appointed in these Chapter 11 Cases.

4.       On February 16, 2026, the U.S. Trustee appointed an official committee of unsecured creditors in these Chapter 11 Cases (the "Committee"). *See* Dkt. No. 115.

5.       The Debtors are a leading urgent care ("UC") and primary care ("PC") medical services provider, with approximately 93 locations nationwide offering comprehensive services, including UC, PC, pediatric care, workplace health, and clinical research, complemented with virtual care access. The Debtors serve as a primary entry point to a healthcare ecosystem, offering a comprehensive array of services that cater to diverse patient communities, enhancing accessibility and quality of care. The Debtors leverage a proprietary platform, "CarbyOS," to implement a digital strategy that enhances patient engagement and drives operating efficiency.

6.      This approach enables the Debtors to provide a versatile range of services across care locations through improved healthcare and operational efficiency.

7.      Additional information regarding the Debtors' business and capital structure and the circumstances leading to the commencement of these Chapter 11 Cases is set forth in the *Declaration of Kerem Ozkay in Support of the Debtors' Chapter 11 Petitions and First Day Relief* (the "First Day Declaration"),[2] which was filed with the Court on February 2, 2026 [Docket No. 16] and is incorporated by reference herein.

8.      On March 25, 2026, the Court entered its *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 359] (the "Compensation Order"). The Compensation Order sets forth the procedures for interim compensation and reimbursement of expenses for all professionals retained in the Chapter 11 Cases.

9.      On May 29, 2026, the Court entered its *Order Granting Final Approval of Combined Disclosure Statement and Confirming Third Amended Plan of Reorganization of Carbon Health Technologies, Inc. and Its Affiliated Debtors* [Docket No. 708] (the "Confirmation Order"), *inter alia*, confirming the *Carbon Health Technologies, Inc. and Debtor Affiliates' Combined Disclosure Statement and Third Amended Plan of Reorganization* [Docket No. 681] (as amended and supplemented from time to time, collectively, with all exhibits, supplements, and schedules thereto, the "Plan").[3] Professional Fee Claims are subject to Article VII.C. of the Plan.

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the First Day Declaration.

[3]     Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Plan.

10.     On June 15, 2026 (the "Effective Date"), the Debtors filed a Notice [Docket No. 784], *inter alia*, setting forth that the Effective Date of the Plan had occurred on such date.

**B.      The Debtors' Retention of Foley**

11.     On March 3, 2026, the Debtors filed *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Foley & Lardner LLP as Special Counsel Effective as of the Petition Date* [Docket No. 267] (the "Retention Application").[4] The Court entered the order approving the Retention Application on March 27, 2026 [Docket No. 370] (the "Retention Order").

12.     The Retention Order authorizes the Debtors to compensate and reimburse Foley in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Interim Compensation Order. The Retention Order also authorizes the compensation of Foley at its standard hourly rates, as described in the Retention Application, and the reimbursement of Foley's actual and necessary out-of-pocket expenses incurred, subject to application to this Court.

13.     The Retention Order authorizes Foley to provide the following services as special counsel to the Debtors:

a.      healthcare regulatory matters;

b.      responding to the actions by the California Attorney General (CAG), including an investigative subpoena and a set of interrogatories dated January 29, 2024, from the CAG, assertions in February 2026 that certain Debtors may not be in compliance with certain state laws, and further requests for information; and

c.      provide all other necessary legal services in connection with the foregoing in or without the Court.

---

[4]     Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Retention Application.

## NO ADVERSE INTEREST

14.     To the best of the Debtors' knowledge and as disclosed in the Retention Application and the accompanying Mehta Declaration, Foley has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Mehta Declaration.

15.     Foley may have in the past represented, may currently represent, and likely in the future will represent parties in interest in connection with matters unrelated to the Debtors in these Chapter 11 Cases. In the Mehta Declaration, Foley disclosed its connections to parties in interest that it has been able to ascertain using its reasonable efforts.

16.     Foley performed the services for which it is seeking compensation on behalf of the Debtors and their estates, and not on behalf of any committee, creditor, or other entity.

17.     Foley has received no payment and no promises for payment from any source other than the Debtors for services provided in any capacity whatsoever in connection with these Chapter 11 Cases.

18.     Pursuant to Bankruptcy Rule 2016(b), Foley has not shared, nor has Foley agreed to share (a) any compensation it has received or may receive with another party or person other than with the partners, counsel, and associates of Foley or (b) any compensation another person or party has received or may receive.

## SUMMARY OF COMPLIANCE WITH COMPENSATION ORDER

19.     This Fee Application has been prepared in accordance with the Compensation Order and Confirmation Order.

20.     Foley's employment was approved by the Court on March 27, 2026 *nunc pro tunc* to February 2, 2026. Foley seeks allowance of compensation for professional services rendered to the Debtors during the Application Period in the amount of $1,217,521.50 and reimbursement of actual and necessary expenses incurred in connection with providing such services in the amount

of $15,687.54. This amount encompasses all work provided by Foley since it began working on the matter through June 14, 2026. During the Application Period, Foley attorneys and paraprofessionals expended a total of 1,144.20 hours for which compensation is requested.

21.     In accordance with the Compensation Order, as of the date hereof, Foley has received payments totaling $705,733.94 ($694,884.40 of which was for services provided and $10,849.54 of which was for reimbursement of expenses) for the Application Period.[5] Accordingly, by this Application, and to the extent such amounts have not been paid by the time of the hearing on this Application, Foley seeks payment of all outstanding fees and expenses along with final approval of all fees and expenses—whether outstanding or already received. A summary of Foley's Monthly Fee Statements (as defined in the Compensation Order) and the amounts paid thereunder is attached hereto as **Exhibit 3**.

22.     On June 11, 2026, filed its *First Interim Fee Application of Foley & Lardner LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Debtors for the Period from February 2, 2026, Through March 31, 2026* [Docket No. 775] (the "First Interim Fee Application"). Pursuant to the First Interim Fee Application, Foley requested holdback amounts due in the amount of $475,415.44. On July 14, 2026, Foley filed a *Certificate of No Objection* Regarding *First Interim Fee Application of Foley & Lardner LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Debtors for the Period from February 2, 2026, Through March 31, 2026* [Docket No. 877]. Foley is still owed a holdback amount of $107,733.90 requested in the First Interim Fee Application.

---

[5]     While Foley has filed its Monthly Fee Statements through May, it has not yet received payment on the May Monthly Fee Statement. Fees for services from June 1 to June 14 are included in this Application and itemized in **Exhibit 7.**

6

## FEES AND EXPENSES INCURRED DURING THE APPLICATION PERIOD

**A.      Fees Incurred During Application Period**

23.      In the ordinary course of Foley's practice, Foley maintains computerized records of the time expended to render the professional services required by the Debtors and their estates. For the convenience of the Court and all parties in interest, attached hereto as **Exhibit 4** is a summary of fees incurred and hours expended during the Application Period, setting forth the following information:

- the name of each attorney and paraprofessional for whose work on these Chapter 11 Cases compensation is sought;

- each attorney's year of bar admission and area of practice concentration;

- the aggregate time expended and fees billed by each attorney and each paraprofessional during the Application Period;

- the hourly billing rate for each attorney and each paraprofessional at Foley's current billing rates; and

- a calculation of total compensation requested using the rates disclosed in the Retention Application.

24.      Foley maintains computerized records of the time spent by all Foley attorneys and paraprofessionals in connection with these Chapter 11 Cases. Copies of the time records of Foley's attorneys and paraprofessionals for the period from February 2, 2026 through June 14, 2026 (*i.e.*, the Application Period) are attached hereto as **Exhibit 7**.

**B.      Expenses Incurred During the Application Period**

25.      In the ordinary course of Foley's practice, Foley maintains a record of expenses incurred in the rendition of the professional services required by the Debtors and their estates and for which reimbursement is sought.

7

26.     For the convenience of the Court and all parties in interest, attached hereto as **Exhibit 6** is a summary for the Application Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Foley is seeking reimbursement.

<u>**SUMMARY OF LEGAL SERVICES RENDERED**</u>
<u>**DURING THE APPLICATION PERIOD**</u>

27.     To provide a meaningful summary of Foley's services provided on behalf of the Debtors and their estates, Foley has established, in accordance with its internal billing procedures, certain project matter categories (each, a "<u>Project Category</u>") in connection with these Chapter 11 Cases. A schedule setting forth a description of the Project Categories utilized in this Chapter 11 Case, the number of hours expended by Foley partners, associates and paraprofessionals by matter, and the aggregate fees associated with each matter is attached hereto as **Exhibit 5**.

28.     The following narrative provides a summary of services rendered by Foley on behalf of the Debtors during the Application Period organized by Project Category. The summary that follows is not intended to be a detailed description of the work performed by Foley during the Application Period, as those day-to-day services and the time expended in performing such services are fully set forth in the contemporaneous time records that are attached as <u>**Exhibit 7**</u>. Rather, the following summary attempts to highlight certain of those areas in which services were rendered as special counsel to the Debtors during the Application Period.

**A.      Employment Retention/Fee Application**

          Total Fees:     $25,504.00     Total Hours:   19.70

29.     During the Application Period, the professionals of Foley expended time in this category providing services related to the retention of Foley as special counsel to the Debtors along with monthly statements conforming to the Court's requirements and its interim fee application. Specifically, Foley attorneys and paraprofessionals spent time preparing their Retention

Application; making necessary redactions to preserve the confidentiality of the work performed for the Debtor; drafting a first interim fee application and final application; and drafting and revising Foley's monthly fee applications.

**B.      Clinical Trial Arrangements**

> Total Fees:    $68,807.50    Total Hours:   61.20

30.      During the Application Period, the professionals of Foley expended time in this category, revising, negotiating, and advising Debtors on clinical research and clinical trial arrangements.

**C.      OCP/Telemedicine Advice/Regulatory/General Healthcare**

> Total Fees:    $49,009.00    Total Hours:   43.70

31.      During the Application Period, the professionals of Foley expended time in this category, advising Debtors on healthcare regulatory matters relating to ongoing operations of the Debtors.

**D.      California Attorney General Matter**

> Total Fees:    $707,905.00   Total Hours:   639.40

32.      During the Application Period, the professionals of Foley expended time in this category, relating to the ongoing investigation and ultimate settlement with the California Attorney General.

**E.      OCP – PC Restructuring**

> Total Fees:    $366,296.00   Total Hours:   380.20

33.      During the Application Period, the professionals of Foley expended time in this category, assisting the Debtors with the corporate and regulatory restructuring required as part of the exit loan arrangement in preparation for post-bankruptcy operations.

9

**ACTUAL AND NECESSARY EXPENSES INCURRED BY FOLEY**

34.     As set forth in **Exhibit 7** attached hereto, and as summarized in **Exhibit 6** attached hereto, Foley has incurred a total of $15,687.54 in expenses on behalf of the Debtors during the Application Period. These charges are intended to reimburse expenses paid or otherwise incurred by Foley on behalf of the Debtors, which are not incorporated into the Foley hourly billing rates. Foley charges computer research at the provider's cost without markup. Only clients who actually use services of the types set forth in **Exhibit 6** of this Application are separately charged for such services. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require these services.

**BASIS FOR THE RELIEF REQUESTED**

35.     Section 330 provides that a Court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered [and] reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).

36.     Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded to . . . [a] professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including —
>
> the time spent on such services;
>
> the rates charged for such services;
>
>> whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>>
>> whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

10

> with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

37.     In determining the reasonableness of fees, courts routinely employ the twelve factors set forth by the Fifth Circuit in *Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) which incorporates and expands upon the requirements of section 330 of the Bankruptcy Code. These factors include: (1) the time and labor required; (2) the novelty and difficulty of the questions; (3) the skill requisite to perform the legal service properly; (4) the preclusion of employment by the attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation and ability of the attorneys; (10) the undesirability of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. *Id.* at 123 n.8. In *In re Fourth Colonial Corp. of America*, 544 F.2d 1291, 1298-99 (5th Cir. 1977), *cert. denied*, 431 U.S. 904 (1977), the Fifth Circuit applied the *Johnson* factors to the analysis of fee awards in bankruptcy cases.

38.     Under an analysis utilizing the *Johnson* factors and the standards customarily applied to fee awards under section 330 of the Bankruptcy Code, Foley submits that its request for compensation and reimbursement of expenses is reasonable and proper, and that such request should be allowed in the requested amount. Foley devoted a substantial amount of time and effort addressing the numerous issues involved in these Chapter 11 Cases, as summarized above and

11

detailed in **<u>Exhibit 7</u>** hereto. Whenever possible, Foley sought to minimize the costs of its services to the Debtors by utilizing junior attorneys and paraprofessionals to handle the more routine aspects of case administration.

39.     Foley respectfully submits that the services for which it seeks compensation in this Application were, at the time rendered, believed to be necessary to represent the Debtors effectively and efficiently.

40.     Further, Foley submits that consideration of the relevant *Johnson* factors establishes that the compensation requested is reasonable in light of the nature, extent, and value of such services to the Debtors:

a.     *<u>The Time and Labor Required</u>*. The professional services rendered by Foley on behalf of the Debtors have required the expenditure of substantial time and effort, as well as a high degree of professional competence and expertise, in order to deal with the many issues encountered with skill and dispatch, frequently on an emergent basis. Foley respectfully represents that the services rendered by it were performed efficiently, effectively and economically.

b.     *<u>The Novelty and Difficulty of Questions</u>*. These Cases are designated as "complex" cases and necessarily involved a significant number of novel or difficult issues in host of areas in connection with the Debtors' chapter 11 efforts. Foley's efforts and effective assistance was for the purpose of maximizing value for the benefit of the estate and its stakeholders.

c.     *<u>The Skill Required to Perform the Legal Services Properly</u>*. Foley believes that its recognized expertise in the area of insolvency proceedings and reorganization, particularly before this Court, have contributed to the efficient and effective representation of the Debtors in these Cases.

d.     *<u>The Preclusion of Other Employment by Applicant Due to Acceptance of the Case</u>*. Foley's representation of the Debtors has not precluded its acceptance of new clients. However, the issues that have arisen in these Cases required attention on a continuing, and often times emergent, basis, requiring Foley's professionals to commit significant portions of their time to these Chapter 11 Cases.

e.     *<u>The Customary Fee</u>*. The fees sought herein are based upon Foley's normal hourly rates for services of this kind. Foley respectfully submits that the hourly rates of its professionals are not unusual given the time expended in

attending to the representation of the Debtors. Foley's hourly rates and the fees requested herein are commensurate with fees Foley has been awarded in other cases, as well as with fees charged by other attorneys of comparable experience.

f. *Whether the Fee is Fixed or Contingent*. The fees requested in this Application represent fees incurred based upon a fixed hourly rate basis, contingent upon the Court's approval of this Application.

g. *Time Limitations Imposed by Client or other Circumstances*. Foley provided capable legal representation within the time limitations imposed under the unique circumstances of these Chapter 11 Cases. The issues that have arisen in these Chapter 11 Cases, particularly with respect to the disputes among the various stakeholders, required attention on a continuing, and often times emergent, basis.

h. *The Amount Involved and Results Obtained*. For the reasons described above, Foley respectfully submits that the amount of fees for which compensation is sought is reasonable under the circumstances given the numerous matters that had to be addressed.

i. *The Experience, Reputation and Ability of the Attorneys*. Foley is a professional association whose approximately 1,200 attorneys firmwide practice extensively in the fields of bankruptcy and corporate restructuring; litigation; real estate; corporate, finance and business transactions; employment and other phases of the law. Foley has represented debtors, creditors, fiduciaries, and numerous other parties in cases before the Bankruptcy Courts for the Southern District of Texas as well as in various other Bankruptcy Courts throughout the country.

j. *The Undesirability of the Case*. Not applicable.

k. *Nature and Length of Professional Relationship*. Not applicable.

l. *Awards in Similar Cases*. As previously indicated, the fees sought herein are commensurate with fees Foley has been awarded in other chapter 11 cases.

41.    In sum, the services rendered by Foley were necessary and beneficial to the Debtors and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Consistent with Section 330 of the Bankruptcy Code, this Application requests approval of the fees and expenses incurred by Foley during the Application Period.

13

42.     No previous application for the relief sought herein has been made to this or any other Court.

**WHEREFORE**, Foley respectfully requests that the Court approve final allowance for the period from February 2, 2026 through and including June 14, 2026, in the amount of $1,233,209.04 consisting of fees for professional services rendered to the Debtors in the amount of $1,217,521.50 and out-of-pocket expenses incurred in connection with the rendering of such services in the amount of $15,687.54; authorizing Foley to draw on and apply its remaining retainer of $29,750.00; and grant such other or further relief as may be just and proper under the circumstances.

Dated: July 14, 2026

**FOLEY & LARDNER LLP**

*/s/ Mark J. Wolfson*

Mark J. Wolfson (FBN 0352756)
Foley & Lardner LLP
100 North Tampa Street
Suite 2700
Tampa, FL 33602
Email: mwolfson@foley.com
Telephone: 813-225-4119
Facsimile: 813-221-4210

*Special Counsel to the Debtors and Debtors in Possession*

14

## Certificate of Service

I certify that on July 14, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/    *Maxim B. Litvak*

Maxim B. Litvak

15

**EXHIBIT 1**

**(Ferrante Declaration)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re:<br><br>CARBON HEALTH TECHNOLOGIES, INC., et al.,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 26-90306 (CML)<br><br>(Jointly Administered) |

**DECLARATION OF THOMAS FERRANTE IN SUPPORT OF**
**SECOND AND FINAL FEE APPLICATION OF FOLEY & LARDNER**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT**
**OF EXPENSES AS COUNSEL TO THE DEBTORS FOR**
**THE PERIOD FROM FEBRUARY 2, 2026, THROUGH JUNE 14, 2026**

I, Thomas Ferrante, declare under penalty of perjury:

1.      I am a partner with the law firm of Foley & Lardner LLP ("Foley"), which maintains offices at 100 North Tampa Street, Ste. 2700, Tampa, Florida 33609.  Foley served as special counsel for the above-captioned debtors and debtors in possession (each a "Debtor" and, collectively, the "Debtors") during their Chapter 11 Cases.

2.      I have read the *Second and Final Fee Application of Foley & Lardner LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period From February 2, 2026 through June 14, 2026* (the "Application"), filed contemporaneously herewith.[2]  To the best of my knowledge, information, and belief, formed after reasonable inquiry, the statements contained in the Application are true

---

1  A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth.The location of Carbon Health Technologies, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 500 East Remington Drive, Suite 20, Sunnyvale, CA 94087.

2   Capitalized terms used but not defined herein shall have the meanings assigned to them in the Application.

1

4925-6820-3960.2

and correct. In addition, I believe that the Application is in conformity with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, and this Court's orders.

3.     In connection therewith, I hereby certify that:

a.     The fees and disbursements sought in the Application are billed at rates customarily employed by Foley and generally accepted by Foley's clients. In addition, none of the professionals seeking compensation varied their hourly rates based on the geographic location of the Debtors' cases;

b.     In providing a reimbursable expense, Foley does not make a profit on that expense, whether the service is performed by Foley in-house or through a third party;

c.     In accordance with Bankruptcy Rule 2016(a) and Bankruptcy Code section 504, no agreement or understanding exists between Foley and any other person for the sharing of compensation to be received in connection with these Cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules and Local Rules; and

d.     All services for which compensation is sought were professional services on behalf of the Debtors and not on behalf of any other person.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 14, 2026 in Tampa, Florida.

*/s/ Thomas Ferrante*
Thomas Ferrante

2

4925-6820-3960.2

# EXHIBIT 3

**(Summary of Monthly Fee Statements)**

4915-4833-0680.1

**Summary of Amounts Paid Under Monthly Fee Statements**

| Date Filed / Docket No. | Period Covered | Total Compensation and Expenses Incurred for Period Covered | | Total Amount Previously Requested with Prior Monthly Fee Statement | | Total Amount Paid to Date | | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (80%) | Expenses (100%) | Fees (20%) |
| 04/09/26/ Doc. No. 449 | 02/02/26 – 02/28/26 | $84,629.50 | $0.00 | $67,703.60 | $0.00 | $67,703.60 | $0.00 | $16,925.90 |
| 05/07/26/ Doc. No. 594 | 03/01/26 – 03/31/26 | $454,040.00 | $4,449.54 | $363,232.00 | $4,449.54 | $363,232.00 | $4,449.54 | $90,808.00 |
| **Total for First Interim Fee Application** | | **$538,669.50** | **$4,449.54** | **$430,935.00** | **$4,449.54** | **$430,935.60** | **$4,449.54** | **$107,733.90** |

**Additional Fee Statements**

| Date Filed / Docket No. | Period Covered | Total Compensation and Expenses Incurred for Period Covered | | Total Amount Previously Requested with Prior Monthly Fee Statement | | Total Amount Paid to Date | | Total Fees & Expenses Requested |
|---|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (80%) | Expenses (100%) | |
| 05/27/26/ Doc. No. 678 | 04/01/26 – 04/30/26 | $329,936.00 | $6,400.00 | $263,948.80 | $6,400.00 | $263,948.80 | $6,400.00 | $65,987.20 |
| 06/25/26/ Doc. No. 800 | 05/01/26 – 05/31/26 | $215,214.00 | $4,788.00 | $172,171.20 | $4,788.00 | $0.00 | $0.00 | $220,002.00 |
| N/A[1] | 06/01/26 – 06/14/26 | $133,702.00 | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 | $133,752.00 |
| **Total** | | **$545,150.00** | **$11,188.00** | **$436,120.00** | **$11,188.00** | **$263,948.80** | **$6,400.00** | **$419,741.20** |

Summary of Any Objections to Monthly Fee Statements:   None

Amounts Not Yet Paid:

| | |
|---|---|
| (Holdback from First Interim Fee Application) | $107,733.90 |
| (Holdback from Third Monthly Fee Statement) | $65,987.20 |
| (100% of fees and expenses for May – June 14, 2026) | $353,754.00 |
| **Total:** | **$527,475.10** |

---

[1]   The fees and expenses for June 1-14, 2026 have not yet been requested through a Monthly Fee Statement but are included herein.

4915-4833-0680.1

**EXHIBIT 4**

**Summary of Timekeepers Included in this Application for the Application Period**

| Name /Initials | Position | Department | State of Bar Admission/ Year | Hourly Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| Adam J. Hepworth (AJHE) | Partner | Health Care | CA/ 2014 | $1,175 | 92.10 | $108,217.50 |
| Andrea Cunha (AACA) | Partner | Health Care | FL/ 2007; TN/ 2023; TX/ 2015 | $1,225 | 1.00 | $1,225.00 |
| Emily K. Weber (EKW) | Partner | Health Care | CO/ 2007 | $1,225 | 25.50 | $31,237.50 |
| Eric Chow (EC) | Partner | Transactions | CA/ 2011 | $1,1425 | 1.90 | $2,707.50 |
| Felicia S. O'Connor (FOC) | Partner | Labor & Employment | MI/ 2012 | $1,125 | 0.30 | $337.50 |
| Jana Lyn Kolarik (JKA) | Partner | Health Care | FL/ 2005; DC/ 2002 | $1,375 | 3.90 | $5,362.50 |
| Jason Mehta (JAME) | Partner | Gov't Enforcement Defense & Investigations | AR/ 2007; DC/ 2008; FL/ 2013 | $1,525 | 126.60 | $193,065.00 |
| Jennifer J. Hennessy (JJHE) | Partner | Health Care | MA/ 2016; WI/ 2011 | $1,375 | 2.80 | $3,850.00 |
| John P. Melko (JPME) | Partner | Bankruptcy | TX/ 1984 | $1,625 | 0.70 | $1,137.50 |
| Judith A. Waltz (JUAW) | Partner | Health Care | CA/ 1982 | $1,375 | 6.80 | $9,350.00 |
| Kyle Y. Faget (KYF) | Partner | Health Care | MA/ 2009 | $1,375 | 3.00 | $4,125.00 |
| Mark J. Wolfson (MJW) | Partner | Bankruptcy | FL/ 1982 | $1,500 | 12.30 | $18,450.00 |
| Thomas "TJ" Ferrante (TBF) | Partner | Health Care | FL/ 2011; MA/ 2011 | $1,225 | 221.50 | $271,337.50 |
| Adam Cooper (ADSC) | Senior Counsel | Health Care | TX/ 2017 | $1,100 | 90.70 | $99,770.00 |
| Alexandra B. Shalom (ABS) | Senior Counsel | Health Care | MA/ 2017 | $1,120 | 6.20 | $6,944.00 |
| Evan M. Hellman (EMHE) | Senior Counsel | Health Care | NY/ 2014 | $1,150 | 27.90 | $32,085.00 |
| Lauren P. Carboni (LPC) | Senior Counsel | Health Care | CO/ 2013 | $1,120 | 3.50 | $3,920.00 |
| Emily F. Horner (EFO) | Special Counsel | Commercial Litigation | FL/ 2009 | $935 | 0.20 | $187.00 |

4915-4833-0680.1

| Name /Initials | Position | Department | State of Bar Admission/ Year | Hourly Rate | Hours | Total Fees |
|---|---|---|---|---|---|---|
| Ashley Grabowski (ASGR) | Associate | Commercial Litigation | FL/ 2023 | $800 | 179.50 | $143,600.00 |
| Callie M. Ericksen (CAER) | Associate | Transactions | CA/ 2025 | $700 | 0.60 | $420.00 |
| Casey Y. Geng (CYGN) | Associate | Commercial Litigation | CA/ 2024 | $750 | 17.10 | $12,825.00 |
| Celia P. Janes (CPJ) | Associate | Health Care | CA/ 2025 | $70 | 25.10 | $17,570.00 |
| Chana L. Gandelsman (CHGA) | Associate | Health Care | FL/ 2025 | $700 | 53.40 | $37,380.00 |
| Evan J. Farrara (EJF) | Associate | Commercial Litigation | FL/ 2025; DC/ 2022 | $750 | 1.40 | $1,050.00 |
| Francesca M. Camacho (FMC) | Associate | Health Care | MA/ 2025 | $700 | 3.60 | $2,520.00 |
| Gretchen P. Mahoney (GRPM) | Associate | Health Care | TX/ 2022 | $900 | 1.90 | $1,710.00 |
| Hailey Adler (HAAD) | Associate | Health Care | CO/ 2024 | $750 | 1.10 | $825.00 |
| Jarrod S. Brodsky (JSBR) | Associate | Health Care | CA/ 2025; DC/ 2020 | $920 | 10.00 | $9,200.00 |
| Jessica M. Boubker (JMB) | Associate | Health Care | MA/ 2021 | $975 | 25.70 | $25,057.50 |
| Kate L. Pamperin (KLW) | Associate | Health Care | CA/ 2020 | $1,000 | 47.60 | $47,600.00 |
| Saige G. Gallop (SGG) | Associate | Transactions | CA/ 2020 | $1,000 | 12.00 | $12,000.00 |
| Samantha M. Gerencir (SMG) | Associate | Gov't Enforcement Defense & Investigations | FL/ 2019; GA/ 2018 | $1,000 | 83.60 | $83,600.00 |
| Andrew Dunstan (AFD) | Paralegal | Transactions | N/A | $525 | 30.80 | $16,170.00 |
| Jane M. Williams (JMSI) | Paralegal | Litigation | N/A | $565 | 8.00 | $4,520.00 |
| Janelle C. Harrison (JCH) | Paralegal | Bankruptcy | N/A | $485 | 3.20 | $1,552.00 |
| Nicole Cianciotta (NCC) | Paralegal | Transactions | N/A | $485 | 7.60 | $3,686.00 |
| Wendy Del Valle (WD) | Paralegal | Litigation | N/A | $565 | 0.50 | $282.50 |
| Kevin T. Lewman (KTLE) | Technical Specialist | Transactions | N/A | $575 | 4.60 | $2,645.00 |
| **TOTAL** | | | | | **1,144.20** | **$1,217,521.50** |

**EXHIBIT 5**

**Summary of Fees Included in this Application
by Project Category for the Application Period**

| Project Category | Hours Billed | Amount Billed |
|---|---|---|
| Employment Retention/Fee Application | 19.70 | $25,504.00 |
| Clinical Trial Arrangements | 61.20 | $68,807.50 |
| OCP/Telemedicine Advice/ Regulatory/ General Healthcare | 43.70 | $449,009.00 |
| California Attorney General Matters | 639.40 | $707,905.00 |
| OCP – PC Restructuring | 380.20 | $366,296.00 |
| **TOTAL** | **1,144.20** | **$1,617,521.50** |

4915-4833-0680.1

**EXHIBIT 6**

**Summary of Expenses Included in this Application
by Category for the Application Period**

| Expense Category | Amount |
|---|---|
| Electronic Legal Research | $13.90 |
| LSS – eDiscovery Services | $10,000.00 |
| Meals | $28.83 |
| Recording / Filing Fees | $1,938.00 |
| Shipping Charges | $65.18 |
| Travel | $3,641.43 |
| **TOTAL** | **$15,687.34** |

4915-4833-0680.1

**EXHIBIT 7**

**(Application Period Invoices)**



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  March 30, 2026
Invoice No.:  51264061
Our Ref. No.:  125408-0107

## Remittance Advice

Re:  OCP - Advice re: Clinical Trial Arrangements

**Current Invoice:**

| | |
|---|---|
| 03/30/26 - 51264061 | $19,452.50 |
| **Total Amount Due:** | **$19,452.50** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
  **(foreign wires only)**



**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  March 30, 2026
Invoice No.: 51264061
Our Ref. No.: 125408-0107

Services through February 28, 2026

Amount due for professional services rendered regarding        $19,452.50
OCP - Advice re: Clinical Trial Arrangements

**Total Amount Due:        $19,452.50**

**Please reference your invoice number 51264061 with your remittance payable to Foley & Lardner LLP.  Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**Carbon Health Technologies, Inc.**                                  Page  2
Our Ref. No.:125408-0107                                     Foley & Lardner LLP
Invoice No.: 51264061                                            March 30, 2026

---

## Professional Services Detail

| | | | | | |
|---|---|---|---|---|---|
| 02/10/26 | KYF | Attention to email from Niree re: contract addendum needs for clinical research; strategize re: the same. | 0.30 | at 1,375.00 /hr.= | $412.50 |
| 02/12/26 | JMB | Draft amendments to 1099 and employment agreements. | 3.60 | at 975.00 /hr.= | $3,510.00 |
| 02/12/26 | KYF | Review and send edits to Scout professional services agreement; review and send comments to draft addendums for both 1099 contractor and employee PIs. | 0.70 | at 1,375.00 /hr.= | $962.50 |
| 02/12/26 | LPC | Edit Service Agreement with Scout. | 3.50 | at 1,120.00 /hr.= | $3,920.00 |
| 02/23/26 | JMB | Review Clinical Study Agreement between Pfizer and Carbon (Pfizer Protocol B7981119); revise agreement to conform with Protocol C4591081. | 3.50 | at 975.00 /hr.= | $3,412.50 |
| 02/23/26 | KYF | (No Charge) Strategize re" editing pfizer CTAs, including MSA. | 0.50 | at 0.00 /hr.= | $0.00 |
| 02/24/26 | JMB | (No Charge) Finalize revisions to Clinical Study Agreement (Pfizer Protocol B7981119). | 0.50 | at 0.00 /hr.= | $0.00 |
| 02/25/26 | JMB | Review Master Clinical Study Agreement between Pfizer and Carbon; revise agreement to conform with previously negotiated Clinical Study Agreements. | 4.60 | at 975.00 /hr.= | $4,485.00 |
| 02/25/26 | KYF | Review and edit Pfizer CTA and MSA. | 1.50 | at 1,375.00 /hr.= | $2,062.50 |
| 02/26/26 | KYF | Review and analyze edits to Pfizer MSA. | 0.50 | at 1,375.00 /hr.= | $687.50 |
| | | | Services Total: | 19.20 | $19,452.50 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0107
Invoice No.: 51264061

Page  3
Foley & Lardner LLP
March 30, 2026

**Professional Services Summary**

| Service Provider | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jessica M. Boubker | JMB | Associate | 12.20 | $935.04 | $11,407.50 |
| Kyle Y. Faget | KYF | Partner | 3.50 | $1,178.57 | $4,125.00 |
| Lauren P. Carboni | LPC | Senior Counsel | 3.50 | $1,120.00 | $3,920.00 |
| **Totals** | | | **19.20** | | **$19,452.50** |



**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  March 30, 2026
Invoice No.:  51264062
Our Ref. No.:  125408-0108

## Remittance Advice

Re:  OCP - Telemedicine Advice

**Current Invoice:**

| | |
|---|---|
| 03/30/26 - 51264062 | $1,225.00 |
| **Total Amount Due:** | **$1,225.00** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
  **(foreign wires only)**



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  March 30, 2026
Invoice No.: 51264062
Our Ref. No.: 125408-0108

---

Services through February 28, 2026

Amount due for professional services rendered regarding                                   $1,225.00
OCP - Telemedicine Advice

**Total Amount Due:**          **$1,225.00**

---

**Please reference your invoice number 51264062 with your remittance
payable to Foley & Lardner LLP.  Payment is due promptly upon receipt
of our invoice.**

Federal Employer Number:
39-0473800

**Carbon Health Technologies, Inc.**                                     Page  2
Our Ref. No.:125408-0108                                      Foley & Lardner LLP
Invoice No.: 51264062                                              March 30, 2026

---

## Professional Services Detail

| 02/09/26 | TBF | Prepare for and attend call with FSI to discuss healthcare regulatory questions; Review correspondence from Christina Solomon with responses to certain questions and status discussed during regulatory call. | 1.00 | at 1,225.00 /hr.= | $1,225.00 |
|---|---|---|---|---|---|
| 02/10/26 | EMHE | (No Charge) Review bankruptcy asset purchase agreement for health regulatory matters. | 1.10 | at 0.00 /hr.= | $0.00 |

|  |  | Services Total: | 2.10 | $1,225.00 |
|---|---|---|---|---|

## Professional Services Summary

| Service Provider | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Thomas (T.J.) Ferrante | TBF | Partner | 1.00 | $1,225.00 | $1,225.00 |
| Evan M. Hellman | EMHE | Senior Counsel | 1.10 | $0.00 | $0.00 |
| **Totals** |  |  | **2.10** |  | **$1,225.00** |



**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  March 30, 2026
Invoice No.:  51264063
Our Ref. No.:  125408-0109

## Remittance Advice

Re:  OCP - California Attorney General Matter

**Current Invoice:**

| | |
|---|---|
| 03/30/26 - 51264063 | $51,650.00 |
| **Total Amount Due:** | **$51,650.00** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
  **(foreign wires only)**



**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  March 30, 2026
Invoice No.: 51264063
Our Ref. No.: 125408-0109

---

Services through February 28, 2026

Amount due for professional services rendered regarding
OCP - California Attorney General Matter

$51,650.00

**Total Amount Due:**          **$51,650.00**

---

**Please reference your invoice number 51264063 with your remittance payable to Foley & Lardner LLP.  Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51264063

Page  2
Foley & Lardner LLP
March 30, 2026

## Professional Services Detail

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/12/26 | JAME | Call with client/Latham & Watkins regarding DOJ CA matter including work done to date, witness interviews, factual chronology, and necessary next steps. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 02/12/26 | TBF | Review background materials and attend call with client and legal team to discuss California Attorney General investigation. | 1.30 | at 1,225.00 /hr.= | $1,592.50 |
| 02/17/26 | TBF | Prepare for in-person meeting with California Attorney General. | 2.10 | at 1,225.00 /hr.= | $2,572.50 |
| 02/18/26 | JAME | Follow up on meeting with state AG and discuss proposed recommendations on handling matter, including necessary next steps. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 02/18/26 | TBF | Review and analyze power point presentation shared by California AG after meeting. | 0.60 | at 1,225.00 /hr.= | $735.00 |
| 02/18/26 | TBF | Attend debrief call with client team. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 02/18/26 | TBF | Prepare for and attend in-person meeting with the California Attorney General. | 4.80 | at 1,225.00 /hr.= | $5,880.00 |
| 02/18/26 | TBF | Attend call with Karem Ozkay to discuss Foley & Lardner role in AG investigation. | 0.40 | at 1,225.00 /hr.= | $490.00 |
| 02/18/26 | TBF | Attend follow-up call with Latham counsel to discuss strategy and staffing. | 0.40 | at 1,225.00 /hr.= | $490.00 |
| 02/19/26 | JAME | Follow up with TJ Ferrante regarding proposed next steps on DOJ inquiry and proposed strategy for DOJ inquiry. | 0.20 | at 1,525.00 /hr.= | $305.00 |

**Carbon Health Technologies, Inc.**                                                Page  3
Our Ref. No.:125408-0109                                                   Foley & Lardner LLP
Invoice No.: 51264063                                                          March 30, 2026

| | | | | | |
|---|---|---|---|---|---|
| 02/19/26 | JAME | Call with client regarding recommendations on next steps with California DOJ including interfacing with California DOJ and meeting to discuss remedial measures. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 02/19/26 | TBF | Prepare for and attend call with counsel for FSI to debrief on meeting with California Attorney General. | 1.50 | at 1,225.00 /hr.= | $1,837.50 |
| 02/19/26 | TBF | Review summary document sent by Latham for board meeting. | 0.90 | at 1,225.00 /hr.= | $1,102.50 |
| 02/19/26 | TBF | Attend call with Kerem Ozkay to discuss California AG matter. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 02/20/26 | TBF | Prepare for and attend call with FSI legal counsel to discuss CPOM issues relating to California AG investigation. | 1.30 | at 1,225.00 /hr.= | $1,592.50 |
| 02/23/26 | JAME | Comment on email from client about transition and plan next steps/coordinate deliverables related to CA DOJ meeting and witness interviews. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 02/23/26 | JAME | Comment on email from client about transition and plan next steps/coordinate deliverables related to factual development and reviewing of key materials. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 02/24/26 | ASGR | Call with T. Ferrante and J. Mehta to discuss the California Attorney General investigation into Carbon Health, including Carbon's background as a company (0.1), the procedural posture of the investigation (0.1), and the allegations made in the investigation (0.2). | 0.40 | at 800.00 /hr.= | $320.00 |
| 02/24/26 | JAME | Comment on bankruptcy disclosures and what information may/may not be shared further. | 0.20 | at 1,525.00 /hr.= | $305.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51264063

Page  4
Foley & Lardner LLP
March 30, 2026

| | | | | | |
|---|---|---|---|---|---|
| 02/24/26 | JAME | Prepare timeline/action items for responding to California DOJ arguments related to advertising/credit card authorizations and circulate internally/client. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 02/24/26 | JAME | Discuss status of matter with TJ Ferrante and A.Grabowski including proposed presentation and factual gathering. | 0.60 | at 1,525.00 /hr.= | $915.00 |
| 02/24/26 | JAME | Call with Latham team to discuss status of transition/next steps with California DOJ matter related to key allegations raised by California DOJ. | 0.70 | at 1,525.00 /hr.= | $1,067.50 |
| 02/24/26 | TBF | Prepare for and attend call with Latham to discuss next steps for California Attorney General investigation. | 0.70 | at 1,225.00 /hr.= | $857.50 |
| 02/24/26 | TBF | Send outline of timeline for California AG investigation to Kerem Ozkay. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 02/24/26 | TBF | Review draft disclosure statement for creditors. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 02/25/26 | ASGR | Coordinate with Carbon's legal team (including bankruptcy counsel and individual counsel) regarding defense strategy and information sharing. | 1.30 | at 800.00 /hr.= | $1,040.00 |
| 02/25/26 | ASGR | Correspond with E. Ridley re: experience with California Attorney General's office. | 0.10 | at 800.00 /hr.= | $80.00 |
| 02/25/26 | ASGR | Corresopnd with S. Faulders re: experience with California Attorney General's office. | 0.10 | at 800.00 /hr.= | $80.00 |
| 02/25/26 | ASGR | Review materials related to California AG investigation in preparation for call (0.3). Consult with T. Ferrante and J. Mehta regarding allegations made by California Attorney General's office and potential defenses (0.5). | 0.80 | at 800.00 /hr.= | $640.00 |

**Carbon Health Technologies, Inc.**                                                Page  5
Our Ref. No.:125408-0109                                                      Foley & Lardner LLP
Invoice No.: 51264063                                                            March 30, 2026

| | | | | | |
|---|---|---|---|---|---|
| 02/25/26 | ASGR | Correspond with P. Johnston re: experience with California Attorney General's office. | 0.20 | at 800.00 /hr.= | $160.00 |
| 02/25/26 | JAME | Communicate internally on strategy for responding to AG, including drafting of outline for proposed factual rebuttal. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 02/25/26 | JAME | Comment on bankruptcy disclosures and statements regarding AG's investigation, including what information may be shared. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 02/25/26 | JAME | Review AG presentation and coordinate next steps related to advertising/credit card authorization arguments. | 0.90 | at 1,525.00 /hr.= | $1,372.50 |
| 02/25/26 | JAME | Call with TJ Ferrante to discuss status of matter and proposed next steps with resolution related to remediation and correcting of historical past practices. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 02/25/26 | JAME | Call with Latham to discuss transition matters, specifically to discuss work done to date, witness interviews conducted, and Latham's views on key allegations. | 1.00 | at 1,525.00 /hr.= | $1,525.00 |
| 02/25/26 | TBF | Attend call with Kerem Ozkay; Attend legal call to discuss legal counsel transition and immediate next steps and strategy for California AG meeting. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 02/26/26 | AJHE | Conference with T.J. Ferrante regarding AG investigation. | 0.40 | at 1,175.00 /hr.= | $470.00 |
| 02/26/26 | AJHE | Begin analyzing corporate practice allegations, including initial review of AG presentation slides and investigation documents. | 0.90 | at 1,175.00 /hr.= | $1,057.50 |
| 02/26/26 | ASGR | Correspond with P. Johnston re: experience with California Attorney General's office. | 0.30 | at 800.00 /hr.= | $240.00 |

**Carbon Health Technologies, Inc.**  
Our Ref. No.:125408-0109  
Invoice No.: 51264063

Page  6  
Foley & Lardner LLP  
March 30, 2026

| | | | | | |
|---|---|---|---|---|---|
| 02/26/26 | JAME | Follow up call with client regarding transition plan and next steps with DOJ, including proposed meeting and remediation plan. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 02/26/26 | JAME | Call with TJ Ferrante regarding transition and necessary next steps related to remediation plans and efforts. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 02/26/26 | JJHE | Advise on business associate agreement for receiving PHI related to California AG investigation. | 0.20 | at 1,375.00 /hr.= | $275.00 |
| 02/26/26 | TBF | Discuss and prepare summary of legal scope and budget. | 1.30 | at 1,225.00 /hr.= | $1,592.50 |
| 02/26/26 | TBF | Prepare for and attend call with Kerem Ozkay and Dr. Sujal Mandavia to discuss strategy and timeline for response to California Attorney General. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 02/26/26 | TBF | Execute Business Associate Agreement. | 1.00 | at 1,225.00 /hr.= | $1,225.00 |
| 02/26/26 | TBF | Attend call with bankruptcy counsel to discuss narrative for Carbon Health board members and potential buyers. | 0.70 | at 1,225.00 /hr.= | $857.50 |
| 02/27/26 | AJHE | Analyze AG materials, including presentation slides. | 0.60 | at 1,175.00 /hr.= | $705.00 |
| 02/27/26 | AJHE | Research and analyze caselaw and medical board guidance relied by AG to make corporate practice of medicine assertions. | 2.20 | at 1,175.00 /hr.= | $2,585.00 |
| 02/27/26 | AJHE | Confer with T.J. Ferrante regarding next steps to defend client's practices from corporate practice of medicine allegations and to present prospective safeguards to AG. | 0.50 | at 1,175.00 /hr.= | $587.50 |

**Carbon Health Technologies, Inc.**  Page  7
Our Ref. No.:125408-0109  Foley & Lardner LLP
Invoice No.: 51264063  March 30, 2026

| | | | | | |
|---|---|---|---|---|---|
| 02/27/26 | AJHE | Begin drafting tables summarizing key corporate practice concerns and alternative approaches to ensure additional compliance safeguards, including revisions to key contracts between management company and professional corporation. | 0.90 | at 1,175.00 /hr.= | $1,057.50 |
| 02/27/26 | ASGR | Correspond with S. Faulders re: experience with California Attorney General's office. | 0.20 | at 800.00 /hr.= | $160.00 |
| 02/27/26 | JAME | Review and comment on bankruptcy descriptions. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 02/27/26 | JAME | Provide draft budget for bankruptcy counsel. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 02/27/26 | TBF | Review and revise special counsel application; Begin preparing outline of items for corporate structure and contract revisions for CPOM compliance. | 2.70 | at 1,225.00 /hr.= | $3,307.50 |
| 02/28/26 | AJHE | Continue analyzing AG corporate practice allegations and developing alternative proposals to revise assignable option agreement, management services agreement, and revolving credit agreement to respond on each point and safeguard the medical group's independent professional judgment. | 0.90 | at 1,175.00 /hr.= | $1,057.50 |
| 02/28/26 | JAME | Correspond with Latham re: follow-up on transition and coordinate next steps related to document review/witness interviews. | 0.30 | at 1,525.00 /hr.= | $457.50 |

Services Total:  41.40  $51,650.00

## Professional Services Summary

| Service Provider | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Ashley Grabowski | ASGR | Associate | 3.40 | $800.00 | $2,720.00 |
| Adam J. Hepworth | AJHE | Partner | 6.40 | $1,175.00 | $7,520.00 |

**Carbon Health Technologies, Inc.**                                       Page  8
Our Ref. No.:125408-0109                                         Foley & Lardner LLP
Invoice No.: 51264063                                               March 30, 2026

| Jason Mehta | JAME | Partner | 8.90 | $1,525.00 | $13,572.50 |
|---|---|---|---|---|---|
| Jennifer J. Hennessy | JJHE | Partner | 0.20 | $1,375.00 | $275.00 |
| Thomas (T.J.) Ferrante | TBF | Partner | 22.50 | $1,225.00 | $27,562.50 |
| **Totals** | | | **41.40** | | **$51,650.00** |

**Expenses Incurred**

| Description | Amount |
|---|---|
| Lodging--VENDOR: TJ Ferrante - Travel to San Diego for California Attorney General meeting with Carbon Health - TPA to SAN\ - 12/31/25-02/19/26. | $0.00 |
| Taxi/Car Service--VENDOR: TJ Ferrante - Travel to San Diego for California Attorney General meeting with Carbon Health - TPA to SAN\ - 12/31/25-02/19/26. | $0.00 |
| Hotel - Lunch--VENDOR: TJ Ferrante 02/17/26 Travel to San Diego for California Attorney General meeting with Carbon Health - - TJ Ferrante. | $0.00 |
| Lodging--VENDOR: TJ Ferrante - Travel to San Diego for California Attorney General meeting with Carbon Health - TPA to SAN\ - 12/31/25-02/19/26. | $0.00 |
| Taxi/Car Service--VENDOR: TJ Ferrante - Travel to San Diego for California Attorney General meeting with Carbon Health - TPA to SAN\ - 12/31/25-02/19/26. | $0.00 |
| **Expenses Incurred Total** | **$0.00** |



FOLEY & LARDNER LLP

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  March 30, 2026
Invoice No.:  51264064
Our Ref. No.:  125408-0110

## Remittance Advice

Re:  OCP - BK Employment Retention/Fee

**Current Invoice:**

| | |
|---|---|
| 03/30/26 - 51264064 | $12,302.00 |
| **Total Amount Due:** | **$12,302.00** |

**Please mail check payments to:**

**Foley & Lardner LLP
P.O. Box 78470
Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP
U.S. Bank, NA
777 E. Wisconsin Ave.
Milwaukee, WI 53202
ABA No.: 075000022
Acct No.: 112031389
Swift Code: USBKUS44IMT
   (foreign wires only)**



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  March 30, 2026
Invoice No.: 51264064
Our Ref. No.: 125408-0110

Services through February 28, 2026

Amount due for professional services rendered regarding
OCP - BK Employment Retention/Fee

$12,302.00

**Total Amount Due:**          **$12,302.00**

**Please reference your invoice number 51264064 with your remittance payable to Foley & Lardner LLP.  Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**Carbon Health Technologies, Inc.**  
Our Ref. No.:125408-0110  
Invoice No.: 51264064  

Page  2  
Foley & Lardner LLP  
March 30, 2026  

---

## Professional Services Detail

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/06/26 | TBF | Correspond with John Luca, Esq. (bankruptcy counsel) relating to notice of bankruptcy in a pending state court action in Florida. | 0.40 | at 1,225.00 /hr.= | $490.00 |
| 02/09/26 | EFO | Finalize notice of suggestion of bankruptcy. | 0.20 | at 935.00 /hr.= | $187.00 |
| 02/09/26 | JJHE | Advise on privacy and security related considerations in Asset Purchase Agreement and in bankruptcy transactions. | 0.90 | at 1,375.00 /hr.= | $1,237.50 |
| 02/09/26 | MJW | BK OCP: review and attention to filing Suggestion of BK in RPT REALTY case. | 0.40 | at 1,500.00 /hr.= | $600.00 |
| 02/11/26 | AACA | Review draft APA (.8); Email with T. Ferrante re: comments to same (.2). | 1.00 | at 1,225.00 /hr.= | $1,225.00 |
| 02/11/26 | TBF | Review draft 363 Asset Purchase Agreement and send comments to bankruptcy counsel for review. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 02/13/26 | MJW | Chapter 11: OCP Fee Retention Matters: work on review of connections for rentention application. | 1.00 | at 1,500.00 /hr.= | $1,500.00 |
| 02/18/26 | MJW | BK: confer with TJ Ferrante re additional OCP role for Foley as co-lit counsel with Latham, review docket, and prep memo to TJ Ferrante and John Melko. | 0.50 | at 1,500.00 /hr.= | $750.00 |
| 02/24/26 | MJW | BK case: review TJ Ferrante memo with Bk counsel re taking over lit defense. | 0.10 | at 1,500.00 /hr.= | $150.00 |
| 02/26/26 | MJW | Retention: tel con with Jamie O'Neill re Foley as Special Counsel and requirements, process (.4), review of DIP order carve out notice provision (.3), and tel con with TF Ferrante re same (.3). | 1.00 | at 1,500.00 /hr.= | $1,500.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0110
Invoice No.: 51264064

Page  3
Foley & Lardner LLP
March 30, 2026

| | | | | | |
|---|---|---|---|---|---|
| 02/27/26 | MJW | Retention: commence drafting Foley employment application and declaration and draft order and exchange memos with TJ Ferrante re same and make edits and clarifications. | 2.70 | at 1,500.00 /hr.= | $4,050.00 |
| | | Services Total: | 8.70 | | $12,302.00 |

**Professional Services Summary**

| Service Provider | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Andrea Cunha | AACA | Partner | 1.00 | $1,225.00 | $1,225.00 |
| Jennifer J. Hennessy | JJHE | Partner | 0.90 | $1,375.00 | $1,237.50 |
| Mark J. Wolfson | MJW | Partner | 5.70 | $1,500.00 | $8,550.00 |
| Thomas (T.J.) Ferrante | TBF | Partner | 0.90 | $1,225.00 | $1,102.50 |
| Emily F. Horner | EFO | Special Counsel | 0.20 | $935.00 | $187.00 |
| **Totals** | | | **8.70** | | **$12,302.00** |



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  April 29, 2026
Invoice No.:  51287856
Our Ref. No.:  125408-0107

## Remittance Advice

Re:  OCP - Advice re: Clinical Trial Arrangements

**Current Invoice:**

| | |
|---|---|
| 04/29/26 - 51287856 | $9,262.50 |
| **Total Amount Due:** | **$9,262.50** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH
(CTX or CCD+ transmission) with invoice number(s)
included in the addenda of the ACH.**

**Please send electronic payment remittance advice and
questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
**  (foreign wires only)**



**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  April 29, 2026
Invoice No.: 51287856
Our Ref. No.: 125408-0107

---

Services through March 31, 2026

Amount due for professional services rendered regarding                    $9,262.50
OCP - Advice re: Clinical Trial Arrangements

**Total Amount Due:**                    **$9,262.50**

---

**Please reference your invoice number 51287856 with your remittance
payable to Foley & Lardner LLP.  Payment is due promptly upon receipt
of our invoice.**

Federal Employer Number:
39-0473800

**Carbon Health Technologies, Inc.**                                      Page  2
Our Ref. No.:125408-0107                                          Foley & Lardner LLP
Invoice No.: 51287856                                                 April 29, 2026

---

### Professional Services Detail

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/25/26 | JMB | Revise background and initial provisions in Master Clinical Site Agreement with PPD. | 1.50 | at 975.00 /hr.= | $1,462.50 |
| 03/26/26 | JMB | Continue first level review of main body of Master Clinical Site Agreement with PPD. | 4.10 | at 975.00 /hr.= | $3,997.50 |
| 03/27/26 | JMB | Finalize first level review comments to the main body of the Master Clinical Site Agreement with PPD and its template Work Order. | 3.90 | at 975.00 /hr.= | $3,802.50 |
| | | Services Total: | 9.50 | | $9,262.50 |

### Professional Services Summary

| Service Provider | Initials | Title | Hours | Rate | Amount |
|------------------|----------|-------|-------|------|--------|
| Jessica M. Boubker | JMB | Associate | 9.50 | $975.00 | $9,262.50 |
| **Totals** | | | **9.50** | | **$9,262.50** |



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  April 29, 2026
Invoice No.:  51287857
Our Ref. No.:  125408-0108

## Remittance Advice

Re:  OCP - Telemedicine Advice

**Current Invoice:**

| | |
|---|---|
| 04/29/26 - 51287857 | $17,233.00 |
| **Total Amount Due:** | **$17,233.00** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
  **(foreign wires only)**



**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  April 29, 2026
Our Ref. No.:125408-0108

---

## Statement of Account

---

### Outstanding Invoices:

| Date | Invoice No. | Amount | Credits | Balance |
|------|-------------|--------|---------|---------|
| 03/30/2026 | 51264062 | $1,225.00 | $980.00 | $245.00 |
| | | | Total Balance Outstanding: | $245.00 |

### Current Invoice:

| Date | Invoice No. | Amount | Credits | Balance |
|------|-------------|--------|---------|---------|
| 04/29/2026 | 51287857 | $17,233.00 | $0.00 | $17,233.00 |
| | | | **Total Amount Due:** | **$17,478.00** |

---

**Please reference all your invoice numbers with your remittance payable to Foley & Lardner LLP.  Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies                    Date:  April 29, 2026
55 Pacific Avenue                             Invoice No.: 51287857
San Francisco, CA 94131                       Our Ref. No.: 125408-0108

Services through March 31, 2026

Amount due for professional services rendered regarding          $17,230.00
OCP - Telemedicine Advice

                                    Total Expenses:              $3.00
                                    _____
                           **Amount Due:**        **$17,233.00**

**Please reference your invoice number 51287857 with your remittance**        Federal Employer Number:
**payable to Foley & Lardner LLP.  Payment is due promptly upon receipt**       39-0473800
**of our invoice.**

**Carbon Health Technologies, Inc.**                                          Page  2
Our Ref. No.:125408-0108                                             Foley & Lardner LLP
Invoice No.: 51287857                                                  April 29, 2026

---

**Professional Services Detail**

| | | | | | |
|---|---|---|---|---|---|
| 03/17/26 | TBF | Conduct initial review of questions from Anthony Orzo relating to a proposed amendment extending Carbon Health's service agreement with the ▮▮▮▮▮▮▮. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 03/19/26 | ADSC | Draft Third Amendment to Student Health Services Agreement. | 2.10 | at 1,100.00 /hr.= | $2,310.00 |
| 03/19/26 | GRPM | Revise Amendment No 3 to Student Health Services Agreement. | 1.20 | at 900.00 /hr.= | $1,080.00 |
| 03/20/26 | ADSC | Prepare for and attend call with A. Orzo and S. Mule re third amendment. | 0.60 | at 1,100.00 /hr.= | $660.00 |
| 03/20/26 | ADSC | Revise third amendment based on discussion with A. Orzo and S. Mule. | 0.90 | at 1,100.00 /hr.= | $990.00 |
| 03/20/26 | GRPM | Final proof of Amendment No 3 to the Student Health Services Agreement. | 0.70 | at 900.00 /hr.= | $630.00 |
| 03/20/26 | JKA | Teleconference with T. Ferrante following the review of incident to-related documentation. | 0.30 | at 1,375.00 /hr.= | $412.50 |
| 03/20/26 | JKA | Correspond with client to set up call following review of incident to-related documentation. | 0.20 | at 1,375.00 /hr.= | $275.00 |
| 03/20/26 | JKA | Review incident to-related documentation. | 0.80 | at 1,375.00 /hr.= | $1,100.00 |
| 03/22/26 | JKA | Correspond with client regarding call scheduling. | 0.30 | at 1,375.00 /hr.= | $412.50 |
| 03/23/26 | JKA | Teleconference with client regarding revisions to incident workflow. | 0.50 | at 1,375.00 /hr.= | $687.50 |
| 03/23/26 | JKA | Incorporate edits into workflow document following client call. | 0.60 | at 1,375.00 /hr.= | $825.00 |
| 03/27/26 | JUAW | Call with client regarding clinical lab issue analysis. | 1.20 | at 1,375.00 /hr.= | $1,650.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0108
Invoice No.: 51287857

Page  3
Foley & Lardner LLP
April 29, 2026

| | | | | | |
|---|---|---|---|---|---|
| 03/30/26 | CPJ | Research reporting requirements for laboratories experiencing ███████████████. | 2.10 | at 700.00 /hr.= | $1,470.00 |
| 03/30/26 | JUAW | Attention to research needed for assessment of ███████████████. | 1.20 | at 1,375.00 /hr.= | $1,650.00 |
| 03/31/26 | CPJ | Complete memorandum summarizing research on laboratory reporting requirements for ███████████████. | 2.30 | at 700.00 /hr.= | $1,610.00 |
| 03/31/26 | JUAW | Review research regarding adverse event reporting for ███████████. | 0.80 | at 1,375.00 /hr.= | $1,100.00 |

Services Total:   16.10   $17,230.00

## Professional Services Summary

| Service Provider | Initials | Title | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| Celia P. Janes | CPJ | Associate | 4.40 | $700.00 | $3,080.00 |
| Gretchen P. Mahoney | GRPM | Associate | 1.90 | $900.00 | $1,710.00 |
| Jana Lyn Kolarik | JKA | Partner | 2.70 | $1,375.00 | $3,712.50 |
| Judith A. Waltz | JUAW | Partner | 3.20 | $1,375.00 | $4,400.00 |
| Thomas (T.J.) Ferrante | TBF | Partner | 0.30 | $1,225.00 | $367.50 |
| Adam S. Cooper | ADSC | Senior Counsel | 3.60 | $1,100.00 | $3,960.00 |
| **Totals** | | | **16.10** | | **$17,230.00** |

## Expenses Incurred

| Description | Amount |
|---|---:|
| Electronic Legal Research Services | $3.00 |
| **Expenses Incurred Total** | **$3.00** |



**FOLEY & LARDNER LLP**
FOLEY & LARDNER LLP
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  April 29, 2026
Invoice No.:  51287858
Our Ref. No.:  125408-0109

## Remittance Advice

Re:  OCP - California Attorney General Matter

**Current Invoice:**

| | |
|---|---|
| 04/29/26 - 51287858 | $427,344.04 |
| **Total Amount Due:** | **$427,344.04** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
   **(foreign wires only)**



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  April 29, 2026
Invoice No.: 51287858
Our Ref. No.: 125408-0109

Services through March 31, 2026

Amount due for professional services rendered regarding
OCP - California Attorney General Matter

$422,897.50

Total Expenses:        $4,446.54

**Total Amount Due:        $427,344.04**

**Please reference your invoice number 51287858 with your remittance payable to Foley & Lardner LLP.  Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51287858

Page 2
Foley & Lardner LLP
April 29, 2026

## Professional Services Detail

| | | | | | |
|---|---|---|---|---|---|
| 03/01/26 | AJHE | Analyze California caselaw, legislative history of recent CPOM bills, and case history of Envision dispute to evaluate additional mitigation for AG corporate practice allegations. | 1.80 | at 1,175.00 /hr.= | $2,115.00 |
| 03/01/26 | ASGR | Correspondence with Eileen R. re: intel on California AG's office. | 0.10 | at 800.00 /hr.= | $80.00 |
| 03/02/26 | AJHE | Continue analyzing caselaw and Medical Board guidance to evaluate corporate practice risk factors. | 1.50 | at 1,175.00 /hr.= | $1,762.50 |
| 03/02/26 | AJHE | Draft recommendations for proposal to California AG. | 0.60 | at 1,175.00 /hr.= | $705.00 |
| 03/02/26 | ASGR | Review CA DOJ's presentation and violations letter. | 0.60 | at 800.00 /hr.= | $480.00 |
| 03/02/26 | ASGR | Confer with J. Mehta re: presentation to CA DOJ. | 0.40 | at 800.00 /hr.= | $320.00 |
| 03/02/26 | JAME | Review and comment on bankruptcy disclosures and stipulation. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 03/02/26 | JAME | Comment on disclosures to buyer. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/02/26 | JAME | Coordinate on DOJ presentation and next steps related to same. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 03/02/26 | JAME | Comment on guardrails for disclosures to buyers' counsel. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 03/02/26 | TBF | Review memo from bankruptcy counsel regarding the California AG claims and their priority in the bankruptcy case. | 0.80 | at 1,225.00 /hr.= | $980.00 |
| 03/02/26 | TBF | Review primary sources and case law outlined in California AG presentation. | 1.10 | at 1,225.00 /hr.= | $1,347.50 |
| 03/03/26 | AJHE | Analyze AG Office investigation slide deck in order to evaluate corporate practice of medicine arguments. | 0.70 | at 1,175.00 /hr.= | $822.50 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51287858

Page  3
Foley & Lardner LLP
April 29, 2026

| | | | | | |
|---|---|---|---|---|---|
| 03/03/26 | AJHE | Conference with client regarding AG investigation. | 0.70 | at 1,175.00 /hr.= | $822.50 |
| 03/03/26 | AJHE | Internal strategy call regarding upcoming presentation to AG. | 0.80 | at 1,175.00 /hr.= | $940.00 |
| 03/03/26 | ASGR | Confer with T. Ferrante, A. Hepworth, and J. Mehta re: next steps. | 0.60 | at 800.00 /hr.= | $480.00 |
| 03/03/26 | ASGR | Prepare outline of California AG Office slides. | 0.90 | at 800.00 /hr.= | $720.00 |
| 03/03/26 | JAME | Review AG slide deck and draft outline regarding key arguments and summary positions. | 0.80 | at 1,525.00 /hr.= | $1,220.00 |
| 03/03/26 | JAME | Comment on CPOM "red flags" and possible revisions to same. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/03/26 | JAME | Call internally regarding presentation logistics and strategy for internal review. | 0.80 | at 1,525.00 /hr.= | $1,220.00 |
| 03/03/26 | JAME | Communicate with individual counsel regarding common interest/coordination. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/03/26 | JAME | Coordinate meetings with bankruptcy counsel and individual counsel. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 03/03/26 | JAME | Weekly update call with client. | 0.70 | at 1,525.00 /hr.= | $1,067.50 |
| 03/03/26 | JAME | Reach out to California AG regarding introduction/next steps for a meeting. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 03/03/26 | TBF | Correspond with Latham & Watkins relating to transferring files to individual counsel. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 03/03/26 | TBF | Attend follow-up strategy call and time line for AG meeting. | 0.70 | at 1,225.00 /hr.= | $857.50 |
| 03/03/26 | TBF | Prepare for and attend call to discuss California health care transaction notification laws. | 0.70 | at 1,225.00 /hr.= | $857.50 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51287858

Page  4
Foley & Lardner LLP
April 29, 2026

| | | | | | |
|---|---|---|---|---|---|
| 03/03/26 | TBF | Review and revise CPOM issues and proposed responses summary chart that lists the 23 "red flags" that the California AG flagged in its presentation. | 1.40 | at 1,225.00 /hr.= | $1,715.00 |
| 03/03/26 | TBF | Prepare for and attend call with client team to discuss status of AG investigation. | 0.60 | at 1,225.00 /hr.= | $735.00 |
| 03/03/26 | TBF | Send correspondence to individual legal counsel for Karem Ozkay and Dr. Mandavia. | 0.40 | at 1,225.00 /hr.= | $490.00 |
| 03/04/26 | ASGR | Coordinate preparation of Relativity database. | 0.20 | at 800.00 /hr.= | $160.00 |
| 03/04/26 | ASGR | Call with S. Faulders re: experience with CA AG's office. | 0.40 | at 800.00 /hr.= | $320.00 |
| 03/04/26 | ASGR | Review CA DOJ's presentation and draft proposed outline for Carbon's presentation. | 2.80 | at 800.00 /hr.= | $2,240.00 |
| 03/04/26 | JAME | Coordinate tolling agreement and facilitate dates for meeting with California AG. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/04/26 | JAME | Develop arguments for AG presentation related to advertising claims and circulate internally. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 03/04/26 | JAME | Call with California DOJ to discuss matter. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 03/04/26 | JAME | Coordinate drafting of PowerPoint response to DOJ. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 03/04/26 | JAME | Comment on possible bankruptcy sale/disclosures related to same. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/04/26 | JAME | Internal discussion related to background of AG's office personnel. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 03/04/26 | SMG | Follow up conference with J. Mehta and A. Grabowski re case background. | 0.50 | at 1,000.00 /hr.= | $500.00 |
| 03/04/26 | SMG | Conference with J. Mehta re case background. | 0.30 | at 1,000.00 /hr.= | $300.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51287858

Page  5
Foley & Lardner LLP
April 29, 2026

| | | | | | |
|---|---|---|---|---|---|
| 03/04/26 | SMG | Review CA DOJ slide deck and begin outline for response. | 1.20 | at 1,000.00 /hr.= | $1,200.00 |
| 03/04/26 | TBF | Prepare for and attend call with legal counsel for GTCR and Experity Health to answer questions relating to California AG investigation. | 1.50 | at 1,225.00 /hr.= | $1,837.50 |
| 03/04/26 | TBF | Prepare for and attend call with representatives from California Attorney General to make introductions, request an in-person meeting and discuss next steps. | 1.10 | at 1,225.00 /hr.= | $1,347.50 |
| 03/04/26 | TBF | Correspond with legal counsel for Myoung Cha. | 0.40 | at 1,225.00 /hr.= | $490.00 |
| 03/05/26 | AJHE | Conference with client regarding corporate practice issues and upcoming presentation to California DOJ. | 0.90 | at 1,175.00 /hr.= | $1,057.50 |
| 03/05/26 | ASGR | Coordinate transmission of documents with co-counsel and upload of documents to internal databases in preparation for presentation. | 1.00 | at 800.00 /hr.= | $800.00 |
| 03/05/26 | ASGR | Confer with internal team re: presentation strategy. | 0.50 | at 800.00 /hr.= | $400.00 |
| 03/05/26 | JAME | Follow up on AG response outline. | 0.80 | at 1,525.00 /hr.= | $1,220.00 |
| 03/05/26 | JAME | Communicate with individual counsel regarding common interest. | 0.60 | at 1,525.00 /hr.= | $915.00 |
| 03/05/26 | JAME | Follow up on factual questions for client. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 03/05/26 | JAME | Call with client regarding AG response. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 03/05/26 | SMG | Review slide deck and prepare questions for client meeting. | 1.50 | at 1,000.00 /hr.= | $1,500.00 |
| 03/05/26 | SMG | Conference with A. Grabowski re AG presentation. | 0.30 | at 1,000.00 /hr.= | $300.00 |
| 03/05/26 | SMG | Outreach to Latham re document requests. | 0.30 | at 1,000.00 /hr.= | $300.00 |

**Carbon Health Technologies, Inc.**                                    Page  6
Our Ref. No.:125408-0109                                          Foley & Lardner LLP
Invoice No.: 51287858                                               April 29, 2026

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/05/26 | SMG | Revise presentation outline in advance of client call. | 1.20 | at 1,000.00 /hr.= | $1,200.00 |
| 03/05/26 | TBF | Organize existing suite of "Friendly PC" contracts and legal organization chart for analysis in the context of the California AG investigation. | 0.80 | at 1,225.00 /hr.= | $980.00 |
| 03/05/26 | TBF | Prepare for and attend call with individual legal counsel to discuss California AG investigation. | 0.60 | at 1,225.00 /hr.= | $735.00 |
| 03/05/26 | TBF | Prepare updated draft outline for legal arguments responsive to Attorney General concerns. | 1.20 | at 1,225.00 /hr.= | $1,470.00 |
| 03/05/26 | TBF | Prepare for and attend call with client to provide updates and investigation strategy. | 0.60 | at 1,225.00 /hr.= | $735.00 |
| 03/06/26 | AJHE | Discuss AG presentation strategy. | 0.30 | at 1,175.00 /hr.= | $352.50 |
| 03/06/26 | AJHE | Correspond with client regarding formulary and payor contracting policies and documents. | 0.20 | at 1,175.00 /hr.= | $235.00 |
| 03/06/26 | ASGR | Call with client re: factual background. | 0.80 | at 800.00 /hr.= | $640.00 |
| 03/06/26 | ASGR | Confer with internal team re: presentation strategy and draft presentation to CA DOJ. | 3.70 | at 800.00 /hr.= | $2,960.00 |
| 03/06/26 | CYGN | Strategize and analyze approach to researching defenses and legal landscape of credit card, advertising and insurance billing issues raised by California Attorney General. | 0.60 | at 750.00 /hr.= | $450.00 |
| 03/06/26 | JAME | Call with individual counsel regarding status of common interest/information sharing. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 03/06/26 | JAME | Follow up with Latham on document sharing and communicate same with Weil team. | 0.80 | at 1,525.00 /hr.= | $1,220.00 |
| 03/06/26 | JAME | Follow up internally on AG presentation and best arguments related to advertising/credit card authorization. | 0.50 | at 1,525.00 /hr.= | $762.50 |

**Carbon Health Technologies, Inc.**                                  Page  7
Our Ref. No.:125408-0109                                    Foley & Lardner LLP
Invoice No.: 51287858                                            April 29, 2026

| | | | | | |
|---|---|---|---|---|---|
| 03/06/26 | JAME | Meet with client to discuss AG presentation issues. | 1.00 | at 1,525.00 /hr.= | $1,525.00 |
| 03/06/26 | JAME | Follow up related to JDA/common interest agreement. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 03/06/26 | SMG | Conference with client re background facts. | 1.00 | at 1,000.00 /hr.= | $1,000.00 |
| 03/06/26 | SMG | Email correspondence re access to Latham database and meeting with Latham to discuss outstanding questions. | 0.50 | at 1,000.00 /hr.= | $500.00 |
| 03/06/26 | SMG | Prepare agenda for internal call re investigation next steps. | 0.20 | at 1,000.00 /hr.= | $200.00 |
| 03/06/26 | SMG | Conference with Foley team re next steps. | 0.50 | at 1,000.00 /hr.= | $500.00 |
| 03/06/26 | SMG | Conference with C. Geng re research questions; review documents and begin work on presentation. | 0.50 | at 1,000.00 /hr.= | $500.00 |
| 03/06/26 | SMG | Continue working on presentation to CA AG. | 1.20 | at 1,000.00 /hr.= | $1,200.00 |
| 03/06/26 | TBF | Conduct initial review of formulary and payor contracting documents sent by Dr. Sujal Mandavia. | 1.70 | at 1,225.00 /hr.= | $2,082.50 |
| 03/06/26 | WD | Attention to letter and thumb drive for CoventBridge/UPIC Midwestern. | 0.50 | at 565.00 /hr.= | $282.50 |
| 03/07/26 | JAME | Call with TJ Ferrante regarding joint defense/common interest agreement. | 0.60 | at 1,525.00 /hr.= | $915.00 |
| 03/07/26 | JAME | Provide information to individual counsel. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/07/26 | JAME | Draft email to client regarding JDA/common interest. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 03/07/26 | SMG | Work on AG presentation outline, including review of documents related to marketing and billing questions and review of case law related to causes of action identified by AG. | 2.20 | at 1,000.00 /hr.= | $2,200.00 |
| 03/08/26 | AJHE | Strategize corporate practice arguments. | 0.20 | at 1,175.00 /hr.= | $235.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51287858

Page  8
Foley & Lardner LLP
April 29, 2026

| | | | | | |
|---|---|---|---|---|---|
| 03/08/26 | AJHE | Review buyer's proposed corporate practice safeguards. | 0.30 | at 1,175.00 /hr.= | $352.50 |
| 03/08/26 | AJHE | Review formulary and payor contracting materials. | 0.20 | at 1,175.00 /hr.= | $235.00 |
| 03/08/26 | CYGN | Research and analyze California statutory provisions, controlling liability for false advertising and insurance coverage provisions. | 6.70 | at 750.00 /hr.= | $5,025.00 |
| 03/08/26 | JAME | Follow up with individual counsel regarding upcoming meetings/status. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 03/08/26 | SMG | Review documents from database and incorporate into outline. | 2.00 | at 1,000.00 /hr.= | $2,000.00 |
| 03/08/26 | SMG | Correspondence re key Anthem documents. | 0.20 | at 1,000.00 /hr.= | $200.00 |
| 03/08/26 | TBF | Conduct initial review of powerpoint presentation sent by legal counsel for FSI relating to CPOM considerations in the proposed FSI structure. | 0.80 | at 1,225.00 /hr.= | $980.00 |
| 03/09/26 | AJHE | Strategize proposal from McDermott for potential buyer. | 0.30 | at 1,175.00 /hr.= | $352.50 |
| 03/09/26 | AJHE | Review payor contracting policy and additional correspondence from S. Mandavia. | 0.20 | at 1,175.00 /hr.= | $235.00 |
| 03/09/26 | AJHE | Begin reviewing friendly PC document suite. | 0.60 | at 1,175.00 /hr.= | $705.00 |
| 03/09/26 | ASGR | Draft Meng Lay's interview outline (0.2); coordinate client interviews (0.3); draft presentation to CA DOJ (3.3). | 3.80 | at 800.00 /hr.= | $3,040.00 |
| 03/09/26 | ASGR | Call with former counsel. | 0.50 | at 800.00 /hr.= | $400.00 |
| 03/09/26 | ASGR | Assist with outline for client call. | 0.60 | at 800.00 /hr.= | $480.00 |
| 03/09/26 | ASGR | Interview client employee Gregory. | 0.50 | at 800.00 /hr.= | $400.00 |
| 03/09/26 | ASGR | Review documents from Latham's transition file. | 1.40 | at 800.00 /hr.= | $1,120.00 |
| 03/09/26 | ASGR | Prepare for and confer with client re: factual background and individuals to schedule interviews with. | 1.90 | at 800.00 /hr.= | $1,520.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51287858

Page  9
Foley & Lardner LLP
April 29, 2026

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/09/26 | CYGN | Finalize research on California law regarding false advertising law and required notification consumer laws prior to charging pre-authorized credit card ,in preparation to respond the Attorney General's inquiry. | 5.50 | at 750.00 /hr.= | $4,125.00 |
| 03/09/26 | JAME | Call with co-counsel regarding presentation logistics for DOJ. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/09/26 | JAME | Call with client regarding DOJ presentation strategy. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 03/09/26 | JAME | Coordinate with co-counsel regarding status of interviews/prep. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 03/09/26 | JAME | Review McDermott corporate practice of medicine presentation. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/09/26 | JAME | Communicate with bankruptcy counsel regarding status of interviews/AG meeting preparation. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/09/26 | JAME | Call with TJ Ferrante and D.Grassgreen regarding presentation and strategy related to same. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 03/09/26 | JAME | Call with client regarding interview questions for AG response and next steps with presentation. | 1.50 | at 1,525.00 /hr.= | $2,287.50 |
| 03/09/26 | JAME | Internal coordination regarding AG draft presentation response. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/09/26 | JMSI | Analysis of correspondence and documents regarding OIG matter. | 1.20 | at 565.00 /hr.= | $678.00 |
| 03/09/26 | SMG | Conference with Latham re transition materials. | 0.50 | at 1,000.00 /hr.= | $500.00 |
| 03/09/26 | SMG | Review of relevant case law for use in CA DOJ presentation. | 1.00 | at 1,000.00 /hr.= | $1,000.00 |
| 03/09/26 | SMG | Document review for use in CA DOJ presentation. | 2.00 | at 1,000.00 /hr.= | $2,000.00 |
| 03/09/26 | SMG | Conference with Greggory King. | 0.50 | at 1,000.00 /hr.= | $500.00 |
| 03/09/26 | SMG | Prepare for CA DOJ responsive presentation, including conferences with client. | 1.50 | at 1,000.00 /hr.= | $1,500.00 |

**Carbon Health Technologies, Inc.**                                     Page  10
Our Ref. No.:125408-0109                                        Foley & Lardner LLP
Invoice No.: 51287858                                                 April 29, 2026

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 03/09/26 | SMG | Conferences with Foley team regarding presentation strategy. | 0.50 | at 1,000.00 /hr.= | $500.00 |
| 03/09/26 | SMG | Revise presentation deck for CA DOJ presentation. | 4.90 | at 1,000.00 /hr.= | $4,900.00 |
| 03/09/26 | TBF | Correspond relating to process for meeting with client team and individual counsel. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 03/09/26 | TBF | Attend call with bankruptcy counsel to discuss contact with individual legal counsel. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 03/09/26 | TBF | Attend call with individual legal counsel for Myoung Cha. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 03/09/26 | TBF | Review updated new payor contract SOP sent by Dr. Mandavia along with additional description of formulary and payor contracting process. | 1.20 | at 1,225.00 /hr.= | $1,470.00 |
| 03/10/26 | AJHE | Review payor contracting policy and procedure. | 0.60 | at 1,175.00 /hr.= | $705.00 |
| 03/10/26 | AJHE | Correspond with client regarding additional follow up items. | 0.30 | at 1,175.00 /hr.= | $352.50 |
| 03/10/26 | AJHE | Review key management contracts to evaluate corporate practice compliance arguments. | 1.70 | at 1,175.00 /hr.= | $1,997.50 |
| 03/10/26 | AJHE | Prepare with client for upcoming presentation to AG. | 0.50 | at 1,175.00 /hr.= | $587.50 |
| 03/10/26 | AJHE | Prepare talking points for corporate practice of medicine section of upcoming AG presentation. | 1.80 | at 1,175.00 /hr.= | $2,115.00 |
| 03/10/26 | AJHE | Prepare draft CPOM slides for presentation to AG. | 0.50 | at 1,175.00 /hr.= | $587.50 |
| 03/10/26 | ASGR | Draft presentation to CA DOJ (4.2); draft outline for client interview with employee Rizz (0.8); interview Christina S (1.0); draft outline for client interview with Eren (0.8); draft list of documents needed from client for presentation (0.8); pull friendly PC contracts for T.J. Ferrante (0.5). | 8.10 | at 800.00 /hr.= | $6,480.00 |

**Carbon Health Technologies, Inc.**                                                    Page  11
Our Ref. No.:125408-0109                                                    Foley & Lardner LLP
Invoice No.: 51287858                                                          April 29, 2026

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/10/26 | CYGN | Attend and analyze witness statement interview (Rizz) to obtain facts supporting Carbon's defense against the California Attorney General's claims. | 1.20 | at 750.00 /hr.= | $900.00 |
| 03/10/26 | JAME | Follow up on witness interviews and newly discovered documents. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/10/26 | JAME | Review internal compliance findings. | 1.00 | at 1,525.00 /hr.= | $1,525.00 |
| 03/10/26 | JAME | Interview with Eren. | 1.00 | at 1,525.00 /hr.= | $1,525.00 |
| 03/10/26 | JAME | Review California law findings for potential legal arguments in AG presentation. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/10/26 | JAME | Review key interview findings with S.Gerencir. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 03/10/26 | JAME | Comment on changes to PowerPoint/strategy for AG response. | 0.70 | at 1,525.00 /hr.= | $1,067.50 |
| 03/10/26 | JAME | Internal call to discuss scheduling and next steps of AG presentation. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 03/10/26 | SMG | Prepare for CA DOJ responsive presentation, including conferences with client (3.3), witness interviews (4), document review (3), review of relevant case law re credit card authorizations (1); conference with compliance team (1). | 12.30 | at 1,000.00 /hr.= | $12,300.00 |
| 03/10/26 | TBF | Prepare for call with client to discuss status of California AG investigation. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 03/10/26 | TBF | Discuss status of California AG investigationwith client. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 03/10/26 | TBF | Review and revise draft outline for California AG presentation and insert support from applicable case law, statutes, and board of medicine guidance. | 1.90 | at 1,225.00 /hr.= | $2,327.50 |
| 03/11/26 | AJHE | Continue preparing CPOM slides and outline for AG presentation. | 1.30 | at 1,175.00 /hr.= | $1,527.50 |

**Carbon Health Technologies, Inc.**                                    Page  12
Our Ref. No.:125408-0109                                      Foley & Lardner LLP
Invoice No.: 51287858                                               April 29, 2026

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/11/26 | AJHE | Review additional documents, including friendly PC contract suite for California entities. | 1.60 | at 1,175.00 /hr.= | $1,880.00 |
| 03/11/26 | AJHE | Strategize plan for AG presentation. | 0.30 | at 1,175.00 /hr.= | $352.50 |
| 03/11/26 | ASGR | Review presentation internally (1.0); prepare outline for call with Meng Lay (0.8); interview with client employee Meng Lay (0.8); meeting with bankruptcy counsel (0.5); coordinate client doc uploads to Relativity database (1.0); review client docs (2.0); edit and continue to draft presentation (7.0). | 13.10 | at 800.00 /hr.= | $10,480.00 |
| 03/11/26 | CYGN | Analyze California law relating to insurance advertisement during the Covid public health emergency in California, and how the context can defend clients' position from the attorney general's claims. | 2.70 | at 750.00 /hr.= | $2,025.00 |
| 03/11/26 | JAME | Call with bankruptcy counsel regarding document production. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 03/11/26 | JAME | Revise PowerPoint deck and discuss same with S.Gerencir. | 3.00 | at 1,525.00 /hr.= | $4,575.00 |
| 03/11/26 | JAME | Call internally to walk through presentation and proposed next steps. | 1.00 | at 1,525.00 /hr.= | $1,525.00 |
| 03/11/26 | JAME | Travel to San Diego for upcoming AG Meeting. | 1.30 | at 1,525.00 /hr.= | $1,982.50 |
| 03/11/26 | SMG | Prepare for CA DOJ presentation, including conferences with Foley team to walk through deck, witness interviews, and research re governing CA regulations. | 10.70 | at 1,000.00 /hr.= | $10,700.00 |
| 03/11/26 | TBF | Attend call with bankruptcy counsel to discuss access to previous document production. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 03/11/26 | TBF | Attend call to discuss potential CPOM structure concessions. | 0.60 | at 1,225.00 /hr.= | $735.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51287858

Page 13
Foley & Lardner LLP
April 29, 2026

| | | | | | |
|---|---|---|---|---|---|
| 03/11/26 | TBF | Work on power point presentation for California Attorney General in-person meeting. | 1.50 | at 1,225.00 /hr.= | $1,837.50 |
| 03/12/26 | AJHE | Strategize with client in preparation for AG presentation, including detailed revisions to slides. | 3.20 | at 1,175.00 /hr.= | $3,760.00 |
| 03/12/26 | AJHE | Revise corporate practice slides and talking points for upcoming presentation to California AG team. | 4.50 | at 1,175.00 /hr.= | $5,287.50 |
| 03/12/26 | AJHE | Strategize CPOM presentation strategy and approach. | 0.60 | at 1,175.00 /hr.= | $705.00 |
| 03/12/26 | ASGR | Review presentation draft with client and co-counsel (1.0); review notes from An Le interview with former counsel (7.5); coordinate bankruptcy counsel's access to Latham database (0.2); edit presentation (3.2). | 11.90 | at 800.00 /hr.= | $9,520.00 |
| 03/12/26 | CYGN | Analyze California law 10 day reporting requirement and its applicability to Carbon. | 0.40 | at 750.00 /hr.= | $300.00 |
| 03/12/26 | EJF | Engage in strategy call re the same with S. Gerencir and A. Grabowski. | 0.60 | at 750.00 /hr.= | $450.00 |
| 03/12/26 | EJF | Meet with prior counsel to take notes about their interview with Ann Lee. | 0.40 | at 750.00 /hr.= | $300.00 |
| 03/12/26 | EJF | Discuss factual background of investigation with A. Grabowski. | 0.30 | at 750.00 /hr.= | $225.00 |
| 03/12/26 | JAME | Meet with client to discuss revisions to PowerPoint; make further revisions to deck. | 9.60 | at 1,525.00 /hr.= | $14,640.00 |
| 03/12/26 | JAME | Call with client regarding draft AG Presentation. | 1.00 | at 1,525.00 /hr.= | $1,525.00 |
| 03/12/26 | JAME | Revise Powerpoint in advance of running through with client. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 03/12/26 | JMSI | Revise presentation for DOJ and analysis of materials in connection with preparation of presentation. | 2.70 | at 565.00 /hr.= | $1,525.50 |

**Carbon Health Technologies, Inc.**                                         Page  14
Our Ref. No.:125408-0109                                          Foley & Lardner LLP
Invoice No.: 51287858                                                  April 29, 2026

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/12/26 | SMG | Prepare DOJ deck (4); high-level overview of DOJ deck with client (1); full presentation run through with client team. (6.2). | 11.20 | at 1,000.00 /hr.= | $11,200.00 |
| 03/12/26 | TBF | Travel to in-person meeting with California Attorney General. | 4.00 | at 1,225.00 /hr.= | $4,900.00 |
| 03/12/26 | TBF | Prepare for in-person presentation and meeting with California Attorney General. | 3.90 | at 1,225.00 /hr.= | $4,777.50 |
| 03/12/26 | TBF | Prepare notes and debrief from meeting with California Attorney General. | 1.90 | at 1,225.00 /hr.= | $2,327.50 |
| 03/13/26 | AJHE | Strategize next steps following AG presentation. | 1.50 | at 1,175.00 /hr.= | $1,762.50 |
| 03/13/26 | AJHE | Prepare for in-person California DOJ meeting, including review and revisions of slides and further revision of key corporate practice of medicine talking points. | 2.20 | at 1,175.00 /hr.= | $2,585.00 |
| 03/13/26 | AJHE | Travel for California DOJ presentation. | 3.60 | at 1,175.00 /hr.= | $4,230.00 |
| 03/13/26 | AJHE | Attend and present on CPOM doctrine at CA DOJ meeting. | 3.00 | at 1,175.00 /hr.= | $3,525.00 |
| 03/13/26 | ASGR | Incorporate edits into presentation (2.6); review and consult with client regarding Anthem data calculations (0.5); attend and take notes on questions re: presentation to the CA DOJ (3.0). | 6.10 | at 800.00 /hr.= | $4,880.00 |
| 03/13/26 | EJF | Attend to email correspondence re strategy for California Attorney General presentation. | 0.10 | at 750.00 /hr.= | $75.00 |
| 03/13/26 | JAME | Attend meeting with California DOJ and coordinate same with TJ Ferrante and A.Hepworth. | 5.00 | at 1,525.00 /hr.= | $7,625.00 |
| 03/13/26 | JAME | Return from meeting with AG and prepare summary of next steps. | 4.00 | at 1,525.00 /hr.= | $6,100.00 |
| 03/13/26 | JAME | Revise PowerPoint presentation in advance of DOJ meeting. | 0.70 | at 1,525.00 /hr.= | $1,067.50 |

**Carbon Health Technologies, Inc.**                                    Page  15
Our Ref. No.:125408-0109                                    Foley & Lardner LLP
Invoice No.: 51287858                                            April 29, 2026

| | | | | | |
|---|---|---|---|---|---|
| 03/13/26 | JAME | Follow up with DOJ following meeting to discuss deliverables. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/13/26 | JMSI | Prepare revisions to DOJ presentation. | 2.20 | at 565.00 /hr.= | $1,243.00 |
| 03/13/26 | JMSI | Research additional materials and information for presentation. | 1.40 | at 565.00 /hr.= | $791.00 |
| 03/13/26 | SMG | Review email correspondence for final review of CA DOJ presentation. | 1.00 | at 1,000.00 /hr.= | $1,000.00 |
| 03/13/26 | SMG | Revise patient exemplars. | 0.50 | at 1,000.00 /hr.= | $500.00 |
| 03/13/26 | TBF | Prepare for meeting with California Attorney General. | 4.90 | at 1,225.00 /hr.= | $6,002.50 |
| 03/13/26 | TBF | Travel from meeting with California Attorney General. | 4.00 | at 1,225.00 /hr.= | $4,900.00 |
| 03/13/26 | TBF | Attend in-person meeting with California Attorney General. | 4.00 | at 1,225.00 /hr.= | $4,900.00 |
| 03/14/26 | AJHE | Conference with client and team to provide update after meeting with California DOJ. | 1.30 | at 1,175.00 /hr.= | $1,527.50 |
| 03/14/26 | ASGR | Confer with client and co-counsel re: presentation to CA DOJ. | 1.40 | at 800.00 /hr.= | $1,120.00 |
| 03/14/26 | JAME | Call with client regarding update from DOJ/AG meeting. | 1.20 | at 1,525.00 /hr.= | $1,830.00 |
| 03/14/26 | JAME | Follow up on notes following AG meeting. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 03/14/26 | TBF | Review summary of notes from California Attorney General meeting. | 0.60 | at 1,225.00 /hr.= | $735.00 |
| 03/14/26 | TBF | Prepare for and attend debrief call with client team and individual legal counsel to discuss California Attorney General meeting. | 1.20 | at 1,225.00 /hr.= | $1,470.00 |
| 03/16/26 | ASGR | Draft memorandum regarding presentation to California AG. | 6.80 | at 800.00 /hr.= | $5,440.00 |
| 03/17/26 | AJHE | Review and revise memorandum summarizing and evaluating meeting with California AG team. | 0.80 | at 1,175.00 /hr.= | $940.00 |
| 03/17/26 | ASGR | Draft memorandum regarding presentation to California AG. | 3.20 | at 800.00 /hr.= | $2,560.00 |

**Carbon Health Technologies, Inc.**                                         Page  16
Our Ref. No.:125408-0109                                          Foley & Lardner LLP
Invoice No.: 51287858                                                 April 29, 2026

| | | | | | |
|---|---|---|---|---|---|
| 03/17/26 | ASGR | Coordinate export of Relativity database for co-counsel (0.5); follow up with former counsel re: litigation holds (0.2); review Anthem data analysis (0.3). | 1.00 | at 800.00 /hr.= | $800.00 |
| 03/17/26 | JAME | Review and revise memo to co-counsel regarding meeting with AG. | 0.80 | at 1,525.00 /hr.= | $1,220.00 |
| 03/17/26 | JAME | Follow up with A.Grabowski regarding productions to Weil. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/17/26 | JAME | Coordinate with co-counsel and individual counsel regarding responses to AG's outstanding questions. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 03/17/26 | SMG | Review memo re CA DOJ meeting. | 0.20 | at 1,000.00 /hr.= | $200.00 |
| 03/17/26 | SMG | Attend to email correspondence re CA DOJ meeting. | 0.10 | at 1,000.00 /hr.= | $100.00 |
| 03/17/26 | SMG | Review data re Anthem refunds. | 0.30 | at 1,000.00 /hr.= | $300.00 |
| 03/17/26 | TBF | Review and provide comments to draft memo addressing in-person presentation to the California AG. | 0.90 | at 1,225.00 /hr.= | $1,102.50 |
| 03/17/26 | TBF | Conduct initial review of draft restructuring committee update materials sent by Stifel. | 0.40 | at 1,225.00 /hr.= | $490.00 |
| 03/18/26 | AJHE | Strategize regarding preparation of additional materials for California Attorney General to address corporate practice of medicine concerns. | 0.20 | at 1,175.00 /hr.= | $235.00 |
| 03/18/26 | ASGR | Correspondence re: white paper strategy and outline (0.3); coordination of transferring documents from Latham database to Foley database (0.1); coordinate redaction of presentation for co-counsel (0.1). | 0.50 | at 800.00 /hr.= | $400.00 |
| 03/18/26 | JAME | Comment on white paper associated with individual liability and outline for same. | 0.40 | at 1,525.00 /hr.= | $610.00 |

**Carbon Health Technologies, Inc.**                                  Page  17
Our Ref. No.:125408-0109                                   Foley & Lardner LLP
Invoice No.: 51287858                                           April 29, 2026

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/18/26 | JAME | Follow up on status of co-counsel introduction to CA DOJ and getting Weil up too peed on individual presentation. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/18/26 | JAME | Comment on unremediated harm to patients associated with Anthem refunds. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 03/18/26 | JMSI | Prepare redactions to patient's PHI in DOJ presentation. | 0.50 | at 565.00 /hr.= | $282.50 |
| 03/18/26 | SMG | Email correspondence concerning Anthem refund data. | 0.10 | at 1,000.00 /hr.= | $100.00 |
| 03/19/26 | ASGR | Coordinate meeting with client re: Anthem data analysis (0.1). | 0.20 | at 800.00 /hr.= | $160.00 |
| 03/19/26 | JAME | Follow up on slide language for Board meeting to discuss status of AG response. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 03/19/26 | TBF | Review and discuss bankruptcy timeline sent by Debra Grassgreen, esq. for communication to California Attorney General. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 03/19/26 | TBF | Work on revisions to Friendly PC contracts. | 1.30 | at 1,225.00 /hr.= | $1,592.50 |
| 03/19/26 | TBF | Review and revise draft slides providing high-level summary of California Attorney General litigation status; Submit to Stifel for incorporation into restructuring process update materials. | 0.70 | at 1,225.00 /hr.= | $857.50 |
| 03/20/26 | AJHE | Analyze requirements for new policies and procedures to address corporate practice of medicine issues, including billing and payor contracting policies. | 0.30 | at 1,175.00 /hr.= | $352.50 |
| 03/20/26 | AJHE | Prepare for and attend call with secured lender legal counsel. | 0.60 | at 1,175.00 /hr.= | $705.00 |
| 03/20/26 | ASGR | Coordinate upload of client-provided documents to Relativity. | 0.10 | at 800.00 /hr.= | $80.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51287858

Page  18
Foley & Lardner LLP
April 29, 2026

| | | | | | |
|---|---|---|---|---|---|
| 03/20/26 | JAME | Follow up on status of AG response and coordination of counsel/introduction of individual counsel. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/20/26 | TBF | Review slides and materials in preparation of presentation for Carbon restructuring committee relating to status of California Attorney General investigation. | 1.00 | at 1,225.00 /hr.= | $1,225.00 |
| 03/20/26 | TBF | Prepare for and attend call with legal counsel for FSI to discuss meeting with California AG and next steps relating to providing updated Friendly PC contracts and updated CPOM policies. | 0.90 | at 1,225.00 /hr.= | $1,102.50 |
| 03/20/26 | TBF | Attend call with Carbon restructuring committee. | 1.10 | at 1,225.00 /hr.= | $1,347.50 |
| 03/20/26 | TBF | Prepare outline of requested revisions to Friendly PC contracts and CPOM policies and send to legal counsel for FSI. | 1.10 | at 1,225.00 /hr.= | $1,347.50 |
| 03/21/26 | ASGR | Coordinate team update re: CA AG follow up. | 0.10 | at 800.00 /hr.= | $80.00 |
| 03/21/26 | JAME | Follow up with AG regarding individual counsel representation and coordinate next steps on global settlement talks. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/23/26 | AJHE | Strategize with team regarding preparation of deliverables for California Attorney General, including remediation analysis and corporate practice of medicine compliance materials. | 0.70 | at 1,175.00 /hr.= | $822.50 |
| 03/23/26 | ASGR | Coordinate transfer of Relativity database to Weil (0.3); call with client to discuss Anthem data analysis (0.5); review documents in preparation of white paper on individual liability (3.4). | 4.20 | at 800.00 /hr.= | $3,360.00 |
| 03/23/26 | ASGR | Internal call to discuss status of deliverables. | 0.70 | at 800.00 /hr.= | $560.00 |

**Carbon Health Technologies, Inc.**

Our Ref. No.:125408-0109

Invoice No.: 51287858

Page  19

Foley & Lardner LLP

April 29, 2026

| | | | | | |
|---|---|---|---|---|---|
| 03/23/26 | JAME | Coordinate on internal data for unremediated harm to patients. | 0.80 | at 1,525.00 /hr.= | $1,220.00 |
| 03/23/26 | JAME | Internal team meeting to discuss status of deliverables to CA AG and coordination of same. | 0.80 | at 1,525.00 /hr.= | $1,220.00 |
| 03/23/26 | SMG | Review Anthem data in preparation for client conference. | 0.30 | at 1,000.00 /hr.= | $300.00 |
| 03/23/26 | SMG | Conference with Carbon re Anthem data. | 0.50 | at 1,000.00 /hr.= | $500.00 |
| 03/23/26 | SMG | Plan next steps in conference with Foley team. | 0.70 | at 1,000.00 /hr.= | $700.00 |
| 03/23/26 | TBF | Attend call to discuss status of California AG investigation along with time line and next steps. | 1.00 | at 1,225.00 /hr.= | $1,225.00 |
| 03/24/26 | AJHE | Conference with counsel for individual defendants to coordinate responses to California Attorney General. | 0.70 | at 1,175.00 /hr.= | $822.50 |
| 03/24/26 | ASGR | Update memorandum (0.2); review documents in preparation for drafting white paper on individual liability (2.2). | 2.40 | at 800.00 /hr.= | $1,920.00 |
| 03/24/26 | ASGR | Confer with co-counsel and client re: presentation to CA AG and pending deliverables. | 1.00 | at 800.00 /hr.= | $800.00 |
| 03/24/26 | JAME | Call with individual counsel to discuss status of DOJ outreach. | 0.80 | at 1,525.00 /hr.= | $1,220.00 |
| 03/24/26 | TBF | Review memo sent by Debra Grassgreen, Esq. regarding bankruptcy settlements, the requirement for bankruptcy court approval, and the use of and participation in bankruptcy settlements regarding claims held by various California state agencies without the need for additional state court approvals. | 0.60 | at 1,225.00 /hr.= | $735.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51287858

Page  20
Foley & Lardner LLP
April 29, 2026

| | | | | | |
|---|---|---|---|---|---|
| 03/24/26 | TBF | Prepare for and attend call with legal counsel for Erin Bali, Kerem Ozkay, and Dr. Sujal Mandavia to discuss California AG investigation and corresponding individual liability. | 0.90 | at 1,225.00 /hr.= | $1,102.50 |
| 03/25/26 | ASGR | Coordinate AI review of documents (0.8); draft response to Weil re: questions regarding document collection and review (0.5); draft white paper on individual liability (8.2). | 9.50 | at 800.00 /hr.= | $7,600.00 |
| 03/25/26 | ASGR | Meeting with Myoung Cha's counsel. | 0.40 | at 800.00 /hr.= | $320.00 |
| 03/25/26 | JAME | Comment on revised memo regarding meeting with California AG. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 03/25/26 | JAME | Follow up with individual counsel for M.Cha regarding AG investigation. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 03/25/26 | JAME | Comment on white paper and individual liability considerations. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/25/26 | SMG | Correspondence concerning Anthem data. | 0.20 | at 1,000.00 /hr.= | $200.00 |
| 03/25/26 | SMG | Correspondence re use of Harvey and aiR for white paper. | 0.20 | at 1,000.00 /hr.= | $200.00 |
| 03/25/26 | TBF | Attend call with legal counsel for Myoung Cha. | 0.70 | at 1,225.00 /hr.= | $857.50 |
| 03/26/26 | AJHE | Analyze authority to disclose PHI to Creditors' Committee under HIPAA, including recommending necessary amendments to existing Protective Order. | 1.70 | at 1,175.00 /hr.= | $1,997.50 |
| 03/26/26 | ASGR | Meeting with CA DOJ re: update on status of deliverables. | 0.50 | at 800.00 /hr.= | $400.00 |
| 03/26/26 | ASGR | Meeting with client and co-counsel re: CA DOJ update. | 1.00 | at 800.00 /hr.= | $800.00 |
| 03/26/26 | ASGR | Draft white paper on individual liability. | 2.40 | at 800.00 /hr.= | $1,920.00 |

**Carbon Health Technologies, Inc.**                                    Page  21
Our Ref. No.:125408-0109                                      Foley & Lardner LLP
Invoice No.: 51287858                                              April 29, 2026

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/26/26 | JAME | Call with CA DOJ regarding status of settlement/next steps. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 03/26/26 | JAME | Weekly update call with client and coordination of next steps. | 0.70 | at 1,525.00 /hr.= | $1,067.50 |
| 03/26/26 | JAME | Communicate with A.Grabowski regarding status of white paper/unremediated harm analysis. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/26/26 | JAME | Connect individual counsel with CA AG and coordinate on document sharing. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/26/26 | JAME | Follow up on requests from Latham and Weil regarding document productions. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/26/26 | JJHE | Advise on HIPAA considerations in disclosing patient information to Creditors' Committee that represents creditors in the bankruptcy proceeding. | 0.50 | at 1,375.00 /hr.= | $687.50 |
| 03/26/26 | SMG | Correspondence re white paper and CA DOJ response. | 0.20 | at 1,000.00 /hr.= | $200.00 |
| 03/26/26 | SMG | Work on white paper. | 0.60 | at 1,000.00 /hr.= | $600.00 |
| 03/27/26 | AJHE | Review and revise amendment to confidentiality order to incorporate additional protections for PHI protected by HIPAA. | 0.30 | at 1,175.00 /hr.= | $352.50 |
| 03/27/26 | AJHE | Conference with California Deputy Attorney Generals, bankruptcy counsel, and team regarding change in settlement approach in light of withdrawal of individual counsel. | 0.50 | at 1,175.00 /hr.= | $587.50 |
| 03/27/26 | ASGR | Meeting with CA AG's Office to discuss change in individual representation and impact on timeline. | 0.60 | at 800.00 /hr.= | $480.00 |
| 03/27/26 | ASGR | Draft whitepaper on individual liability. | 2.20 | at 800.00 /hr.= | $1,760.00 |
| 03/27/26 | ASGR | Consult with Ian Toner (Carbon) re: organizational structure for whitepaper. | 0.80 | at 800.00 /hr.= | $640.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51287858

Page  22
Foley & Lardner LLP
April 29, 2026

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/27/26 | JAME | Call with client regarding outreach to California AG. | 0.70 | at 1,525.00 /hr.= | $1,067.50 |
| 03/27/26 | JAME | Communicate with Samantha Gerencir regarding white paper on deliverables to AG. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/27/26 | JAME | Call with California AG regarding offer and proposed next steps. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 03/27/26 | JAME | Comment on invoices and production of same. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 03/28/26 | ASGR | Draft white paper on individual liability. | 4.80 | at 800.00 /hr.= | $3,840.00 |
| 03/28/26 | JAME | Review and comment on past invoices and publication of same. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/28/26 | JAME | Call with J.Smith regarding AG follow-up. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 03/29/26 | ASGR | Provide documents to Myoung Cha's counsel. | 0.10 | at 800.00 /hr.= | $80.00 |
| 03/29/26 | SMG | Revise draft white paper. | 1.10 | at 1,000.00 /hr.= | $1,100.00 |
| 03/29/26 | SMG | Attend to email correspondence re white paper. | 0.20 | at 1,000.00 /hr.= | $200.00 |
| 03/30/26 | AJHE | Begin reviewing alternative management services agreement to evaluate additional corporate practice of medicine safeguards. | 0.50 | at 1,175.00 /hr.= | $587.50 |
| 03/30/26 | AJHE | Strategize with Foley team regarding individual liability white paper and other deliverables for California AG's Office. | 0.90 | at 1,175.00 /hr.= | $1,057.50 |
| 03/30/26 | ASGR | Internal meeting re: status of deliverables. | 0.70 | at 800.00 /hr.= | $560.00 |
| 03/30/26 | ASGR | Review documents in preparation for white paper on individual liability (5.4); revise white paper on individual liability (2.7). | 8.10 | at 800.00 /hr.= | $6,480.00 |
| 03/30/26 | JAME | Discuss deliverables due to AG with Samantha Gerencir. | 0.30 | at 1,525.00 /hr.= | $457.50 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51287858

Page  23
Foley & Lardner LLP
April 29, 2026

| 03/30/26 | JAME | Coordinate internally on next steps with AG outreach. | 0.80 | at 1,525.00 /hr.= | $1,220.00 |
|---|---|---|---|---|---|
| 03/30/26 | SMG | Work on white paper re individual liability. | 3.90 | at 1,000.00 /hr.= | $3,900.00 |
| 03/30/26 | SMG | Conference with A. Grabowski re documents for white paper. | 0.20 | at 1,000.00 /hr.= | $200.00 |
| 03/30/26 | SMG | Conference with Foley team re white paper. | 0.50 | at 1,000.00 /hr.= | $500.00 |
| 03/30/26 | TBF | Attend call to discuss update on status relating to producing responses to California AG. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 03/30/26 | TBF | Review draft Business Support Services Agreement sent by legal counsel for FSI. | 0.70 | at 1,225.00 /hr.= | $857.50 |
| 03/30/26 | TBF | Conduct initial review of draft white paper for individual liability. | 0.40 | at 1,225.00 /hr.= | $490.00 |
| 03/31/26 | AJHE | Conference with Foley team regarding strategy for additional deliverables to AG, including further revisions to individual liability white paper. | 0.70 | at 1,175.00 /hr.= | $822.50 |
| 03/31/26 | AJHE | Continue analyzing draft management services agreement to evaluate corporate practice of medicine vulnerabilities and develop targeted edits for disclosure to Attorney General. | 1.20 | at 1,175.00 /hr.= | $1,410.00 |
| 03/31/26 | AJHE | Strategize with draft of individual liability white paper regarding arguments to present to Attorney General. | 0.40 | at 1,175.00 /hr.= | $470.00 |
| 03/31/26 | ASGR | Review documents in preparation for white paper on individual liability (10.8); confer with potential individual counsel (0.4). | 11.20 | at 800.00 /hr.= | $8,960.00 |
| 03/31/26 | JAME | Internal call to discuss status of responses to CA DOJ. | 0.70 | at 1,525.00 /hr.= | $1,067.50 |
| 03/31/26 | JAME | Follow up on requests to client for data and updated policies. | 0.30 | at 1,525.00 /hr.= | $457.50 |

**Carbon Health Technologies, Inc.**                                        Page  24
Our Ref. No.:125408-0109                                            Foley & Lardner LLP
Invoice No.: 51287858                                                    April 29, 2026

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/31/26 | JAME | Review and revise white paper on deliverables for AG. | 1.90 | at 1,525.00 /hr.= | $2,897.50 |
| 03/31/26 | JAME | Revise white paper to CA DOJ regarding liability assessments. | 0.90 | at 1,525.00 /hr.= | $1,372.50 |
| 03/31/26 | JAME | Call with Wilson Sonsini regarding individual representation. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 03/31/26 | SMG | Review documents relevant to white paper and individual liability questions/defenses. | 0.60 | at 1,000.00 /hr.= | $600.00 |
| 03/31/26 | SMG | Prepare letter to CA AG re Anthem analysis. | 1.70 | at 1,000.00 /hr.= | $1,700.00 |
| 03/31/26 | TBF | Review letter concerning unremediated harm and Anthem data analysis. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 03/31/26 | TBF | Attend call to discuss issues relating to individual liability white paper. | 0.60 | at 1,225.00 /hr.= | $735.00 |
| 03/31/26 | TBF | Review updated policies relating to financial responsibility and cost estimates, payment authorization & financial agreement and out of pocket calculator sent by Kerem Ozkay. | 0.90 | at 1,225.00 /hr.= | $1,102.50 |

Services Total:     398.60     $422,897.50

**Professional Services Summary**

| Service Provider | Initials | Title | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| Ashley Grabowski | ASGR | Associate | 123.80 | $800.00 | $99,040.00 |
| Casey Y. Geng | CYGN | Associate | 17.10 | $750.00 | $12,825.00 |
| Evan J. Farrara | EJF | Associate | 1.40 | $750.00 | $1,050.00 |
| Samantha M. Gerencir | SMG | Associate | 71.80 | $1,000.00 | $71,800.00 |
| Jane M. Williams | JMSI | Paralegal | 8.00 | $565.00 | $4,520.00 |
| Wendy DelValle | WD | Paralegal | 0.50 | $565.00 | $282.50 |
| Adam J. Hepworth | AJHE | Partner | 47.30 | $1,175.00 | $55,577.50 |
| Jason Mehta | JAME | Partner | 66.90 | $1,525.00 | $102,022.50 |
| Jennifer J. Hennessy | JJHE | Partner | 0.50 | $1,375.00 | $687.50 |

**Carbon Health Technologies, Inc.**                    Page  25
Our Ref. No.:125408-0109                      Foley & Lardner LLP
Invoice No.: 51287858                              April 29, 2026

| Thomas (T.J.) Ferrante | TBF | Partner | 61.30 | $1,225.00 | $75,092.50 |
|---|---|---|---|---|---|
| **Totals** | | | **398.60** | | **$422,897.50** |

**Expenses Incurred**

| Description | Amount |
|---|---|
| Electronic Legal Research Services | $10.90 |
| LSS - eDiscovery Services | $700.00 |
| Shipping Charges | $65.18 |
| Taxi/Car Service--VENDOR: TJ Ferrante - Attend second Attorney General Meeting - TPA to SAN - 12/31/25-03/14/26. | $40.97 |
| Taxi/Car Service--VENDOR: TJ Ferrante - Attend second Attorney General Meeting - TPA to SAN - 12/31/25-03/14/26. | $18.98 |
| Airfare--VENDOR: TJ Ferrante - Attend second Attorney General Meeting - TPA to SAN - 12/31/25-03/14/26. | $1,396.80 |
| Internet--VENDOR: TJ Ferrante - Attend second Attorney General Meeting - 12/31/25-03/13/26. | $8.00 |
| Taxi/Car Service--VENDOR: TJ Ferrante - Attend second Attorney General Meeting - TPA to SAN - 12/31/25-03/14/26. | $41.99 |
| Lodging--VENDOR: TJ Ferrante - Attend second Attorney General Meeting - TPA to SAN - 12/31/25-03/14/26. | $416.39 |
| Taxi/Car Service--VENDOR: TJ Ferrante - Attend second Attorney General Meeting - TPA to SAN - 12/31/25-03/14/26. | $34.98 |
| Taxi/Car Service--VENDOR: Adam Hepworth - Roundtrip Amtrak from Los Angeles Union Station to San Diego Santa Fe Depot for a CA DOJ presentation. - Roundtrip - Los Angeles Union Station to Santa Fe Depot - 12/31/25-03/13/26. | $39.36 |
| Taxi/Car Service--VENDOR: Adam Hepworth - Roundtrip Amtrak from Los Angeles Union Station to San Diego Santa Fe Depot for a CA DOJ presentation. - Roundtrip - Los Angeles Union Station to Santa Fe Depot - 12/31/25-03/13/26. | $23.85 |
| Train--VENDOR: Adam Hepworth - Roundtrip Amtrak from Los Angeles Union Station to San Diego Santa Fe Depot for a CA DOJ presentation. - Roundtrip - Los Angeles Union Station to Santa Fe Depot - 12/31/25-03/13/26. | $110.00 |
| Internet--VENDOR: Jason Mehta - Attend meeting with California DOJ - 12/31/25-03/13/26. | $8.00 |
| Meals Other--VENDOR: Jason Mehta 03/13/26 Attend meeting with California DOJ - - Jason Mehta. | $7.00 |
| Parking--VENDOR: Jason Mehta - Attend meeting with California DOJ - 12/31/25-03/14/26. | $27.50 |
| Dinner--VENDOR: Jason Mehta 03/13/26 Attend meeting with California DOJ - - Jason Mehta. | $21.83 |
| Internet--VENDOR: TJ Ferrante - Attend second Attorney General Meeting - 12/31/25-03/13/26. | $8.00 |
| Airfare--VENDOR: TJ Ferrante - Travel to San Diego for California Attorney General meeting with Carbon Health - TPA to SAN\ - 12/31/25-02/19/26. | $1,466.81 |
| **Expenses Incurred Total** | **$4,446.54** |



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  April 29, 2026
Invoice No.:  51287859
Our Ref. No.:  125408-0110

## Remittance Advice

Re:  OCP - BK Employment Retention/Fee

**Current Invoice:**

| | |
|---|---|
| 04/29/26 - 51287859 | $4,650.00 |
| **Total Amount Due:** | **$4,650.00** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
  **(foreign wires only)**



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  April 29, 2026
Invoice No.: 51287859
Our Ref. No.: 125408-0110

Services through March 31, 2026

Amount due for professional services rendered regarding          $4,650.00
OCP - BK Employment Retention/Fee

**Total Amount Due:**          **$4,650.00**

**Please reference your invoice number 51287859 with your remittance payable to Foley & Lardner LLP.  Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**Carbon Health Technologies, Inc.**                                      Page  2
Our Ref. No.:125408-0110                                      Foley & Lardner LLP
Invoice No.: 51287859                                             April 29, 2026

---

## Professional Services Detail

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/02/26 | MJW | BK/Retention: Review connections return from Foley conflicts department an draft headings and note. | 1.00 | $1,500.00 |
| 03/02/26 | MJW | BK/Retention: Exchange memos with Jason Mehta and TJ Ferrante re finalizing Foley Special Counsel Application an exchange memos with Jamie O'Neill re reviewing and approving application. | 0.60 | $900.00 |
| 03/03/26 | MJW | BK/Retention: Follow up with J. O'Neil re request for template monthly fee application. | 0.10 | $150.00 |
| 03/03/26 | MJW | BK/Retention: exchange memos with Jamie O'Neil re finalizing and filing Foley special counsel employment application, review filed application, forward same to Foley attys Ferrante and Mehta. | 0.10 | $150.00 |
| 03/17/26 | MJW | Exchange memo with Jamie O'Neil re protocol for monthly fee application. | 0.10 | $150.00 |
| 03/17/26 | MJW | Exchange memos with TJ Ferrante re monthly fee application information. | 0.20 | $300.00 |
| 03/17/26 | MJW | Work on monthly fee application for Foley 3 matters, including review 3 tasks invoices. | 0.20 | $300.00 |
| 03/31/26 | MJW | Finalize February Monthly Fee Statement. | 0.80 | $1,200.00 |
| | | Services Total: | 3.10 | $4,650.00 |

## Professional Services Summary

| Service Provider | Initials | Title | Hours | Amount |
|------------------|----------|-------|-------|--------|
| Mark J. Wolfson | MJW | Partner | 3.10 | $4,650.00 |
| **Totals** | | | **3.10** | **$4,650.00** |



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  May 18, 2026
Invoice No.:  51299443
Our Ref. No.:  125408-0107

## Remittance Advice

Re:  OCP - Advice re: Clinical Trial Arrangements

**Current Invoice:**

| | |
|---|---|
| 05/18/26 - 51299443 | $12,827.50 |
| **Total Amount Due:** | **$12,827.50** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
  **(foreign wires only)**



**FOLEY & LARDNER LLP**
FOLEY & LARDNER LLP
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  May 18, 2026
Invoice No.: 51299443
Our Ref. No.: 125408-0107

---

Services through April 30, 2026

Amount due for professional services rendered regarding $12,827.50
OCP - Advice re: Clinical Trial Arrangements

**Total Amount Due:**            **$12,827.50**

---

**Please reference your invoice number 51299443 with your remittance payable to Foley & Lardner LLP.  Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**Carbon Health Technologies, Inc.**  Page 2
Our Ref. No.:125408-0107  Foley & Lardner LLP
Invoice No.: 51299443  May 18, 2026

**Professional Services Detail**

| | | | | | |
|---|---|---|---|---|---|
| 04/07/26 | JMB | Review responses to Fluxergy agreement. | 0.70 | at 975.00 /hr.= | $682.50 |
| 04/08/26 | JMB | Provide comments in response to Fluxergy agreement redlines. | 0.30 | at 975.00 /hr.= | $292.50 |
| 04/09/26 | EKW | Review of Pfizer documents and proposal in preparation for call with Carbon Health team; call with N. Hindoyan, C. Solomon, and A. Weinberg to brainstorm solutions and parameters to Pfizer consulting referral relationship as well as other clinical research matters. | 0.80 | at 1,225.00 /hr.= | $980.00 |
| 04/22/26 | JMB | Respond to redlines on the Master Sponsored Service Agreement with Fluxergy. | 0.90 | at 975.00 /hr.= | $877.50 |
| 04/23/26 | EKW | Review of edits to PPD mCTA. | 1.60 | at 1,225.00 /hr.= | $1,960.00 |
| 04/27/26 | EKW | Review of PPD MCTA; review question from C. Solomon re restructuring and where clinical research enterprise should sit; send email to C. Solomon and N. Hindoyan. | 0.60 | at 1,225.00 /hr.= | $735.00 |
| 04/28/26 | EKW | Edits to PPD MCSA and finalize initial draft; send PPD MCSA to N. Hindoyan; finalize review of and edits to Fluxergy MCSA; send to N. Hindoyan with comments. | 5.80 | at 1,225.00 /hr.= | $7,105.00 |
| 04/29/26 | JMB | Begin first level review of Master Clinical Study Agreement with Pfizer. | 0.20 | at 975.00 /hr.= | $195.00 |

Services Total:  10.90  $12,827.50

**Carbon Health Technologies, Inc.**                           Page  3
Our Ref. No.:125408-0107                              Foley & Lardner LLP
Invoice No.: 51299443                                      May 18, 2026

---

## Professional Services Summary

| Service Provider | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jessica M. Boubker | JMB | Associate | 2.10 | $975.00 | $2,047.50 |
| Emily Weber | EKW | Partner | 8.80 | $1,225.00 | $10,780.00 |
| **Totals** | | | **10.90** | | **$12,827.50** |



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  May 18, 2026
Invoice No.:  51299444
Our Ref. No.:  125408-0108

## Remittance Advice

Re:  OCP - Telemedicine Advice

**Current Invoice:**

| | |
|---|---|
| 05/18/26 - 51299444 | $22,672.50 |
| **Total Amount Due:** | **$22,672.50** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
  **(foreign wires only)**



**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  May 18, 2026
Invoice No.: 51299444
Our Ref. No.: 125408-0108

Services through April 30, 2026

| | |
|---|---|
| Amount due for professional services rendered regarding OCP - Telemedicine Advice | $16,272.50 |
| Total Expenses: | $6,400.00 |
| **Total Amount Due:** | **$22,672.50** |

**Please reference your invoice number 51299444 with your remittance payable to Foley & Lardner LLP.  Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**Carbon Health Technologies, Inc.**                                   Page  2
Our Ref. No.:125408-0108                                    Foley & Lardner LLP
Invoice No.: 51299444                                            May 18, 2026

---

**Professional Services Detail**

| | | | | | |
|---|---|---|---|---|---|
| 04/04/26 | TBF | Respond to questions from Reilly Olson at Alvarez & Marsal relating to inter-company tax sharing agreements. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 04/09/26 | TBF | Conduct initial review of questions from Dr. Sujal Mandavia relating to provider and clinical staff incentive programs. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 04/13/26 | JUAW | Analysis as to any reporting obligations with respect to use of specimens in accreditation testing. | 2.40 | at 1,375.00 /hr.= | $3,300.00 |
| 04/15/26 | ABS | Correspond with S. Mandavia. | 0.20 | at 1,120.00 /hr.= | $224.00 |
| 04/15/26 | TBF | Conduct initial review of questions from Ian Toner relating to balance billing and consents. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 04/15/26 | TBF | Attend call with Yasmin Seyal and Christina Solomon to discuss questions relating to tax consolidation. | 0.40 | at 1,225.00 /hr.= | $490.00 |
| 04/16/26 | ABS | Research Medicare Advantage notice requirements; review patient consent materials; correspond with G. King and I. Toner regarding same. | 2.30 | at 1,120.00 /hr.= | $2,576.00 |
| 04/16/26 | AJHE | Conference with T.J. Ferrante and Carbon Health team regarding incentive compensation for providers and directors. | 0.70 | at 1,175.00 /hr.= | $822.50 |
| 04/16/26 | TBF | Analyze and review responses to questions from Gregory King relating to no-surprises act language in updated consent forms and relating to good faith estimate requirements. | 0.90 | at 1,225.00 /hr.= | $1,102.50 |
| 04/16/26 | TBF | Attend call with Dr. Mandavia and Kerem Ozkay to discuss clinical and non-clinical incentive plan models. | 0.80 | at 1,225.00 /hr.= | $980.00 |

**Carbon Health Technologies, Inc.**                                           Page 3
Our Ref. No.:125408-0108                                              Foley & Lardner LLP
Invoice No.: 51299444                                                        May 18, 2026

---

| 04/17/26 | ABS | Review and draft recommendation to Good Faith Estimate Policy. | 1.60 | at 1,120.00 /hr.= | $1,792.00 |
|---|---|---|---|---|---|
| 04/17/26 | TBF | Call with Yasmin Seyal and Salvatore Mule to discuss questions relating to medical entity restructuring. | 1.00 | at 1,225.00 /hr.= | $1,225.00 |
| 04/20/26 | ABS | Review updated billing policy. | 0.90 | at 1,120.00 /hr.= | $1,008.00 |
| 04/27/26 | JKA | Review incident to documentation language; correspond with client regarding same. | 0.70 | at 1,375.00 /hr.= | $962.50 |
| 04/29/26 | JKA | Teleconference with client regarding incident to documentation and next steps. | 0.50 | at 1,375.00 /hr.= | $687.50 |

Services Total:     13.30     $16,272.50

## Professional Services Summary

| Service Provider | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Adam J. Hepworth | AJHE | Partner | 0.70 | $1,175.00 | $822.50 |
| Jana Lyn Kolarik | JKA | Partner | 1.20 | $1,375.00 | $1,650.00 |
| Judith A. Waltz | JUAW | Partner | 2.40 | $1,375.00 | $3,300.00 |
| Thomas (T.J.) Ferrante | TBF | Partner | 4.00 | $1,225.00 | $4,900.00 |
| Alexandra B. Shalom | ABS | Senior Counsel | 5.00 | $1,120.00 | $5,600.00 |
| **Totals** | | | **13.30** | | **$16,272.50** |

## Expenses Incurred

| Description | Amount |
|---|---|
| LSS - eDiscovery Services | $6,400.00 |
| **Expenses Incurred Total** | **$6,400.00** |



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  May 18, 2026
Invoice No.:  51299445
Our Ref. No.:  125408-0109

## Remittance Advice

Re:  OCP - California Attorney General Matter

**Current Invoice:**

| | |
|---|---|
| 05/18/26 - 51299445 | $201,267.50 |
| **Total Amount Due:** | **$201,267.50** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
  **(foreign wires only)**



**FOLEY & LARDNER LLP**
**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  May 18, 2026
Invoice No.: 51299445
Our Ref. No.: 125408-0109

Services through April 30, 2026

Amount due for professional services rendered regarding         $201,267.50
OCP - California Attorney General Matter

                                        **Total Amount Due:         $201,267.50**

**Please reference your invoice number 51299445 with your remittance payable to Foley & Lardner LLP.  Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**Carbon Health Technologies, Inc.**                                                     Page  2
Our Ref. No.:125408-0109                                                        Foley & Lardner LLP
Invoice No.: 51299445                                                                 May 18, 2026

---

## Professional Services Detail

| | | | | | |
|---|---|---|---|---|---|
| 04/01/26 | AJHE | Conference with Foley team, Bankruptcy Counsel, and client regarding deliverables to Attorney General and overall case strategy. | 1.60 | at 1,175.00 /hr.= | $1,880.00 |
| 04/01/26 | AJHE | Analyze new Attorney General Amicus Brief raising arguments against friendly PC model on corporate practice of medicine grounds to evaluate impact on settlement. | 0.40 | at 1,175.00 /hr.= | $470.00 |
| 04/01/26 | AJHE | Strategize regarding additional revisions to management services agreement to address AG corporate practice concerns. | 0.90 | at 1,175.00 /hr.= | $1,057.50 |
| 04/01/26 | ASGR | Draft white paper on individual liability. | 1.30 | at 800.00 /hr.= | $1,040.00 |
| 04/01/26 | ASGR | Prepare chronology of documents in which Ali Hartley provided advice to Carbon and the individuals. | 3.30 | at 800.00 /hr.= | $2,640.00 |
| 04/01/26 | ASGR | Call with co-counsel to discuss individual liability whitepaper. | 1.60 | at 800.00 /hr.= | $1,280.00 |
| 04/01/26 | JAME | Call with client regarding status of white papers to AG. | 1.80 | at 1,525.00 /hr.= | $2,745.00 |
| 04/01/26 | JAME | Review and revise white paper and circulate to client. | 0.70 | at 1,525.00 /hr.= | $1,067.50 |
| 04/01/26 | JAME | Follow up with M.Cha's counsel regarding outreach from CA DOJ. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 04/01/26 | JAME | Review hot documents related to exposure in advance of white papers to AG. | 0.90 | at 1,525.00 /hr.= | $1,372.50 |
| 04/01/26 | SMG | Conference with joint defense team re white paper; review and revise white paper and correspond with J. Mehta re same. | 2.20 | at 1,000.00 /hr.= | $2,200.00 |

**Carbon Health Technologies, Inc.**                                  Page  3
Our Ref. No.:125408-0109                                      Foley & Lardner LLP
Invoice No.: 51299445                                              May 18, 2026

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/26 | TBF | Attend call with client team to discuss white paper to address individual liability. | 1.00 | at 1,225.00 /hr.= | $1,225.00 |
| 04/01/26 | TBF | Review and revise draft white paper advocating against individual liability. | 1.70 | at 1,225.00 /hr.= | $2,082.50 |
| 04/01/26 | TBF | Review chronology of documents in which prior Carbon Health general counsel provided advice to Carbon Health and its executives on issues relevant to the activities raised as part of the California Attorney General matter. | 1.30 | at 1,225.00 /hr.= | $1,592.50 |
| 04/01/26 | TBF | Review California Attorney General Amicus Brief in Art Center Holdings, Inc., ET AL vs. WCE CA Art, LLC, ET Al; provide summary of brief and send to client team for review. | 0.90 | at 1,225.00 /hr.= | $1,102.50 |
| 04/02/26 | ASGR | Coordinate receipt of Latham database. | 0.20 | at 800.00 /hr.= | $160.00 |
| 04/02/26 | JAME | Call with Jacques Smith regarding the status of the white paper to the California DOJ. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 04/02/26 | JAME | Revise white paper regarding un-remediated harm analysis. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/02/26 | JAME | Review and revise white paper to California DOJ. | 0.70 | at 1,525.00 /hr.= | $1,067.50 |
| 04/02/26 | JAME | Review and revise un-remediated harm white paper. | 0.80 | at 1,525.00 /hr.= | $1,220.00 |
| 04/02/26 | SMG | Correspondence re white papers. | 0.30 | at 1,000.00 /hr.= | $300.00 |
| 04/02/26 | TBF | Review form of restructuring memo sent by John Lucas, Esq., which will outline the Debtors' post-confirmation structure. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 04/02/26 | TBF | Review comments made by Christina Solomon to draft letter addressing unremediated patient harm. | 0.40 | at 1,225.00 /hr.= | $490.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51299445

Page 4
Foley & Lardner LLP
May 18, 2026

| | | | | | |
|---|---|---|---|---|---|
| 04/02/26 | TBF | Review revisions made by Alan Kornfeld, Esq. to draft individual liability white paper. | 0.40 | at 1,225.00 /hr.= | $490.00 |
| 04/03/26 | ASGR | Confer with J. Mehta re: next steps for deliverables to the CA AG. | 0.30 | at 800.00 /hr.= | $240.00 |
| 04/03/26 | ASGR | Review amended policies. | 0.90 | at 800.00 /hr.= | $720.00 |
| 04/03/26 | ASGR | Call with client (Christina S.) to discuss Anthem data analysis. | 0.30 | at 800.00 /hr.= | $240.00 |
| 04/03/26 | ASGR | Amend Anthem data analysis (1.0); confer with Christina S. re: same (0.3). | 1.30 | at 800.00 /hr.= | $1,040.00 |
| 04/03/26 | ASGR | Meeting with client and co-counsel re: status of deliverables to CA AG. | 0.50 | at 800.00 /hr.= | $400.00 |
| 04/03/26 | JAME | Coordinate with Ashley Grabowski regarding edits to white papers and operational policies. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 04/03/26 | JAME | Communicate with client regarding weekly update. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 04/03/26 | JAME | Communicate internally on outstanding policies and revisions to the white paper. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 04/03/26 | TBF | Review comments to individual liability made by legal counsel for Myoung Cha. | 1.10 | at 1,225.00 /hr.= | $1,347.50 |
| 04/04/26 | ASGR | Participate in call with Wilson Sonsini re: individual representation and upload and send documents to Wilson Sonsini. | 1.60 | at 800.00 /hr.= | $1,280.00 |
| 04/04/26 | ASGR | Draft white paper on individual liability. | 4.50 | at 800.00 /hr.= | $3,600.00 |
| 04/04/26 | JAME | Call with Wilson-Sonsini team for coordination purposes. | 1.00 | at 1,525.00 /hr.= | $1,525.00 |
| 04/04/26 | JAME | Call with client regarding policies and revisions to same. | 0.60 | at 1,525.00 /hr.= | $915.00 |
| 04/04/26 | TBF | Attend call with Kerem Ozkay and Ian Toner to discuss Carbon policies to be sent to California AG. | 0.50 | at 1,225.00 /hr.= | $612.50 |

**Carbon Health Technologies, Inc.**                                     Page  5
Our Ref. No.:125408-0109                                      Foley & Lardner LLP
Invoice No.: 51299445                                              May 18, 2026

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 04/04/26 | TBF | Review, revise, and provide comments to suite of Friendly PC contracts sent by legal counsel for FSI to incorporate concepts discussed with the California AG. | 4.90 | at 1,225.00 /hr.= | $6,002.50 |
| 04/05/26 | ASGR | Draft white paper on individual liability. | 5.90 | at 800.00 /hr.= | $4,720.00 |
| 04/05/26 | JAME | Revise white papers and circulate to client. | 1.30 | at 1,525.00 /hr.= | $1,982.50 |
| 04/05/26 | JAME | Coordinate with co-counsel regarding white papers to DOJ. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/05/26 | JAME | Develop strategy on next steps with California DOJ. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 04/06/26 | AJHE | Review and comment on revised management services agreement, assignable option agreement, and deficit funding loan agreement to address corporate practice of medicine issues. | 1.40 | at 1,175.00 /hr.= | $1,645.00 |
| 04/06/26 | ASGR | Review and edit Carbon policies to ensure compliance with AG requirements; review and incorporate edits from AF regarding white paper on individual liability. | 3.10 | at 800.00 /hr.= | $2,480.00 |
| 04/06/26 | JAME | Follow-up on revisions to carbon policies. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/06/26 | JAME | Follow up with Arent Fox regarding coordination. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 04/06/26 | JAME | Communicate with California DOJ regarding revised policies and status of other deliverables. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 04/06/26 | SMG | Correspondence re white paper. | 0.30 | at 1,000.00 /hr.= | $300.00 |
| 04/06/26 | TBF | Conduct initial review of patient complaint submission sent by the California AG. | 0.30 | at 1,225.00 /hr.= | $367.50 |

**Carbon Health Technologies, Inc.**                                      Page  6
Our Ref. No.:125408-0109                                      Foley & Lardner LLP
Invoice No.: 51299445                                              May 18, 2026

| | | | | | |
|---|---|---|---|---|---|
| 04/06/26 | TBF | Make additional revisions to the Business Support Services Agreement, Assignable Option Agreement, and Deficit Funding Loan Agreement. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 04/06/26 | TBF | Review additional edits to individual liability white paper sent by legal counsel for Myoung Cha. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 04/07/26 | ASGR | Revise white paper and Carbon policies in accordance with edits from client and co-counsel. | 2.00 | at 800.00 /hr.= | $1,600.00 |
| 04/07/26 | JAME | Follow up on patient complaint from California DOJ and coordinate next steps. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/07/26 | JAME | Finalize white paper and send to DOJ. | 0.80 | at 1,525.00 /hr.= | $1,220.00 |
| 04/07/26 | JAME | Call with Wilson-Sonsini regarding coordination. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 04/07/26 | SMG | Review final white paper and attend to email correspondence re same. | 0.50 | at 1,000.00 /hr.= | $500.00 |
| 04/07/26 | TBF | Review and revise draft white paper outlining individual liability for Carbon Health officers. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 04/07/26 | TBF | Prepare and analyze strategy relating to response to patient complaint submission sent by the California AG. | 1.20 | at 1,225.00 /hr.= | $1,470.00 |
| 04/07/26 | TBF | Review updated OOP calculator policy sent by client. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 04/08/26 | ASGR | Call with Myoung Cha's counsel to discuss their upcoming meeting with the CA DOJ. | 0.70 | at 800.00 /hr.= | $560.00 |
| 04/08/26 | JAME | Call with Arent Fox team regarding upcoming call with regulators. | 1.00 | at 1,525.00 /hr.= | $1,525.00 |
| 04/08/26 | JAME | Follow up on AG's request for a meeting and coordinate the update with the client. | 0.30 | at 1,525.00 /hr.= | $457.50 |

**Carbon Health Technologies, Inc.**                                    Page  7
Our Ref. No.:125408-0109                                    Foley & Lardner LLP
Invoice No.: 51299445                                              May 18, 2026

| | | | | | |
|---|---|---|---|---|---|
| 04/09/26 | AJHE | Conference with client, corporate counsel, and bankruptcy counsel regarding ongoing settlement discussions with California AG, further deliverables, and other next steps. | 0.50 | at 1,175.00 /hr.= | $587.50 |
| 04/09/26 | ASGR | Correspondence with individuals' counsel re: common interest agreement. | 1.20 | at 800.00 /hr.= | $960.00 |
| 04/09/26 | ASGR | Weekly team meeting. | 0.40 | at 800.00 /hr.= | $320.00 |
| 04/09/26 | JAME | Respond to requests about patient remediation issues. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/09/26 | JAME | Comment on request from Co-Counsel regarding access to certain information related to white papers shared with DOJ. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/09/26 | JAME | Follow up with State AG regarding possible meeting to discuss resolution. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/09/26 | JAME | Weekly call with client to update on status of matter. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 04/09/26 | TBF | Review internal investigation materials relating to patient compliant sent by Christina Solomon. | 0.70 | at 1,225.00 /hr.= | $857.50 |
| 04/09/26 | TBF | Prepare for and attend call with individual legal counsel to discuss status and strategy for California AG investigation. | 0.60 | at 1,225.00 /hr.= | $735.00 |
| 04/10/26 | AJHE | Conference with Carbon Health team regarding AG settlement discussions and strategy. | 0.50 | at 1,175.00 /hr.= | $587.50 |
| 04/10/26 | AJHE | Review and further revise corporate practice of medicine agreements, including assignable option agreement, for distribution to California Attorney General. | 1.70 | at 1,175.00 /hr.= | $1,997.50 |
| 04/10/26 | AJHE | Conference with Attorney General team regarding settlement offer. | 0.60 | at 1,175.00 /hr.= | $705.00 |

**Carbon Health Technologies, Inc.**                                    Page  8
Our Ref. No.:125408-0109                                    Foley & Lardner LLP
Invoice No.: 51299445                                           May 18, 2026

| | | | | | |
|---|---|---|---|---|---|
| 04/10/26 | AJHE | Conference with individual counsel regarding AG settlement discussions. | 0.20 | at 1,175.00 /hr.= | $235.00 |
| 04/10/26 | ASGR | Meeting with client, the individuals' counsel, and bankruptcy counsel to discuss settlement discussions with the California AG's office. | 0.60 | at 800.00 /hr.= | $480.00 |
| 04/10/26 | ASGR | Meeting with Myoung Cha's counsel. | 0.30 | at 800.00 /hr.= | $240.00 |
| 04/10/26 | ASGR | Meeting with CA AG's office to discuss settlement. | 0.70 | at 800.00 /hr.= | $560.00 |
| 04/10/26 | JAME | Call with client regarding CA DOJ terms. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 04/10/26 | JAME | Prepare PowerPoint for client regarding CA DOJ terms. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/10/26 | JAME | Call with CA DOJ regarding possible settlement. | 0.60 | at 1,525.00 /hr.= | $915.00 |
| 04/10/26 | JAME | Call with M.Cha counsel regarding AG meeting. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/10/26 | SMG | Conference with CA DOJ and follow up conference with client re same and next steps. | 1.00 | at 1,000.00 /hr.= | $1,000.00 |
| 04/10/26 | TBF | Attend meeting with the California Attorney General to discuss settlement. | 0.80 | at 1,225.00 /hr.= | $980.00 |
| 04/10/26 | TBF | Attend call with legal counsel for Myoung Cha to discuss settlement meeting with California AG. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 04/10/26 | TBF | Attend call with client team to discuss and debrief settlement meeting with the California Attorney General. | 0.70 | at 1,225.00 /hr.= | $857.50 |
| 04/11/26 | JAME | Call with counsel for M.Cha regarding status of AG outreach. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 04/12/26 | AJHE | Analyze additional revisions to assignable option agreement and correspond with T.J. Ferrante regarding same. | 0.40 | at 1,175.00 /hr.= | $470.00 |

**Carbon Health Technologies, Inc.**                                    Page  9
Our Ref. No.:125408-0109                                        Foley & Lardner LLP
Invoice No.: 51299445                                                May 18, 2026

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/12/26 | TBF | Make additional edits to Business Support Services Agreement, Assignable Option Agreement, and Deficit Funding Loan Agreement intended for submission and review by the California Attorney General. | 4.10 | at 1,225.00 /hr.= | $5,022.50 |
| 04/13/26 | AJHE | Conference with individual counsel regarding Attorney General settlement strategy. | 0.30 | at 1,175.00 /hr.= | $352.50 |
| 04/13/26 | AJHE | Review draft injunction and stipulation circulated by California AG. | 0.20 | at 1,175.00 /hr.= | $235.00 |
| 04/13/26 | AJHE | Conference with Carbon Health team, bankruptcy counsel, and individual counsel regarding proposed stipulation and judgment from California AG. | 1.00 | at 1,175.00 /hr.= | $1,175.00 |
| 04/13/26 | ASGR | Prepare for and participate in meeting with internal stakeholders re: status of settlement efforts; prepare summary of same. | 2.10 | at 800.00 /hr.= | $1,680.00 |
| 04/13/26 | JAME | Coordination call with co-counsel regarding outreach from CA DOJ. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 04/13/26 | JAME | Outreach to CA DOJ regarding settlement status and proposed next steps. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/13/26 | JAME | Review and comment on draft settlement from CA DOJ. | 0.90 | at 1,525.00 /hr.= | $1,372.50 |
| 04/13/26 | JAME | Follow up internally on feedback from CA DOJ settlement documents. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 04/13/26 | JAME | Review CPOM revision documents. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/13/26 | SMG | Conference with individual counsel; correspondence re settlement papers and review of same. | 0.90 | at 1,000.00 /hr.= | $900.00 |
| 04/13/26 | TBF | Attend call with legal counsel fro Myoung Cha to debrief from individual counsel meeting with the California Attorney General. | 0.40 | at 1,225.00 /hr.= | $490.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51299445

Page  10
Foley & Lardner LLP
May 18, 2026

| | | | | | |
|---|---|---|---|---|---|
| 04/13/26 | TBF | Attend call with Carbon Health client team to discuss draft stipulation and draft injunction sent by the California AG. | 1.10 | at 1,225.00 /hr.= | $1,347.50 |
| 04/13/26 | TBF | Conduct initial review of the draft injunction and the draft stipulation sent by the California Attorney General. | 1.10 | at 1,225.00 /hr.= | $1,347.50 |
| 04/13/26 | TBF | Make additional revisions to the suite of agreements between the California medical group entity and the Management Services Organization for Carbon Health and submit to California AG. | 0.80 | at 1,225.00 /hr.= | $980.00 |
| 04/14/26 | AJHE | Strategize with litigation team regarding proposed AG stipulation and judgment and next steps in settlement negotiations. | 0.50 | at 1,175.00 /hr.= | $587.50 |
| 04/14/26 | ASGR | Strategize next steps re: settlement with internal team (0.5) and coordinate outreach re: firm experience with settling CA DOJ cases (0.4). | 0.90 | at 800.00 /hr.= | $720.00 |
| 04/14/26 | ASGR | Revise CA DOJ settlement documents. | 2.10 | at 800.00 /hr.= | $1,680.00 |
| 04/14/26 | ASGR | Call with WS and AF to discuss settlement strategy. | 0.80 | at 800.00 /hr.= | $640.00 |
| 04/14/26 | ASGR | Call with CA DOJ (1.0) and debrief with Foley team (0.1). | 1.10 | at 800.00 /hr.= | $880.00 |
| 04/14/26 | JAME | Coordination call with co-counsel regarding status of edits to settlement. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 04/14/26 | JAME | Call with bankruptcy counsel to coordinate edits to settlement documents. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 04/14/26 | JAME | Review and revise CA DOJ settlement documents. | 0.80 | at 1,525.00 /hr.= | $1,220.00 |
| 04/14/26 | JAME | Draft presentation to Carbon Board regarding settlement considerations. | 0.30 | at 1,525.00 /hr.= | $457.50 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51299445

Page 11
Foley & Lardner LLP
May 18, 2026

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/14/26 | JAME | Follow up with CA DOJ regarding status of settlement and negotiations. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/14/26 | JAME | Review and comment on edits to CA DOJ settlement documents. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 04/14/26 | JAME | Internal call to discuss status of edits to CA DOJ documents. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 04/14/26 | JAME | Call with Carbon Board to discuss settlement prospects. | 0.90 | at 1,525.00 /hr.= | $1,372.50 |
| 04/14/26 | JAME | Call with CA DOJ regarding status of settlement and CPOM documents. | 0.90 | at 1,525.00 /hr.= | $1,372.50 |
| 04/14/26 | SMG | Various conferences re settlement; email correspondence re settlement documents and review of same. | 1.80 | at 1,000.00 /hr.= | $1,800.00 |
| 04/14/26 | TBF | Prepare for and attend call with the California Attorney General to discuss settlement offer and documents. | 1.30 | at 1,225.00 /hr.= | $1,592.50 |
| 04/14/26 | TBF | Attend call with legal counsel for individuals to discuss Carbon Health settlement. | 0.60 | at 1,225.00 /hr.= | $735.00 |
| 04/14/26 | TBF | Attend call to discuss and coordinate next steps for responding to California AG settlement offer. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 04/14/26 | TBF | Attend meeting with Carbon Health Board to discuss California AG settlement offer. | 1.00 | at 1,225.00 /hr.= | $1,225.00 |
| 04/15/26 | AJHE | Conference with Attorney General team regarding revisions to stipulation and judgment for settlement, including revisions to corporate practice of medicine injunctive relief. | 0.70 | at 1,175.00 /hr.= | $822.50 |
| 04/15/26 | AJHE | Review and comment on further revisions to draft judgment and permanent injunction, including injunctive relief addressing corporate practice of medicine compliance. | 0.60 | at 1,175.00 /hr.= | $705.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51299445

Page  12
Foley & Lardner LLP
May 18, 2026

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/15/26 | AJHE | Strategize with team regarding upcoming settlement meeting with California Attorney General's office. | 0.50 | at 1,175.00 /hr.= | $587.50 |
| 04/15/26 | AJHE | Conference with individual counsel to coordinate settlement strategy. | 0.50 | at 1,175.00 /hr.= | $587.50 |
| 04/15/26 | ASGR | Call to discuss amendments to settlement documents. | 0.50 | at 800.00 /hr.= | $400.00 |
| 04/15/26 | ASGR | Correspondence regarding and edits to settlement documents. | 2.60 | at 800.00 /hr.= | $2,080.00 |
| 04/15/26 | ASGR | Participate in call with CA AG's office. | 0.70 | at 800.00 /hr.= | $560.00 |
| 04/15/26 | ASGR | Coordination call with individuals' counsel. | 1.20 | at 800.00 /hr.= | $960.00 |
| 04/15/26 | ASGR | Call with FSI re edits to settlement documents. | 0.40 | at 800.00 /hr.= | $320.00 |
| 04/15/26 | JAME | Call with client regarding changes to injunctive relief. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 04/15/26 | JAME | Comment on CPOM documents/revisions to redline to stipulation. | 0.60 | at 1,525.00 /hr.= | $915.00 |
| 04/15/26 | JAME | Review and revise stipulation/injunction documents. | 1.30 | at 1,525.00 /hr.= | $1,982.50 |
| 04/15/26 | JAME | Coordination call with co-counsel following AG meeting. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 04/15/26 | JAME | Call with CA DOJ. | 0.90 | at 1,525.00 /hr.= | $1,372.50 |
| 04/15/26 | JAME | Internal call to coordinate on strategy for AG meeting and proposed strategy. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 04/15/26 | JAME | Prepare and circulate talking points for AG meeting discussions. | 0.80 | at 1,525.00 /hr.= | $1,220.00 |
| 04/15/26 | SMG | Conferences re settlement documents and email correspondence attending to same. | 2.10 | at 1,000.00 /hr.= | $2,100.00 |
| 04/15/26 | TBF | Attend call with legal counsel for individuals to discuss meeting with California AG. | 0.70 | at 1,225.00 /hr.= | $857.50 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51299445

Page 13
Foley & Lardner LLP
May 18, 2026

| | | | | | |
|---|---|---|---|---|---|
| 04/15/26 | TBF | Attend call with California Attorney General representatives. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 04/15/26 | TBF | Attend call to discuss revisions to draft injunction and stipulation made by Company bankruptcy counsel. | 0.60 | at 1,225.00 /hr.= | $735.00 |
| 04/15/26 | TBF | Review and revise draft injunction and stipulation document and Friendly PC contracts relating to California attorney General settlement and discuss same. | 2.80 | at 1,225.00 /hr.= | $3,430.00 |
| 04/15/26 | TBF | Make revisions to the Business Support Services Agreement, Assignable Option Agreement, and Deficit Funding Loan Agreement to incorporate comments and feedback from the California Attorney General. | 3.30 | at 1,225.00 /hr.= | $4,042.50 |
| 04/16/26 | AJHE | Review edits in settlement documents from Attorney General and legal analysis of advice of counsel defense from individual counsel. | 0.30 | at 1,175.00 /hr.= | $352.50 |
| 04/16/26 | AJHE | Conference with California Attorney General team regarding revisions to permanent injunction, stipulation, and judgment in ongoing settlement discussions. | 0.70 | at 1,175.00 /hr.= | $822.50 |
| 04/16/26 | AJHE | Coordinate with bankruptcy counsel regarding California Attorney General settlement strategy. | 0.40 | at 1,175.00 /hr.= | $470.00 |
| 04/16/26 | AJHE | Conference with Carbon Health team regarding AG settlement discussions, including proposed edits to permanent injunction and stipulation. | 0.50 | at 1,175.00 /hr.= | $587.50 |
| 04/16/26 | ASGR | Confer with Wilson Sonsini re: Carbon settlement documents. | 0.50 | at 800.00 /hr.= | $400.00 |
| 04/16/26 | ASGR | Call with co-counsel. | 0.50 | at 800.00 /hr.= | $400.00 |
| 04/16/26 | ASGR | Participate in weekly coordination call. | 1.30 | at 800.00 /hr.= | $1,040.00 |

**Carbon Health Technologies, Inc.**                                    Page  14
Our Ref. No.:125408-0109                                      Foley & Lardner LLP
Invoice No.: 51299445                                              May 18, 2026

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/16/26 | JAME | Call with California DOJ regarding settlement revisions. | 0.80 | at 1,525.00 /hr.= | $1,220.00 |
| 04/16/26 | JAME | Coordinate with co-counsel regarding response to CA DOJ edits/settlement documents. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 04/16/26 | JAME | Provide timeline to DOJ as requested. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/16/26 | JAME | Call with client regarding weekly updates. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 04/16/26 | JAME | Call with individual counsel regarding questions related to corporate practice of medicine documents/revisions. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/16/26 | TBF | Review research and analysis sent by legal counsel for individuals relating to a possible advice of counsel defense. | 0.90 | at 1,225.00 /hr.= | $1,102.50 |
| 04/16/26 | TBF | Attend call with legal counsel for individuals to provide update on discussions with California AG. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 04/16/26 | TBF | Attend call with California AG to discuss settlement. | 1.20 | at 1,225.00 /hr.= | $1,470.00 |
| 04/16/26 | TBF | Attend group call with Carbon Health client team to discuss settlement with California AG. | 0.70 | at 1,225.00 /hr.= | $857.50 |
| 04/17/26 | AJHE | Confer with T.J. Ferrante regarding revisions to settlement documents, corporate practice of medicine issues, and ongoing settlement strategy. | 0.20 | at 1,175.00 /hr.= | $235.00 |
| 04/17/26 | AJHE | Conference with bankruptcy counsel regarding requested revisions to California Attorney General release language. | 0.30 | at 1,175.00 /hr.= | $352.50 |
| 04/17/26 | AJHE | Conference with counsel for individuals regarding settlement strategy and open issues with California Attorney General's office. | 0.30 | at 1,175.00 /hr.= | $352.50 |

**Carbon Health Technologies, Inc.**                                      Page  15
Our Ref. No.:125408-0109                                          Foley & Lardner LLP
Invoice No.: 51299445                                                   May 18, 2026

| | | | | | |
|---|---|---|---|---|---|
| 04/17/26 | AJHE | Conference with California Attorney General team regarding release language, individual liability, and other final terms of stipulation and judgment. | 0.30 | at 1,175.00 /hr.= | $352.50 |
| 04/17/26 | ASGR | Call with California AG's office. | 0.80 | at 800.00 /hr.= | $640.00 |
| 04/17/26 | ASGR | Correspondence with individuals' counsel re: meeting to discuss CA DOJ settlement updates. | 0.10 | at 800.00 /hr.= | $80.00 |
| 04/17/26 | JAME | Coordination call with co-counsel on next steps with settlement documents. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 04/17/26 | JAME | Call with CA DOJ regarding status of settlement revisions/edits. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 04/17/26 | JAME | Call with K.Ozkay regarding status of settlement and next steps. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 04/17/26 | JAME | Follow up on status of release language. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/17/26 | TBF | Attend call with individual counsel to discuss calls with California AG. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 04/18/26 | JAME | Provide Board update on status of injunction. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 04/18/26 | JAME | Comment on APA document disclosures. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 04/18/26 | JAME | Review and revise proposed settlement agreement/injunction. | 0.60 | at 1,525.00 /hr.= | $915.00 |
| 04/18/26 | JAME | Call with A.Kornfeld regarding release language. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/20/26 | ASGR | Revise settlement documents; attend meetings regarding settlement documents. | 1.90 | at 800.00 /hr.= | $1,520.00 |
| 04/20/26 | JAME | Call with regulator regarding the status of the settlement offer. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 04/20/26 | JAME | Call regarding claim settlement. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/20/26 | JAME | Coordinate revisions to settlement documents. | 0.40 | at 1,525.00 /hr.= | $610.00 |

**Carbon Health Technologies, Inc.**                                Page  16
Our Ref. No.:125408-0109                                  Foley & Lardner LLP
Invoice No.: 51299445                                            May 18, 2026

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/20/26 | JAME | Circulate red line of settlement documents to regulators. | 0.80 | at 1,525.00 /hr.= | $1,220.00 |
| 04/20/26 | JAME | Provide board update regarding status of settlement offers. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/20/26 | SMG | Conference re settlement and next steps (0.2); follow up conference with A. Grabowski (0.1); review settlement documents and attend to email correspondence re same (0.6). | 0.90 | at 1,000.00 /hr.= | $900.00 |
| 04/21/26 | AJHE | Review revisions to stipulation and permanent injunction with California Attorney General and related motion to approve Attorney General settlement in bankruptcy court. | 0.30 | at 1,175.00 /hr.= | $352.50 |
| 04/21/26 | JAME | Board meeting to update team on DOJ status. | 0.80 | at 1,525.00 /hr.= | $1,220.00 |
| 04/21/26 | JAME | Follow up with co-counsel regarding DOJ release. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 04/21/26 | JAME | Circulate final round of edits to stipulations and injunctions. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 04/21/26 | JAME | Review draft motion for bankruptcy court approval to approve AG settlement. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/21/26 | SMG | Email correspondence re settlement documents. | 0.10 | at 1,000.00 /hr.= | $100.00 |
| 04/21/26 | TBF | Drafts of the motion to be filed in the bankruptcy court to approve the settlement with the California Attorney General, and the supporting declaration prepared by company bankruptcy counsel. | 1.00 | at 1,225.00 /hr.= | $1,225.00 |
| 04/22/26 | JAME | Respond to communications from California DOJ regarding settlement status. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/22/26 | JAME | Comment on revisions to bankruptcy motions and status of next steps with California DOJ. | 0.60 | at 1,525.00 /hr.= | $915.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51299445

Page  17
Foley & Lardner LLP
May 18, 2026

| | | | | | |
|---|---|---|---|---|---|
| 04/22/26 | SMG | Email correspondence re settlement documents (0.1); review and revise bankruptcy filings re settlement and correspond with J. Mehta re same (0.5). | 0.60 | at 1,000.00 /hr.= | $600.00 |
| 04/23/26 | AJHE | Review new redlines from Attorney General regarding revisions to stipulation and permanent injunction. | 0.20 | at 1,175.00 /hr.= | $235.00 |
| 04/23/26 | AJHE | Analyze follow-up questions from Deputy Attorney General regarding corporate practice of medicine implications from potential sale and revise draft response language. | 0.60 | at 1,175.00 /hr.= | $705.00 |
| 04/23/26 | JAME | Follow up on settlement status. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 04/23/26 | JAME | Revise possible bankruptcy motion to approve settlement. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/23/26 | SMG | Correspondence re settlement and settlement documents. | 0.30 | at 1,000.00 /hr.= | $300.00 |
| 04/23/26 | TBF | Review correspondence from the California Attorney General relating to concerns with sale documents indicating Future Solutions LLC is buyer of clinics. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 04/24/26 | AJHE | Review and execute final stipulation for settlement with California AG's Office. | 0.40 | at 1,175.00 /hr.= | $470.00 |
| 04/24/26 | AJHE | Conference with Attorney General's office regarding finalization of settlement and two-track bankruptcy process. | 0.50 | at 1,175.00 /hr.= | $587.50 |
| 04/24/26 | ASGR | Meeting with California AG's office and potential buyer's counsel. | 0.70 | at 800.00 /hr.= | $560.00 |
| 04/24/26 | ASGR | Correspondence with Myoung Cha's counsel re: status of settlement (.3); prepare and send updated settlement documents to internal stakeholders (.2). | 0.50 | at 800.00 /hr.= | $400.00 |

**Carbon Health Technologies, Inc.**                                    Page  18
Our Ref. No.:125408-0109                                      Foley & Lardner LLP
Invoice No.: 51299445                                              May 18, 2026

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/24/26 | JAME | Revise bankruptcy motion to reflect Carbon defenses to AG matter and circulate to team members. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 04/24/26 | JAME | Call with DOJ regarding finalization of settlement. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 04/24/26 | JAME | Coordinate press statement regarding DOJ filing. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 04/24/26 | JAME | Follow up with M.Cha attorneys regarding settlement. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 04/24/26 | JAME | Follow up with co-counsel regarding finalization of settlement documents. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 04/24/26 | JAME | Comment on PR strategy with bankruptcy motion. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 04/24/26 | JAME | Finalize DOJ settlement and circulate to client/team. | 0.70 | at 1,525.00 /hr.= | $1,067.50 |
| 04/25/26 | JAME | Follow up on bankruptcy filings and potential media strategy. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 04/29/26 | ASGR | Call with CA AG's Office re: status of sale documents and debrief with internal team. | 1.60 | at 800.00 /hr.= | $1,280.00 |
| 04/29/26 | JAME | Call with California AG regarding potential sale/language regarding CPOM compliance. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 04/29/26 | JAME | Review and comment on invoices and productions. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 04/29/26 | SMG | Review summary of DOJ call (0.2); review revised documents from CA DOJ (0.2). | 0.40 | at 1,000.00 /hr.= | $400.00 |
| 04/29/26 | TBF | Attend call with FSI legal counsel to discuss potential changes to asset purchase agreement to address California AG's concerns. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 04/29/26 | TBF | Attend call with the California Attorney General to discuss AG's concerns with the asset purchase agreement filed in the bankruptcy sale motion. | 0.50 | at 1,225.00 /hr.= | $612.50 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51299445

Page  19
Foley & Lardner LLP
May 18, 2026

| | | | | | |
|---|---|---|---|---|---|
| 04/29/26 | TBF | Review changes to Asset Purchase Agreement sent by bankruptcy counsel for FSI. | 0.60 | at 1,225.00 /hr.= | $735.00 |
| 04/30/26 | AJHE | Conference with Carbon Health team regarding revisions to AG settlement documents and corporate practice of medicine concerns related to bankruptcy backup plan. | 0.40 | at 1,175.00 /hr.= | $470.00 |
| 04/30/26 | ASGR | Participate in weekly coordination call. | 0.50 | at 800.00 /hr.= | $400.00 |
| 04/30/26 | JAME | Weekly call to update client on status of CA DOJ matter. | 0.50 | at 1,525.00 /hr.= | $762.50 |
| 04/30/26 | JAME | Follow up on edits to stipulation/injunction documents. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 04/30/26 | TBF | Attend call with client team to provide update from meeting with the California Attorney General. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 04/30/26 | TBF | Prepare updated Friendly PC contract set and send to legal counsel for FSI. | 1.50 | at 1,225.00 /hr.= | $1,837.50 |
| 04/30/26 | TBF | Attend call with legal counsel for FSI to discuss questions relating to consolidated tax filing. | 0.90 | at 1,225.00 /hr.= | $1,102.50 |

Services Total:   173.80   $201,267.50

## Professional Services Summary

| Service Provider | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Ashley Grabowski | ASGR | Associate | 51.50 | $800.00 | $41,200.00 |
| Samantha M. Gerencir | SMG | Associate | 11.40 | $1,000.00 | $11,400.00 |
| Adam J. Hepworth | AJHE | Partner | 17.90 | $1,175.00 | $21,032.50 |
| Jason Mehta | JAME | Partner | 45.70 | $1,525.00 | $69,692.50 |
| Thomas (T.J.) Ferrante | TBF | Partner | 47.30 | $1,225.00 | $57,942.50 |
| **Totals** | | | **173.80** | | **$201,267.50** |



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  May 18, 2026
Invoice No.:  51299446
Our Ref. No.:  125408-0110

## Remittance Advice

Re:  OCP - BK Employment Retention/Fee

**Current Invoice:**

| | |
|---|---|
| 05/18/26 - 51299446 | $3,837.50 |
| **Total Amount Due:** | **$3,837.50** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
**  (foreign wires only)**



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  May 18, 2026
Invoice No.: 51299446
Our Ref. No.: 125408-0110

---

Services through April 30, 2026

Amount due for professional services rendered regarding          $3,837.50
OCP - BK Employment Retention/Fee

**Total Amount Due:**          **$3,837.50**

---

**Please reference your invoice number 51299446 with your remittance
payable to Foley & Lardner LLP.  Payment is due promptly upon receipt
of our invoice.**

Federal Employer Number:
39-0473800

**Carbon Health Technologies, Inc.**                                      Page  2
Our Ref. No.:125408-0110                                       Foley & Lardner LLP
Invoice No.: 51299446                                                May 18, 2026

---

## Professional Services Detail

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/03/26 | MJW | Review TJ Ferrante memo to client with Feb Statement and review Jamie O'Neil okay of Feb 26 fee statement and filing. | 0.20 | at 1,500.00 /hr.= | $300.00 |
| 04/06/26 | MJW | Review J. O'Neil memo with refined Monthly Statement and prep memo to J. Melko re name on same. | 0.10 | at 1,500.00 /hr.= | $150.00 |
| 04/07/26 | JPME | Review final form of application; emails with M. Wolfson regarding same and follow up emails regarding permission for Pachulski to file. | 0.70 | at 1,625.00 /hr.= | $1,137.50 |
| 04/14/26 | MJW | Confer with TJ Ferrante re new sub matter dissolving PCs and prep memo to J. O'Neil re same and status of filing Feb fee statement. | 0.10 | at 1,500.00 /hr.= | $150.00 |
| 04/15/26 | MJW | Review A&M request for March invoices and review Mary Ann Montague reply and prep memo to TJ Ferrante re status of invoices. | 0.10 | at 1,500.00 /hr.= | $150.00 |
| 04/20/26 | MJW | Exchange memos with James O'Neil re filing of Feb Fee Statement, review filed Statement and memo to TJ Ferrante re same and status of March invoices. | 0.20 | at 1,500.00 /hr.= | $300.00 |
| 04/24/26 | MJW | Review and reply to Jamie O'Neil memo re need for W-9 and wire instruction and supply same. | 0.10 | at 1,500.00 /hr.= | $150.00 |
| 04/28/26 | MJW | Review 4 April invoices (March time) and prep memo to Jason Mehta and TJ Ferrante to review same. | 0.40 | at 1,500.00 /hr.= | $600.00 |
| 04/30/26 | MJW | Draft March Monthly Fee Statement. | 0.60 | at 1,500.00 /hr.= | $900.00 |

Services Total:            2.50            $3,837.50

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0110
Invoice No.: 51299446

Page  3
Foley & Lardner LLP
May 18, 2026

---

**Professional Services Summary**

| Service Provider | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| John P. Melko | JPME | Partner | 0.70 | $1,625.00 | $1,137.50 |
| Mark J. Wolfson | MJW | Partner | 1.80 | $1,500.00 | $2,700.00 |
| **Totals** | | | **2.50** | | **$3,837.50** |



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  May 18, 2026
Invoice No.:  51299447
Our Ref. No.:  125408-0111

## Remittance Advice

Re:  OCP - PC Restructuring

**Current Invoice:**

| | |
|---|---|
| 05/18/26 - 51299447 | $95,731.00 |
| **Total Amount Due:** | **$95,731.00** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
  **(foreign wires only)**



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  May 18, 2026
Invoice No.: 51299447
Our Ref. No.: 125408-0111

Services through April 30, 2026

Amount due for professional services rendered regarding
OCP - PC Restructuring

$95,731.00

**Total Amount Due:**          **$95,731.00**

**Please reference your invoice number 51299447 with your remittance payable to Foley & Lardner LLP.  Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**Carbon Health Technologies, Inc.**  Page  2
Our Ref. No.:125408-0111  Foley & Lardner LLP
Invoice No.: 51299447  May 18, 2026

**Professional Services Detail**

| Date | Tkpr | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 04/01/26 | CPJ | Sending follow-up communications on research project. | 0.10 | at 700.00 /hr.= | $70.00 |
| 04/04/26 | TBF | Attend call with client team to discuss healthcare regulatory issues relating to corporate restructuring for bankruptcy. | 1.00 | at 1,225.00 /hr.= | $1,225.00 |
| 04/09/26 | ADSC | Prepare for and attend call re new entity formation project; draft email summary of Foley assigned tasks; review materials from Carbon re current and new entity transition. | 2.20 | at 1,100.00 /hr.= | $2,420.00 |
| 04/09/26 | AJHE | Strategize regarding corporate restructuring project, including review of key documents. | 0.70 | at 1,175.00 /hr.= | $822.50 |
| 04/09/26 | TBF | Create internal workplan for assisting with healthcare regulatory tasks associated with professional entity restructuring project. | 0.80 | at 1,225.00 /hr.= | $980.00 |
| 04/09/26 | TBF | Prepare for and attend call with client team to discuss new entity creation and restructuring project. | 1.00 | at 1,225.00 /hr.= | $1,225.00 |
| 04/09/26 | TBF | Review updated meeting notes and entity restructuring workplan sent by Christina Solomon. | 0.80 | at 1,225.00 /hr.= | $980.00 |
| 04/09/26 | TBF | Review restructuring transactions memorandum sent by Carbon Health bankruptcy counsel. | 0.70 | at 1,225.00 /hr.= | $857.50 |
| 04/10/26 | ADSC | Draft new entity formation checklist; review law and guidance re entity formation requirements. | 2.20 | at 1,100.00 /hr.= | $2,420.00 |
| 04/10/26 | TBF | Review updated entity decisions spreadsheet along with corresponding questions sent by Christina Solomon. | 2.00 | at 1,225.00 /hr.= | $2,450.00 |

**Carbon Health Technologies, Inc.**　　　　　　　　　　　　　　　　Page 3
Our Ref. No.:125408-0111　　　　　　　　　　　　　　　　Foley & Lardner LLP
Invoice No.: 51299447　　　　　　　　　　　　　　　　　　　　May 18, 2026

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/11/26 | AJHE | Analyze provider bonus and compensation structure to evaluate risks under Anti-Kickback Statute and Stark law. | 0.40 | at 1,175.00 /hr.= | $470.00 |
| 04/13/26 | ADSC | Correspond re entity formation checklist; begin review of licensure and entity crosswalk. | 1.00 | at 1,100.00 /hr.= | $1,100.00 |
| 04/13/26 | TBF | Conduct initial review of licenses and permits currently held by Carbon Health entities sent by Christina Solomon. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 04/13/26 | TBF | Attend call with Carbon Health client team to discuss employment law issues relating to proposed restructuring. | 1.10 | at 1,225.00 /hr.= | $1,347.50 |
| 04/14/26 | ADSC | Prepare for and attend call re entity formation all hands call; continue reconciliation of facility and licensure crosswalk; correspond with E. Hellman re entity formation work flow. | 2.80 | at 1,100.00 /hr.= | $3,080.00 |
| 04/14/26 | EMHE | Strategize regarding Carbon Health reorganization project. Prepare for and conduct telephone call with Carbon Health leadership team and bankruptcy counsel in connection with reorganization. | 1.90 | at 1,150.00 /hr.= | $2,185.00 |
| 04/14/26 | TBF | Attend call with Carbon Health team to discuss restructuring. | 1.10 | at 1,225.00 /hr.= | $1,347.50 |
| 04/14/26 | TBF | Respond to questions from Christina Solomon relating to leases and vendor contracts held by MSO vs. PC. | 0.60 | at 1,225.00 /hr.= | $735.00 |
| 04/15/26 | ADSC | Correspond with E. Hellman and A. Dunstan re formation of PC entities. | 0.50 | at 1,100.00 /hr.= | $550.00 |
| 04/15/26 | AFD | Preparation of formation and organizational documents for FL, MA, CO, NJ, TX and CA professional entities. | 7.90 | at 525.00 /hr.= | $4,147.50 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0111
Invoice No.: 51299447

Page  4
Foley & Lardner LLP
May 18, 2026

| | | | | | |
|---|---|---|---|---|---|
| 04/15/26 | EMHE | Attention to medical practice and urgent care entity formation activities in connection with proposed reorganization. | 0.70 | at 1,150.00 /hr.= | $805.00 |
| 04/15/26 | FOC | Analysis of question regarding restructuring related to W9 and employee agreements. | 0.30 | at 1,125.00 /hr.= | $337.50 |
| 04/15/26 | KTLE | Review California Secretary of State records; prepare name availability and reservation for Carbon Health Primary Care of Northern California, P.C. and file with the California Secretary of State; review California Medical Board records for S. Mandavia; prepare draft formation and organizational documents for new Northern California and Southern California Primary Care and Urgent Care professional corporations; emails regarding same. | 3.40 | at 575.00 /hr.= | $1,955.00 |
| 04/15/26 | TBF | Conduct initial review of questions from Salvatore Mule relating to contracting structures for occupational health agreements and national professional association agreements. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 04/16/26 | CHGA | Review entity formation docs for client's to-be-created Texas PLLC. | 0.80 | at 700.00 /hr.= | $560.00 |
| 04/16/26 | HAAD | Confer with N. Cianciotta re: CO PC organizational and corporate documents. | 0.80 | at 750.00 /hr.= | $600.00 |
| 04/16/26 | NCC | Confer with H. Adler re identifying standard formation and organizational documents for a Colorado domestic professional corporation; send recommendations of the same to A. Dunstan. | 1.00 | at 485.00 /hr.= | $485.00 |
| 04/17/26 | ADSC | Continue review and revisions to licensure and entity crosswalk and draft review table for all health care regulatory license filing requirements. | 4.50 | at 1,100.00 /hr.= | $4,950.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0111
Invoice No.: 51299447

Page 5
Foley & Lardner LLP
May 18, 2026

| | | | | | |
|---|---|---|---|---|---|
| 04/17/26 | AFD | Preparation of documents in connection with formation of TX PLLC; attention to outstanding items in connection with formation of new PC entities in CA, CO, MA, FL and TX. | 2.20 | at 525.00 /hr.= | $1,155.00 |
| 04/17/26 | CHGA | Assist in review and revising of entity formation documents for Carbon Health's to-be-formed Florida, New Jersey, and Massachusetts PCs. | 2.90 | at 700.00 /hr.= | $2,030.00 |
| 04/17/26 | CHGA | Attention to strategy regarding analysis of Change of Ownership requirements/notice triggers related to client's to-be-transfered licenses. | 0.50 | at 700.00 /hr.= | $350.00 |
| 04/17/26 | EMHE | Prepare formation documentation for the new California medical practice entities in connection with Carbon Health Technologies, Inc.' reorganization. | 0.80 | at 1,150.00 /hr.= | $920.00 |
| 04/17/26 | JSBR | Confer with A. Cooper regarding licensure CHOW analysis; review current licenses. | 0.50 | at 920.00 /hr.= | $460.00 |
| 04/17/26 | KTLE | Review and processing name availability and reservation from the California Secretary of State; review and revise California PC formation and organizational documents; emails regarding same. | 0.50 | at 575.00 /hr.= | $287.50 |
| 04/18/26 | ADSC | Finalize edits to licensure and entity crosswalk; revise comments to Carbon for clarifications. | 2.20 | at 1,100.00 /hr.= | $2,420.00 |
| 04/18/26 | EMHE | Attention to new entity PC formation in connection with reorganization plan. | 0.30 | at 1,150.00 /hr.= | $345.00 |
| 04/19/26 | TBF | Review and respond to questions from Anthony Orzo relating to leases contracted under the UC or PC entities. | 0.40 | at 1,225.00 /hr.= | $490.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0111
Invoice No.: 51299447

Page 6
Foley & Lardner LLP
May 18, 2026

| | | | | | |
|---|---|---|---|---|---|
| 04/20/26 | ADSC | Begin review of filing requirements for California Laboratory Site and CLIA licenses/registrations. | 1.20 | at 1,100.00 /hr.= | $1,320.00 |
| 04/20/26 | AFD | Continue work drafting formation and organizational documents related to formation of professional entities in FL, CA, CO, MA, TX and NJ. | 1.20 | at 525.00 /hr.= | $630.00 |
| 04/20/26 | CHGA | Assist in review and revising of entity formation documents for Carbon Health's to-be-formed Florida, New Jersey, and Massachusetts entities. | 3.10 | at 700.00 /hr.= | $2,170.00 |
| 04/20/26 | EMHE | Attention to formation documentation for the New Jersey, Florida, and Massachusetts entities in connection with Carbon Health's reorganization. | 1.20 | at 1,150.00 /hr.= | $1,380.00 |
| 04/20/26 | JSBR | Prepare and circulate licensure CHOW research chart. | 1.50 | at 920.00 /hr.= | $1,380.00 |
| 04/20/26 | KTLE | Review and processing information from client; continue preparation of California formation and organizational documents. | 0.30 | at 575.00 /hr.= | $172.50 |
| 04/20/26 | NCC | Prepare and send correspondence to C. Gandelsman re formation document request for Carbon Health Urgent Care of Colorado, P.C.. | 0.40 | at 485.00 /hr.= | $194.00 |
| 04/21/26 | EMHE | Corrspondence with C. Solomon regarding drafted formation documentation for new medical practice entities in connection with Carbon Health Technologies, Inc.'s reorganization. | 0.10 | at 1,150.00 /hr.= | $115.00 |
| 04/22/26 | ADSC | Revise COF Carbon 4th Amendment; send email summary of changes to A. Orzo and S. Mule. | 2.40 | at 1,100.00 /hr.= | $2,640.00 |
| 04/22/26 | CHGA | Assist in preparation of entity formation documents for Carbon Health Urgent Care of Colorado, P.C. | 0.70 | at 700.00 /hr.= | $490.00 |

**Carbon Health Technologies, Inc.**                                    Page  7
Our Ref. No.:125408-0111                                      Foley & Lardner LLP
Invoice No.: 51299447                                                 May 18, 2026

---

| 04/22/26 | EMHE | Attention to formation of new entities in connection with restructuring plan. | 0.10 | at 1,150.00 /hr.= | $115.00 |
|---|---|---|---|---|---|
| 04/22/26 | NCC | Review entity formation and document checklist re Carbon Health Urgent Care of Colorado, P.C.; prepare and send summary correspondence to C. Gandelsman; begin preparing articles of incorporation in CO for Carbon Health Urgent Care of Colorado, P.C.. | 1.80 | at 485.00 /hr.= | $873.00 |
| 04/23/26 | ADSC | Prepare for and attend calls re new entity creation and licensure crosswalk. | 2.50 | at 1,100.00 /hr.= | $2,750.00 |
| 04/23/26 | CHGA | Review Change of Ownership notice requirements and triggers for client-held licenses with an emphasis on CLIA licenses in Texas, Washington, and Wisconsin. | 1.20 | at 700.00 /hr.= | $840.00 |
| 04/23/26 | EMHE | Telephone call with C. Solomon and S. Mandavia regarding formation of new medical practice entities in connection with the Carbon Health Technologies, Inc. reorganization,. | 0.60 | at 1,150.00 /hr.= | $690.00 |
| 04/23/26 | HAAD | Confer with N. Cianciotta re: registered agent address requirements; Correspond with N. Cianciotta re: the same. | 0.30 | at 750.00 /hr.= | $225.00 |
| 04/23/26 | JSBR | Coordinated licensure change-of-ownership analysis for restructuring, including dividing licenses among team members,and confirming review approach. | 0.50 | at 920.00 /hr.= | $460.00 |

**Carbon Health Technologies, Inc.**                                    Page 8
Our Ref. No.:125408-0111                                        Foley & Lardner LLP
Invoice No.: 51299447                                               May 18, 2026

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 04/23/26 | NCC | Review completed information request re the CO articles of incorporation for Carbon Health Urgent Care of Colorado, P.C.; evaluate the CO secretary of state website and research Colorado Revised Statutes re registered agent address requirements; prepare summary of the same and send to C. Gandelsman; coordinate assistance re preparation of formation documents re Carbon Health Urgent Care of Colorado, P.C.. | 4.40 | at 485.00 /hr.= | $2,134.00 |
| 04/24/26 | ADSC | Review Florida and Arizona X-Ray registration CHOW filing requirements. | 1.80 | at 1,100.00 /hr.= | $1,980.00 |
| 04/24/26 | CHGA | Assist in preparation of Carbon Health Urgent Care of Colorado, P.C. entity formation documents. | 0.70 | at 700.00 /hr.= | $490.00 |
| 04/24/26 | CHGA | Review Change of Ownership notice requirements and triggers for client-held licenses with an emphasis on CLIA licenses in Texas, Washington, and Wisconsin. | 4.20 | at 700.00 /hr.= | $2,940.00 |
| 04/24/26 | FMC | Analyze CLIA licensure statutes and regulations to determine filing deadlines and agency contact information for state of Alabama (0.3); Summarize findings into research chart (0.2). | 0.50 | at 700.00 /hr.= | $350.00 |
| 04/24/26 | KTLE | Prepare organizational and tax documents for Carbon Health Urgent Care of Colorado, P.C.; emails regarding same. | 0.40 | at 575.00 /hr.= | $230.00 |
| 04/24/26 | TBF | Review email update on decisions and open items circulated by Christina Solomon. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 04/27/26 | ADSC | Call with T. Ferrante and E. Hellman re status of PC formation, licensure analysis, and medical record retention. | 0.40 | at 1,100.00 /hr.= | $440.00 |

**Carbon Health Technologies, Inc.**                                          Page  9
Our Ref. No.:125408-0111                                          Foley & Lardner LLP
Invoice No.: 51299447                                                   May 18, 2026

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/27/26 | ADSC | Final edits to licensure and entity crosswalk and send the same to C. Solomon for input. | 0.30 | at 1,100.00 /hr.= | $330.00 |
| 04/27/26 | ADSC | Correspond with C. Janes re medical record retention 50-state survey. | 0.60 | at 1,100.00 /hr.= | $660.00 |
| 04/27/26 | ADSC | Draft summary of health care regulatory licensure and facility crosswalk work stream. | 0.70 | at 1,100.00 /hr.= | $770.00 |
| 04/27/26 | CPJ | Begin fifty-state survey regarding record retention requirements for medical practices. | 4.10 | at 700.00 /hr.= | $2,870.00 |
| 04/27/26 | EMHE | Strategize regarding entity formation in connection with Carbon Health restructuring. | 0.70 | at 1,150.00 /hr.= | $805.00 |
| 04/27/26 | FMC | Analyze CLIA licensure statutes and regulations to determine filing deadlines and agency contact information for state of Arizona and California (0.7); Summarize findings into research chart (0.4). | 1.10 | at 700.00 /hr.= | $770.00 |
| 04/27/26 | TBF | Attend internal call to discuss status update relating to PC restructuring project and licensing and permit transfers. | 0.70 | at 1,225.00 /hr.= | $857.50 |
| 04/28/26 | ADSC | Begin review and revisions to entity and licensure crosswalk based on feedback from Carbon. | 0.80 | at 1,100.00 /hr.= | $880.00 |
| 04/28/26 | CPJ | Proceed with the fifty-state survey by researching and documenting requirements for the next sixteen states, specifically covering Florida through Mississippi. | 4.30 | at 700.00 /hr.= | $3,010.00 |
| 04/28/26 | EMHE | Attention to new medical practice formation matters. | 0.20 | at 1,150.00 /hr.= | $230.00 |
| 04/28/26 | TBF | Review updated entity and licensure crosswalk document and updated Carbon Health restructuring organizational chart sent by Christina Solomon. | 0.80 | at 1,225.00 /hr.= | $980.00 |

**Carbon Health Technologies, Inc.**                                                    Page  10
Our Ref. No.:125408-0111                                                     Foley & Lardner LLP
Invoice No.: 51299447                                                               May 18, 2026

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/29/26 | CPJ | Continue research for fifty-state survey for ten states, specifically Missouri through North Dakota. | 3.50 | at 700.00 /hr.= | $2,450.00 |
| 04/29/26 | EMHE | Attention to formation of restructured professional entities. | 0.10 | at 1,150.00 /hr.= | $115.00 |
| 04/30/26 | ADSC | Continue review of revised entity and licensure crosswalk. | 1.50 | at 1,100.00 /hr.= | $1,650.00 |
| 04/30/26 | ADSC | Review Ohio, Washington, and Nevada X-ray registration CHOW requirements. | 2.20 | at 1,100.00 /hr.= | $2,420.00 |
| 04/30/26 | CHGA | Review and analyze Change of Ownership notice requirements and triggers for client-held licenses with an emphasis on Ohio Terminal Distributor of Dangerous Drugs license. | 0.60 | at 700.00 /hr.= | $420.00 |
| 04/30/26 | CHGA | Review Carbon Health Urgent Care of Colorado, P.C. entity formation documents. | 0.90 | at 700.00 /hr.= | $630.00 |
| 04/30/26 | CPJ | Conduct research for 50-state survey on record retention policies for Ohio, Oklahoma, and Oregon. | 1.40 | at 700.00 /hr.= | $980.00 |
| 04/30/26 | CPJ | (No Charge) Share most recent draft of fifty-state survey internally. | 0.10 | at 0.00 /hr.= | $0.00 |
| 04/30/26 | EMHE | Correspondence with C. Solomon in connection to medical practice entity secretary of state filing matters . | 0.80 | at 1,150.00 /hr.= | $920.00 |
| 04/30/26 | EMHE | Review entity formation documents for Colorado medical entity. | 0.50 | at 1,150.00 /hr.= | $575.00 |
| 04/30/26 | TBF | Review updated comments to Restructuring Transactions Memorandum sent by Carbon Health bankruptcy counsel. | 0.40 | at 1,225.00 /hr.= | $490.00 |

Services Total:      109.50      $95,731.00

**Carbon Health Technologies, Inc.**                                      Page  11
Our Ref. No.:125408-0111                                         Foley & Lardner LLP
Invoice No.: 51299447                                                  May 18, 2026

---

**Professional Services Summary**

| Service Provider | Initials | Title | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| Chana L. Gandelsman | CHGA | Associate | 15.60 | $700.00 | $10,920.00 |
| Celia P. Janes | CPJ | Associate | 13.50 | $694.81 | $9,380.00 |
| Francesca M. Camacho | FMC | Associate | 1.60 | $700.00 | $1,120.00 |
| Hailey Adler | HAAD | Associate | 1.10 | $750.00 | $825.00 |
| Jarrod S. Brodsky | JSBR | Associate | 2.50 | $920.00 | $2,300.00 |
| Andrew F. Dunstan | AFD | Paralegal | 11.30 | $525.00 | $5,932.50 |
| Nicole Cianciotta | NCC | Paralegal | 7.60 | $485.00 | $3,686.00 |
| Adam J. Hepworth | AJHE | Partner | 1.10 | $1,175.00 | $1,292.50 |
| Felicia S. O'Connor | FOC | Partner | 0.30 | $1,125.00 | $337.50 |
| Thomas (T.J.) Ferrante | TBF | Partner | 12.50 | $1,225.00 | $15,312.50 |
| Adam S. Cooper | ADSC | Senior Counsel | 29.80 | $1,100.00 | $32,780.00 |
| Evan M. Hellman | EMHE | Senior Counsel | 8.00 | $1,150.00 | $9,200.00 |
| Kevin T. Lewman | KTLE | Technical Specialist | 4.60 | $575.00 | $2,645.00 |
| **Totals** | | | **109.50** | | **$95,731.00** |



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  June 15, 2026
Invoice No.:  51317464
Our Ref. No.:  125408-0107

## Remittance Advice

Re:  OCP - Advice re: Clinical Trial Arrangements

**Current Invoice:**

| | |
|---|---|
| 06/15/26 - 51317464 | $23,532.50 |
| **Total Amount Due:** | **$23,532.50** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
  **(foreign wires only)**



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  June 15, 2026
Invoice No.: 51317464
Our Ref. No.: 125408-0107

---

Services through May 31, 2026

Amount due for professional services rendered regarding                    $23,532.50
OCP - Advice re: Clinical Trial Arrangements

**Total Amount Due:**          **$23,532.50**

---

**Please reference your invoice number 51317464 with your remittance payable to Foley & Lardner LLP.  Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**Carbon Health Technologies, Inc.**                                    Page  2
Our Ref. No.:125408-0107                                    Foley & Lardner LLP
Invoice No.: 51317464                                            June 15, 2026

---

## Professional Services Detail

| 05/04/26 | JMB | Begin responding to redlines on Pfizer Master Clinical Study Agreement. | 1.30 | at 975.00 /hr.= | $1,267.50 |
|---|---|---|---|---|---|
| 05/05/26 | JMB | Continue responding to redlines on Pfizer Master Clinical Study Agreement. | 0.60 | at 975.00 /hr.= | $585.00 |
| 05/06/26 | EKW | Review of Pfizer CTA. | 1.40 | at 1,225.00 /hr.= | $1,715.00 |
| 05/06/26 | TBF | Conduct initial review of questions from client relating to Affiliation Agreement template. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 05/06/26 | TBF | Conduct initial review of Affiliation Agreement with Johns Hopkins. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 05/07/26 | EKW | Review/confirm/make additional edits to Pfizer MCTA, confirm certain changes with J. Boubker, and send to J. Boubker to send to N. Hindoyan. | 1.90 | at 1,225.00 /hr.= | $2,327.50 |
| 05/08/26 | EKW | Edits to 4.2 of Fluxergy CTA and send to N. Hindoyan; review of JHU AA and edits to the same. | 2.00 | at 1,225.00 /hr.= | $2,450.00 |
| 05/11/26 | JMB | Finalize and send Master Clinical Study Agreement to Pfizer. | 0.50 | at 975.00 /hr.= | $487.50 |
| 05/11/26 | TBF | Review email question from Airyka Timbers relating to language for collection study. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 05/12/26 | EKW | Work on Pfizer Affiliation Agreement edits. | 0.90 | at 1,225.00 /hr.= | $1,102.50 |
| 05/13/26 | EKW | Finalize JHU Nursing Affiliation Agreement and send to A. Timbers; work on Affiliation Agreement template. | 0.70 | at 1,225.00 /hr.= | $857.50 |
| 05/14/26 | EKW | Attention to multiple CTA reviews, check Fluxergy CTA and respond to N. Hindoyan. | 1.40 | at 1,225.00 /hr.= | $1,715.00 |

**Carbon Health Technologies, Inc.**                                      Page  3
Our Ref. No.:125408-0107                                          Foley & Lardner LLP
Invoice No.: 51317464                                                  June 15, 2026

---

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 05/18/26 | EKW | Review research recruiting email in preparation for call, review and edits to sample authorization for research, touch on applicable OCR FAQ on the issue; call with CH team re how to address research recruitment in authorization or NPP, among other issues; research outstanding questions and CA law from call; edits to and finalize Student Educational Affiliation Agreement and send to A. Timbers. | 3.30 | at 1,225.00 /hr.= | $4,042.50 |
| 05/20/26 | EKW | Review corporate structure of CH and how to best contract under CH Technologies or Medical Group for student Affiliation Agreements, and respond with answer to A. Timbers. | 0.60 | at 1,225.00 /hr.= | $735.00 |
| 05/20/26 | TBF | Attend call to discuss questions relating to clinical trial contracting approach. | 1.00 | at 1,225.00 /hr.= | $1,225.00 |
| 05/21/26 | EKW | Review applicable CFR re research and marketing disclosures as well as documents/IRB approvals and emails from N. Hindoyan; respond to N. Hindoyan and CH group re NPP and contacting patients for inclusion in potential research trials; call with N. Hindoyan, A. Timbers, G. King, and A. Weinberg re the same as well as options on how to contact patients (orally and in writing) for future research and associated guardrails; revise Student Affiliation Agreement and send redline and clean versions to A. Timbers. | 2.80 | at 1,225.00 /hr.= | $3,430.00 |

|  | Services Total: | 19.70 | $23,532.50 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0107
Invoice No.: 51317464

Page  4
Foley & Lardner LLP
June 15, 2026

### Professional Services Summary

| Service Provider | Initials | Title | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| Jessica M. Boubker | JMB | Associate | 2.40 | $975.00 | $2,340.00 |
| Emily Weber | EKW | Partner | 15.00 | $1,225.00 | $18,375.00 |
| Thomas (T.J.) Ferrante | TBF | Partner | 2.30 | $1,225.00 | $2,817.50 |
| **Totals** | | | **19.70** | | **$23,532.50** |



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  June 15, 2026
Invoice No.:  51317465
Our Ref. No.:  125408-0108

## Remittance Advice

Re:  OCP - Telemedicine Advice

**Current Invoice:**

06/15/26 - 51317465                    $7,354.00
_____
**Total Amount Due:**                  **$7,354.00**

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
  **(foreign wires only)**



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  June 15, 2026
Invoice No.: 51317465
Our Ref. No.: 125408-0108

Services through May 31, 2026

Amount due for professional services rendered regarding
OCP - Telemedicine Advice

$4,424.00

Total Expenses:

$2,930.00

**Total Amount Due:**

**$7,354.00**

**Please reference your invoice number 51317465 with your remittance payable to Foley & Lardner LLP.  Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**Carbon Health Technologies, Inc.**                                    Page  2
Our Ref. No.:125408-0108                                    Foley & Lardner LLP
Invoice No.: 51317465                                            June 15, 2026

---

## Professional Services Detail

| | | | | | |
|---|---|---|---|---|---|
| 05/04/26 | ABS | Prepare for and participate in call with R. Ismail regarding consent and notice requirements. | 1.20 | at 1,120.00 /hr.= | $1,344.00 |
| 05/08/26 | ADSC | Correspond with A. Orzo and S. Mule re COF 4th Amendment revisions and redline. | 0.40 | at 1,100.00 /hr.= | $440.00 |
| 05/26/26 | ADSC | Prepare for and attend call re 4th Amendment revisions. | 1.20 | at 1,100.00 /hr.= | $1,320.00 |
| 05/29/26 | ADSC | Review and revise 4th amendment; correspond with C. Flowers re proposed revisions re indemnification. | 1.20 | at 1,100.00 /hr.= | $1,320.00 |

Services Total:          4.00          $4,424.00

## Professional Services Summary

| Service Provider | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Alexandra B. Shalom | ABS | Senior Counsel | 1.20 | $1,120.00 | $1,344.00 |
| Adam S. Cooper | ADSC | Senior Counsel | 2.80 | $1,100.00 | $3,080.00 |
| **Totals** | | | **4.00** | | **$4,424.00** |

## Expenses Incurred

| Description | Amount |
|---|---|
| LSS - eDiscovery Services | $2,900.00 |
| Recording/Filing Fees--VENDOR: U.S. BANK 04/21/26 Name reservation with the California Secretary of State. -. | $20.00 |
| Recording/Filing Fees--VENDOR: U.S. BANK 04/21/26 Name reservation with the California Secretary of State. -. | $10.00 |
| **Expenses Incurred Total** | **$2,930.00** |



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  June 15, 2026
Invoice No.:  51317466
Our Ref. No.:  125408-0109

## Remittance Advice

Re:  OCP - California Attorney General Matter

**Current Invoice:**

| | |
|---|---|
| 06/15/26 - 51317466 | $18,525.00 |
| **Total Amount Due:** | **$18,525.00** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
  **(foreign wires only)**



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  June 15, 2026
Invoice No.: 51317466
Our Ref. No.: 125408-0109

Services through May 31, 2026

Amount due for professional services rendered regarding
OCP - California Attorney General Matter

$18,525.00

**Total Amount Due:**          **$18,525.00**

**Please reference your invoice number 51317466 with your remittance payable to Foley & Lardner LLP.  Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51317466

Page  2
Foley & Lardner LLP
June 15, 2026

**Professional Services Detail**

| | | | | | |
|---|---|---|---|---|---|
| 05/01/26 | AJHE | Review correspondence from lender counsel regarding CPOM issues; confer with T.J. Ferrante regarding same. | 0.40 | at 1,175.00 /hr.= | $470.00 |
| 05/01/26 | TBF | Make revisions to Asset Purchase Agreement for FSI bid. | 0.60 | at 1,225.00 /hr.= | $735.00 |
| 05/04/26 | TBF | Review edits to the draft Amended and Restated Asset Purchase Agreement circulated by legal counsel for FSI. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 05/05/26 | AJHE | Conference with counsel for FSI regarding corporate practice of medicine issues. | 0.60 | at 1,175.00 /hr.= | $705.00 |
| 05/05/26 | AJHE | Review and comment on proposed revisions to asset purchase agreement to address California Attorney General concerns. | 0.50 | at 1,175.00 /hr.= | $587.50 |
| 05/05/26 | ASGR | Correspondence re: updates to sale documents. | 0.10 | at 800.00 /hr.= | $80.00 |
| 05/05/26 | TBF | Attend call with healthcare regulatory counsel for FSI to discuss impact of AG-approved Friendly PC contracts. | 0.80 | at 1,225.00 /hr.= | $980.00 |
| 05/07/26 | AJHE | Conference with client and bankruptcy counsel regarding asset purchase agreement backup plan, remaining corporate practice of medicine concerns, and subordination proposal from creditors' committee. | 0.50 | at 1,175.00 /hr.= | $587.50 |
| 05/07/26 | JAME | Review creditor's committee letter requesting insubordination of government claims. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 05/07/26 | JAME | Call with client regarding weekly update regarding DOJ matter. | 0.50 | at 1,525.00 /hr.= | $762.50 |

**Carbon Health Technologies, Inc.**                                   Page  3
Our Ref. No.:125408-0109                                      Foley & Lardner LLP
Invoice No.: 51317466                                              June 15, 2026

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/07/26 | SMG | Email correspondence re status of next steps (0.1) and review of revisions to asset purchase agreement (0.2); review letter from creditor committee (0.1). | 0.40 | at 1,000.00 /hr.= | $400.00 |
| 05/07/26 | TBF | Review letter from the Creditor's Committee addressed to the California Attorney General. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 05/07/26 | TBF | Revise draft Amended & Restated Asset Purchase Agreement and submit draft with red lines to the California Attorney General. | 0.90 | at 1,225.00 /hr.= | $1,102.50 |
| 05/07/26 | TBF | Attend call with client team to discuss status of California AG settlement. | 0.70 | at 1,225.00 /hr.= | $857.50 |
| 05/08/26 | JAME | Call with J.Lucas regarding creditors' committee proposal and coordination with TJ Ferrante regarding same. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 05/08/26 | TBF | Correspond with bankruptcy counsel relating California AG questions on extending the objection deadline. | 0.40 | at 1,225.00 /hr.= | $490.00 |
| 05/09/26 | JAME | Follow up with bankruptcy counsel regarding creditor deal/status of claims. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 05/12/26 | TBF | Review correspondence with California AG relating to settlement with the Committee in relation to plan confirmation disputes and subordinating half of the California AG's claim. | 0.40 | at 1,225.00 /hr.= | $490.00 |
| 05/14/26 | AJHE | Confer with Carbon Health regarding ongoing California DOJ settlement efforts. | 0.10 | at 1,175.00 /hr.= | $117.50 |
| 05/14/26 | ASGR | Weekly coordination meeting with client. | 0.10 | at 800.00 /hr.= | $80.00 |
| 05/14/26 | JAME | Weekly update call with client regarding DOJ matter. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 05/15/26 | JAME | Coordinate with local counsel on outreach from DOJ. | 0.20 | at 1,525.00 /hr.= | $305.00 |

**Carbon Health Technologies, Inc.**                                          Page  4
Our Ref. No.:125408-0109                                           Foley & Lardner LLP
Invoice No.: 51317466                                                   June 15, 2026

| | | | | | |
|---|---|---|---|---|---|
| 05/17/26 | JAME | Follow up with individual counsel on timing of DOJ announcement and status of same. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 05/18/26 | JAME | Coordinate with counsel from Wilson Sonsini regarding outreach from DOJ. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 05/19/26 | AJHE | Confer with FSI counsel regarding bankruptcy restructuring, including implications for California AG settlement. | 0.50 | at 1,175.00 /hr.= | $587.50 |
| 05/19/26 | TBF | Review Aspen Dental Settlement with the California AG and submit to client for review. | 0.90 | at 1,225.00 /hr.= | $1,102.50 |
| 05/20/26 | AJHE | Conference with Carbon Health, bankruptcy counsel, and FSI counsel regarding redomestication of California entity and related restructuring issues, including corporate practice and California AG risks. | 0.70 | at 1,175.00 /hr.= | $822.50 |
| 05/20/26 | JAME | Follow up on bankruptcy settlement. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 05/21/26 | AJHE | Conference with client regarding next steps in AG settlement and potential impact of redomestication plan. | 0.40 | at 1,175.00 /hr.= | $470.00 |
| 05/21/26 | ASGR | Gather and organize settlement documents. | 0.40 | at 800.00 /hr.= | $320.00 |
| 05/21/26 | JAME | Weekly call with client to discuss status of California AG. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 05/21/26 | TBF | Attend call with Carbon Health team to discuss strategy for communication restructuring to California AG. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 05/27/26 | ASGR | Correspondence re: Carbon Health Relativity workspace. | 0.20 | at 800.00 /hr.= | $160.00 |
| 05/28/26 | AJHE | Conference with client regarding Attorney General updates. | 0.20 | at 1,175.00 /hr.= | $235.00 |
| 05/28/26 | JAME | Call with client regarding the status of DOJ matter. | 0.30 | at 1,525.00 /hr.= | $457.50 |

**Carbon Health Technologies, Inc.**                                    Page  5
Our Ref. No.:125408-0109                                         Foley & Lardner LLP
Invoice No.: 51317466                                                June 15, 2026

| 05/28/26 | TBF | Attend check in call with Carbon Health team to discuss status of AG settlement. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 05/29/26 | JAME | Follow up on plan finalization. | 0.40 | at 1,525.00 /hr.= | $610.00 |

Services Total:     14.80     $18,525.00

**Professional Services Summary**

| Service Provider | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Ashley Grabowski | ASGR | Associate | 0.80 | $800.00 | $640.00 |
| Samantha M. Gerencir | SMG | Associate | 0.40 | $1,000.00 | $400.00 |
| Adam J. Hepworth | AJHE | Partner | 3.90 | $1,175.00 | $4,582.50 |
| Jason Mehta | JAME | Partner | 3.40 | $1,525.00 | $5,185.00 |
| Thomas (T.J.) Ferrante | TBF | Partner | 6.30 | $1,225.00 | $7,717.50 |
| **Totals** | | | **14.80** | | **$18,525.00** |



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  June 15, 2026
Invoice No.:  51317467
Our Ref. No.:  125408-0110

## Remittance Advice

Re:  OCP - BK Employment Retention/Fee

**Current Invoice:**

| | |
|---|---|
| 06/15/26 - 51317467 | $2,412.50 |
| **Total Amount Due:** | **$2,412.50** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
  **(foreign wires only)**



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  June 15, 2026
Invoice No.: 51317467
Our Ref. No.: 125408-0110

Services through May 31, 2026

Amount due for professional services rendered regarding       $2,412.50
OCP - BK Employment Retention/Fee

**Total Amount Due:**      **$2,412.50**

**Please reference your invoice number 51317467 with your remittance
payable to Foley & Lardner LLP.  Payment is due promptly upon receipt
of our invoice.**

Federal Employer Number:
39-0473800

**Carbon Health Technologies, Inc.**                                    Page  2
Our Ref. No.:125408-0110                                    Foley & Lardner LLP
Invoice No.: 51317467                                             June 15, 2026

---

**Professional Services Detail**

| | | | | | |
|---|---|---|---|---|---|
| 05/01/26 | MJW | Exchange memos with TJ Ferrante re filing Foley March Fee Statement (.1); prep memo to Jamie O'Neill re filing same with package for filing (.2). | 0.30 | at 1,500.00 /hr.= | $450.00 |
| 05/07/26 | MJW | Review filed Foley March Fee Statement. | 0.10 | at 1,500.00 /hr.= | $150.00 |
| 05/08/26 | TBF | Respond to questions from client and bankruptcy counsel relating to legal fee budget and corresponding percentage reduction. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 05/18/26 | MJW | Brief TJ Ferrante memo and review of April fee invoices and work on April Monthly Fee Statement. | 0.40 | at 1,500.00 /hr.= | $600.00 |
| 05/21/26 | MJW | Review, revise and approve April Fee Statement for Foley invoices. | 0.30 | at 1,500.00 /hr.= | $450.00 |
| 05/26/26 | MJW | Exchange memos with TJ Ferrante and with Jamie O' Neill re filing April Fee Statement. | 0.10 | at 1,500.00 /hr.= | $150.00 |

Services Total:          1.70          $2,412.50

---

**Professional Services Summary**

| Service Provider | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Mark J. Wolfson | MJW | Partner | 1.20 | $1,500.00 | $1,800.00 |
| Thomas (T.J.) Ferrante | TBF | Partner | 0.50 | $1,225.00 | $612.50 |
| **Totals** | | | **1.70** | | **$2,412.50** |



**FOLEY & LARDNER LLP**
**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  June 15, 2026
Invoice No.:  51317468
Our Ref. No.:  125408-0111

## Remittance Advice

Re:  OCP - PC Restructuring

**Current Invoice:**

| | |
|---|---|
| 06/15/26 - 51317468 | $168,178.00 |
| **Total Amount Due:** | **$168,178.00** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH
(CTX or CCD+ transmission) with invoice number(s)
included in the addenda of the ACH.**

**Please send electronic payment remittance advice and
questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
**   (foreign wires only)**



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  June 15, 2026
Invoice No.: 51317468
Our Ref. No.: 125408-0111

Services through May 31, 2026

Amount due for professional services rendered regarding           $166,320.00
OCP - PC Restructuring

Total Expenses:           $1,858.00

**Total Amount Due:**           **$168,178.00**

**Please reference your invoice number 51317468 with your remittance payable to Foley & Lardner LLP.  Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0111
Invoice No.: 51317468

Page  2
Foley & Lardner LLP
June 15, 2026

---

**Professional Services Detail**

| | | | | | |
|---|---|---|---|---|---|
| 04/14/26 | AFD | Begin preparation of formation of new PCs in various states. | 0.50 | at 525.00 /hr.= | $262.50 |
| 04/30/26 | AFD | Continue work related to formation and organization of new PC entities; attention to outstanding issues in connection with same; contact Telos Legal Corp. in connection with statutory representation and filing formation documents in the state of CA and FL; initiate process for completion of formation flings. | 3.70 | at 525.00 /hr.= | $1,942.50 |
| 05/01/26 | ADSC | Begin review of medical record retention requirements 50 state survey. | 1.50 | at 1,100.00 /hr.= | $1,650.00 |
| 05/01/26 | ADSC | Finalize review of X-ray registration CHOW requirements and update summary table re the same. | 1.50 | at 1,100.00 /hr.= | $1,650.00 |
| 05/01/26 | FMC | Revise change of ownership analysis chart based on research findings. | 0.10 | at 700.00 /hr.= | $70.00 |
| 05/01/26 | TBF | Correspond to FSI legal counsel relating to updated California Friendly PC contracts. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 05/03/26 | TBF | Review follow-up questions and comments sent by bankruptcy counsel related to entity restructuring work plan. | 0.70 | at 1,225.00 /hr.= | $857.50 |
| 05/04/26 | ADSC | Attend call with Carbon and real estate counsel re CLIA co-location issues. | 1.20 | at 1,100.00 /hr.= | $1,320.00 |
| 05/04/26 | ADSC | Review CLIA and state lab co-location requirements and draft email summary re the same. | 2.60 | at 1,100.00 /hr.= | $2,860.00 |
| 05/04/26 | CHGA | Review and analyze Change of Ownership notice requirements and triggers for client-held licenses with an emphasis on Florida Health Care Clinic Establishment and Arizona Medical Waste permits. | 1.30 | at 700.00 /hr.= | $910.00 |

**Carbon Health Technologies, Inc.**                                    Page  3
Our Ref. No.:125408-0111                                    Foley & Lardner LLP
Invoice No.: 51317468                                            June 15, 2026

| | | | | | |
|---|---|---|---|---|---|
| 05/04/26 | CHGA | Review and analyze Change of Ownership notice requirements and triggers for client-held licenses with an emphasis on state laboratory and facility licenses as well as CLIA certifications. | 5.60 | at 700.00 /hr.= | $3,920.00 |
| 05/04/26 | EMHE | Strategize regarding laboratory co-location regulatory matters and obtaining applicable CLIA certificates for lab operations. | 1.00 | at 1,150.00 /hr.= | $1,150.00 |
| 05/04/26 | EMHE | Telephone call with C. Solomon and Carbon Health Technologies, Inc. leadership and real estate counsel in connection with CLIA regulatory matters and real estate leasing matters. | 0.90 | at 1,150.00 /hr.= | $1,035.00 |
| 05/04/26 | FMC | Draft and revise licensure CHOW research chart for applicable CLIA licenses. | 1.50 | at 700.00 /hr.= | $1,050.00 |
| 05/04/26 | JUAW | Call with A. Cooper and E. Hellman regarding co-located lab operations; locate CMS guidance re same. | 1.20 | at 1,375.00 /hr.= | $1,650.00 |
| 05/04/26 | TBF | Attend entity lease assignment and CLIA walk-through. | 1.00 | at 1,225.00 /hr.= | $1,225.00 |
| 05/05/26 | ADSC | Review and consolidate state licensure CHOW analysis and discuss the same with K. Pamprin. | 0.80 | at 1,100.00 /hr.= | $880.00 |
| 05/05/26 | ADSC | Review and revise licensure and entity crosswalk based on comments from Carbon. | 2.40 | at 1,100.00 /hr.= | $2,640.00 |
| 05/05/26 | CHGA | Review and analyze Change of Ownership notice requirements and triggers for client-held licenses with an emphasis on Florida Health Care Clinic Establishment and Arizona Medical Waste permits. | 0.30 | at 700.00 /hr.= | $210.00 |
| 05/05/26 | KLW | Strategize regarding CHOW research and analysis chart. | 0.30 | at 1,000.00 /hr.= | $300.00 |

**Carbon Health Technologies, Inc.**                                      Page  4
Our Ref. No.:125408-0111                                       Foley & Lardner LLP
Invoice No.: 51317468                                             June 15, 2026

| 05/05/26 | TBF | Review and analyze issues relating to CLIA certificates for UC and PC operations that are co-located at the same address. | 1.00 | at 1,225.00 /hr.= | $1,225.00 |
|---|---|---|---|---|---|
| 05/06/26 | CPJ | Continue research for medical record retention 50 state survey for Pennsylvania, Rhode Island, and South Carolina. | 1.50 | at 700.00 /hr.= | $1,050.00 |
| 05/06/26 | EMHE | Attention to CLIA licensure matters for newly created professional entities. | 0.20 | at 1,150.00 /hr.= | $230.00 |
| 05/06/26 | TBF | Discuss questions relating to provider contract template reviews for Dr. Sujal Mandavia. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 05/06/26 | TBF | Review and respond to questions relating to restructuring of employer entities and new state PC formations. | 1.10 | at 1,225.00 /hr.= | $1,347.50 |
| 05/07/26 | ADSC | Finalize review of state New Jersey, Missouri, and Kansas X-Ray CHOW requirements and update summary table re the same. | 1.50 | at 1,100.00 /hr.= | $1,650.00 |
| 05/07/26 | CHGA | Review Carbon Health Urgent Care of Texas, PLLC entity formation documents. | 1.60 | at 700.00 /hr.= | $1,120.00 |
| 05/07/26 | EMHE | Attention to draft of Texas entity formation documents. | 0.10 | at 1,150.00 /hr.= | $115.00 |
| 05/07/26 | EMHE | Attention to new entity formation governance documentation. | 0.20 | at 1,150.00 /hr.= | $230.00 |
| 05/07/26 | KLW | Research and analyze California and Washington state laboratory licensure statutes and regulations to determine whether each state's framework permits issuance of separate lab registrations/licenses to two distinct entities operating at the same physical address. | 3.40 | at 1,000.00 /hr.= | $3,400.00 |

**Carbon Health Technologies, Inc.** | Page 5
Our Ref. No.:125408-0111 | Foley & Lardner LLP
Invoice No.: 51317468 | June 15, 2026

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/07/26 | KLW | Draft analysis of California and Washington state laboratory licensure frameworks as applied to dual-registration question for incorporation into client guidance memorandum. | 2.00 | at 1,000.00 /hr.= | $2,000.00 |
| 05/07/26 | TBF | Review draft analysis relating to state lab licensure laws for California and Washington. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 05/08/26 | ADSC | Correspond with M. Pagay and C. Solomon re need for formal TSA during transition period and health care regulatory implications re the same. | 0.80 | at 1,100.00 /hr.= | $880.00 |
| 05/08/26 | ADSC | Draft email summary re licensure CHOW requirements and impact of transition period structure. | 0.80 | at 1,100.00 /hr.= | $880.00 |
| 05/08/26 | ADSC | Revise multiple lab at same location analysis re state licensure implications. | 1.20 | at 1,100.00 /hr.= | $1,320.00 |
| 05/08/26 | AJHE | Prepare for and conference with Carbon Health regarding reviewing and revising template provider agreements. | 0.80 | at 1,175.00 /hr.= | $940.00 |
| 05/08/26 | CHGA | Review Carbon Health Urgent Care of Texas, PLLC entity formation documents. | 0.30 | at 700.00 /hr.= | $210.00 |
| 05/08/26 | CPJ | Continue research for fifty-state survey on medical record requirements for South Dakota and Tennessee. | 0.70 | at 700.00 /hr.= | $490.00 |
| 05/08/26 | EMHE | Prepare analysis of CLIA certificate application strategy for multiple laboratories at same address. | 1.50 | at 1,150.00 /hr.= | $1,725.00 |
| 05/08/26 | KLW | Conduct preliminary review of background information and CHOW chart related to PC restructuring. | 1.70 | at 1,000.00 /hr.= | $1,700.00 |
| 05/08/26 | TBF | Conduct initial review of Carbon Health provider agreement templates sent by Dr. Sujal Mandavia. | 0.60 | at 1,225.00 /hr.= | $735.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0111
Invoice No.: 51317468

Page  6
Foley & Lardner LLP
June 15, 2026

| | | | | | |
|---|---|---|---|---|---|
| 05/08/26 | TBF | Revise change of ownership analysis covering CLIA certificates, state laboratory licenses, and X-ray registrations for all Carbon Health clinic locations. | 1.10 | at 1,225.00 /hr.= | $1,347.50 |
| 05/09/26 | CPJ | Continue research for 50-state survey on medical record retention - Utah and Vermont. | 1.00 | at 700.00 /hr.= | $700.00 |
| 05/11/26 | ADSC | Correspond with A. Orzo re documents referenced in COF 3rd Amendment. | 0.30 | at 1,100.00 /hr.= | $330.00 |
| 05/11/26 | ADSC | Correspond with C. Solomon re CLIA and state lab licensure implications for shared lab space. | 0.60 | at 1,100.00 /hr.= | $660.00 |
| 05/11/26 | CPJ | Proofread 50-state survey on medical record retention and share initial draft internally. | 1.50 | at 700.00 /hr.= | $1,050.00 |
| 05/11/26 | CPJ | Complete 50 state survey research on medical record retention requirements for Virginia, Washington, West Virginia, Wisconsin, and Wyoming. | 2.60 | at 700.00 /hr.= | $1,820.00 |
| 05/11/26 | EMHE | Strategize regarding CLIA certificate application process for mutliple laboratories at single location. | 0.20 | at 1,150.00 /hr.= | $230.00 |
| 05/11/26 | JSBR | Analyze change of ownership requirements for eight licenses. | 7.50 | at 920.00 /hr.= | $6,900.00 |
| 05/11/26 | KLW | Review CHOW research and analysis for PC restructuring, including verifying research for CLIA permits and edits regarding same. | 3.10 | at 1,000.00 /hr.= | $3,100.00 |
| 05/11/26 | TBF | Revise analysis relating to potential path to operate with two entities each with a registered laboratory located at the same address. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 05/11/26 | TBF | Conduct initial review of fifty-state survey for medical record retention requirements for adults and minors in non-hospital settings. | 0.60 | at 1,225.00 /hr.= | $735.00 |

**Carbon Health Technologies, Inc.** Page 7
Our Ref. No.:125408-0111 Foley & Lardner LLP
Invoice No.: 51317468 June 15, 2026

| 05/12/26 | AFD | Review and respond to email from C. Solomon regarding status of PCs formations; organize and compile electronic minute books for Southern California and Florida PC; prepare Statement of Information in connection with the formation of Southern California PC; circulate same for execution; follow up email to E. Hellman regarding approval status of CO formation and organizational documents for filing. | 3.20 | at 525.00 /hr.= | $1,680.00 |
| --- | --- | --- | --- | --- | --- |
| 05/13/26 | AFD | Review file in connection with PC formation in CO; email correspondence to E. Hellman regarding same; recirculate Statement of Information to Dr. Mandavia in connection with Southern CA PC; preparation of client facing email in connection with forwarding electronic minute book of FL PC to client; arrange for Articles of Incorporation to MA PC to be filed; attention to ongoing matters in connection with formation of new PC entities. | 1.80 | at 525.00 /hr.= | $945.00 |
| 05/13/26 | AJHE | Review physician and advance practice professional contracts to develop strategy for streamlining templates. | 0.60 | at 1,175.00 /hr.= | $705.00 |
| 05/13/26 | CHGA | Review electronic minute book for Carbon Health Physicians, P.A. | 0.80 | at 700.00 /hr.= | $560.00 |
| 05/13/26 | KLW | Review CHOW research and analysis for PC restructuring, including verifying research for state-level permits and edits regarding same. | 2.30 | at 1,000.00 /hr.= | $2,300.00 |
| 05/13/26 | TBF | Discuss Carbon Health request to create updated model provider agreement templates. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 05/14/26 | FMC | Analyze Massachusetts CLIA licensure requirements. | 0.40 | at 700.00 /hr.= | $280.00 |

**Carbon Health Technologies, Inc.**                                  Page  8
Our Ref. No.:125408-0111                                    Foley & Lardner LLP
Invoice No.: 51317468                                            June 15, 2026

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 05/14/26 | KLW | Review and edit CHOW research and analysis for PC restructuring. | 3.10 | at 1,000.00 /hr.= | $3,100.00 |
| 05/14/26 | KLW | Strategize regarding review of CHOW research and analysis for PC restructuring. | 0.40 | at 1,000.00 /hr.= | $400.00 |
| 05/15/26 | ADSC | Review COF 3rd Amendment and draft email summary re execution; revise COF 4th Amendment and SAHF Plan Document; correspond with A. Orzo re the same. | 3.20 | at 1,100.00 /hr.= | $3,520.00 |
| 05/15/26 | ADSC | Review and revise entity and licensure crosswalk and correspond with C. Solomon re the same. | 1.90 | at 1,100.00 /hr.= | $2,090.00 |
| 05/15/26 | TBF | Review updated version of entity and licensure crosswalk. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 05/18/26 | ADSC | Prepare for and attend call with E. Hellman and T. Ferrante re status of health care regulatory CHOW analysis and potential change in CA emergence structure. | 1.00 | at 1,100.00 /hr.= | $1,100.00 |
| 05/18/26 | AFD | File Statement of Information for Southern CA PC; update electronic minute book for Southern CA PC; preparation electronic minute book of MA PC; obtain EIN; forward minute book for each of Southern CA PC and MA PC to C. Gandelsman. | 3.20 | at 525.00 /hr.= | $1,680.00 |
| 05/18/26 | EMHE | Strategize regarding re-domesticating Carbon Health Medical Group, P.C. and transiton services to a to be formed California urgent care entity. | 0.60 | at 1,150.00 /hr.= | $690.00 |
| 05/18/26 | EMHE | Attention to Texas medical entity formation. | 0.10 | at 1,150.00 /hr.= | $115.00 |
| 05/18/26 | EMHE | Correspondence with C. Solomon regarding updating California urgent care entity formation. | 0.10 | at 1,150.00 /hr.= | $115.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0111
Invoice No.: 51317468

Page  9
Foley & Lardner LLP
June 15, 2026

| | | | | | |
|---|---|---|---|---|---|
| 05/18/26 | TBF | Attend call with FSI and Carbon Health team to discuss new model proposed by FSI to re-domesticate California entity into a a different jurisidiction. | 1.20 | at 1,225.00 /hr.= | $1,470.00 |
| 05/18/26 | TBF | Attend call to discuss proposed re-domestication of Carbon Health Medical Group of California, P.C. | 0.80 | at 1,225.00 /hr.= | $980.00 |
| 05/18/26 | TBF | Review updated versions of restructuring transactions memorandum and incorporate revised plan into updated entity formation and restructuring work flow. | 2.30 | at 1,225.00 /hr.= | $2,817.50 |
| 05/19/26 | ADSC | Prepare for and attend call with McDermott re proposed CA emergence restructuring. | 1.50 | at 1,100.00 /hr.= | $1,650.00 |
| 05/19/26 | AJHE | Confer with T.J. Ferrante regarding revisions to provider template employment agreements. | 0.30 | at 1,175.00 /hr.= | $352.50 |
| 05/19/26 | AJHE | Review proposed revisions to bankruptcy restructuring plan and evaluate corporate practice of medicine implications. | 0.60 | at 1,175.00 /hr.= | $705.00 |
| 05/19/26 | CHGA | Review and update electronic minute book for Carbon Health Primary Care of Souther California, P.C. | 0.90 | at 700.00 /hr.= | $630.00 |
| 05/19/26 | EMHE | Telephone call with counsel to FSI in connection with re-domestication of Carbon Health Medical Group. | 0.40 | at 1,150.00 /hr.= | $460.00 |
| 05/19/26 | TBF | Attend call to discuss updates to model provider agreement templates. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 05/19/26 | TBF | Attend call with FSI legal counsel to discuss redomestication of California professional corporation. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 05/20/26 | ADSC | Draft email summary of new CA entity structure implications on CA CLIA/Lab, X-Ray Registration, and Medical Waste Generator Registration. | 2.80 | at 1,100.00 /hr.= | $3,080.00 |

**Carbon Health Technologies, Inc.**                                                 Page  10
Our Ref. No.:125408-0111                                                    Foley & Lardner LLP
Invoice No.: 51317468                                                            June 15, 2026

| | | | | | |
|---|---|---|---|---|---|
| 05/20/26 | ADSC | Prepare for and attend call re new CA entity emergence structure. | 1.20 | at 1,100.00 /hr.= | $1,320.00 |
| 05/20/26 | AJHE | Prepare materials for new provider agreement templates. | 0.90 | at 1,175.00 /hr.= | $1,057.50 |
| 05/20/26 | CHGA | Review, finalize, and circulate electronic minute book for Carbon Health Urgent Care of Massachusetts, P.C., including the applicable EIN. | 0.90 | at 700.00 /hr.= | $630.00 |
| 05/20/26 | CHGA | Circulate entity formation documents for t-be-created California urgent care, Texas, and Colorado professional entities to physician owner for execution and finalize complete signature packages. | 3.40 | at 700.00 /hr.= | $2,380.00 |
| 05/20/26 | CHGA | Review, finalize, and circulate electronic minute book for Carbon Health Primary Care of Southern California, P.C., including the applicable EIN. | 1.20 | at 700.00 /hr.= | $840.00 |
| 05/20/26 | EMHE | Telephone call with Carbon Health Technologies bankruptcy counsel regarding PC restructuring. | 0.90 | at 1,150.00 /hr.= | $1,035.00 |
| 05/20/26 | EMHE | Strategize regarding formation of new Carbon health professional entities in California. | 0.50 | at 1,150.00 /hr.= | $575.00 |
| 05/20/26 | TBF | Review memo from Carbon Health team citing certain concerns regarding California PC redomestication. | 0.70 | at 1,225.00 /hr.= | $857.50 |
| 05/20/26 | TBF | Attend call with Carbon Health team and FSI legal counsel to discuss questions and operational challenges relating to California professional corporation restructuring. | 0.80 | at 1,225.00 /hr.= | $980.00 |
| 05/20/26 | TBF | Review overview of the change of ownership ("CHOW") procedures applicable to the California licenses and registrations implicated by the new re-domestication plan for the CA entities. | 0.50 | at 1,225.00 /hr.= | $612.50 |

**Carbon Health Technologies, Inc.**                                    Page 11
Our Ref. No.:125408-0111                                         Foley & Lardner LLP
Invoice No.: 51317468                                               June 15, 2026

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/20/26 | TBF | Review and revise overview of the change of ownership procedures applicable to the California licenses and registrations implicated by redomestication plan. | 0.80 | at 1,225.00 /hr.= | $980.00 |
| 05/21/26 | ADSC | Review and updated entity and licensure crosswalk re new CA PC structure. | 1.50 | at 1,100.00 /hr.= | $1,650.00 |
| 05/21/26 | CHGA | Assist with filings and process related to formation of California urgent care, Texas, and Colorado professional entities. | 2.50 | at 700.00 /hr.= | $1,750.00 |
| 05/21/26 | EMHE | Strategize regarding formation of California and Texas urgent care entities. | 0.10 | at 1,150.00 /hr.= | $115.00 |
| 05/21/26 | TBF | Review updated California PC structure risk memo sent by Carbon health team. | 0.60 | at 1,225.00 /hr.= | $735.00 |
| 05/21/26 | TBF | Review updated licensing crosswalk sent by Christina Solomon. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 05/22/26 | AFD | Attention to outstanding items in connection with the formation and organization of the TX and CA Urgent Care entities; finalize and send Statement of Information of Carbon Health Urgent Care of California, P.C. to Dr. Mandavia for execution via Docusign; preparation of electronic minutes book for each of Carbon Health Urgent Care of California, P.C. and Carbon Health Urgent Care of Texas, PLLC; file Statement of Information and obtain EIN for Carbon Health Urgent Care of California, P.C. | 3.30 | at 525.00 /hr.= | $1,732.50 |
| 05/22/26 | AJHE | Confer with K. Pamperin regarding template physician and advance practitioner agreements. | 0.40 | at 1,175.00 /hr.= | $470.00 |
| 05/22/26 | CHGA | Review and circulate electronic minute book for Carbon Health Urgent Care of Colorado, P.C. | 1.20 | at 700.00 /hr.= | $840.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0111
Invoice No.: 51317468

Page  12
Foley & Lardner LLP
June 15, 2026

| Date | Tkpr | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 05/22/26 | CHGA | Review Electronic Minute Book of Carbon Health Urgent Care of California, P.C. | 1.10 | at 700.00 /hr.= | $770.00 |
| 05/22/26 | KLW | Review and analyze physician and APP employment templates and examples to prepare new agreements to prepare questions regarding same. | 1.10 | at 1,000.00 /hr.= | $1,100.00 |
| 05/22/26 | KLW | Strategize regrding edits to physician and APP agreements. | 0.40 | at 1,000.00 /hr.= | $400.00 |
| 05/25/26 | TBF | Review status of state filing outline. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 05/26/26 | ADSC | Attend call re process and procedure for licensure CHOW. | 1.00 | at 1,100.00 /hr.= | $1,100.00 |
| 05/26/26 | ADSC | Review law and guidances and correspond with representative re NCPDP CHOW requirements. | 1.20 | at 1,100.00 /hr.= | $1,320.00 |
| 05/26/26 | ADSC | Finalize revisions and updates to entity and licensure crosswalk. | 1.00 | at 1,100.00 /hr.= | $1,100.00 |
| 05/26/26 | AFD | Review and update electronic minute book of Carbon Health Urgent Care of California, P.C.; obtain EIN for Carbon Health Urgent Care of Texas, PLLC; finalize electronic minute book. | 1.70 | at 525.00 /hr.= | $892.50 |
| 05/26/26 | EMHE | Strategize regarding state filing health regulatory submissions. | 0.70 | at 1,150.00 /hr.= | $805.00 |
| 05/26/26 | EMHE | Telephone call with C. Solomon and Rodriguez in connection with state-level health regulatory and business filings in connection with formation and operations of new entities. | 0.50 | at 1,150.00 /hr.= | $575.00 |
| 05/26/26 | TBF | Correspond with FSI legal counsel for re-domestication jurisdiction. | 0.40 | at 1,225.00 /hr.= | $490.00 |
| 05/26/26 | TBF | Review updated version of the licensure crosswalk. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 05/26/26 | TBF | Review updated licensure crosswalk. | 0.40 | at 1,225.00 /hr.= | $490.00 |
| 05/26/26 | TBF | Attend call re licensure and change of ownership question. | 0.80 | at 1,225.00 /hr.= | $980.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0111
Invoice No.: 51317468

Page  13
Foley & Lardner LLP
June 15, 2026

| | | | | | |
|---|---|---|---|---|---|
| 05/27/26 | AFD | Attention to outstanding and open items in connection with the formation and organization of new PCs; review file in connection with same. | 0.50 | at 525.00 /hr.= | $262.50 |
| 05/27/26 | AJHE | Confer with K. Pamperin regarding state-specific employment requirements. | 0.20 | at 1,175.00 /hr.= | $235.00 |
| 05/27/26 | AJHE | Correspond with client regarding RVU methodology. | 0.20 | at 1,175.00 /hr.= | $235.00 |
| 05/27/26 | EMHE | Attention to Medicare enrollment documentation matters and use of the IRS CP 575 Notice. | 0.20 | at 1,150.00 /hr.= | $230.00 |
| 05/27/26 | KLW | Draft, review, and revise Physician Employment Offer Letter template for Carbon Health, including at-will employment framework, RVU-based incentive compensation structure, forfeiture and liquidated damages provisions, FMV and healthcare regulatory compliance recitals, binding arbitration clause, and state-specific addenda for California, Colorado, Minnesota, and North Dakota. | 2.10 | at 1,000.00 /hr.= | $2,100.00 |
| 05/27/26 | KLW | Draft, review, and revise Advanced Practice Provider Employment Offer Letter template for Carbon Health, including at-will employment framework, RVU-based incentive compensation structure, forfeiture and liquidated damages provisions, FMV and healthcare regulatory compliance recitals, binding arbitration clause, and state-specific addenda for California, Colorado, Minnesota, and North Dakota. | 6.70 | at 1,000.00 /hr.= | $6,700.00 |
| 05/27/26 | TBF | Review document with draft language from Dr. Sujal Mandavia for the RVU incentive program. | 0.40 | at 1,225.00 /hr.= | $490.00 |

**Carbon Health Technologies, Inc.**                                        Page 14
Our Ref. No.:125408-0111                                         Foley & Lardner LLP
Invoice No.: 51317468                                                  June 15, 2026

---

| | | | | | |
|---|---|---|---|---|---|
| 05/28/26 | ADSC | Finalize summary of health care regulatory CHOW guidance and procedure; review peremptory email to CA CLIA/Lab; respond to questions re CO X-Ray and CA Lab forms. | 3.20 | at 1,100.00 /hr.= | $3,520.00 |
| 05/28/26 | AFD | Reconciliation of charges in connection with Statement of Information filings in California. | 0.20 | at 525.00 /hr.= | $105.00 |
| 05/28/26 | AJHE | Review and revise template physician offer letter, including termination consequences, minimum qualification requirements, compensation methodology, and dispute resolution mechanism. | 2.60 | at 1,175.00 /hr.= | $3,055.00 |
| 05/28/26 | EMHE | Attention to new professional entity formation and re-domestication of California entity. | 0.20 | at 1,150.00 /hr.= | $230.00 |
| 05/28/26 | KLW | Draft, review, and revise Physician Employment Agreement template for Carbon Health, including at-will employment framework, RVU-based incentive compensation structure, forfeiture and liquidated damages provisions, FMV and healthcare regulatory compliance recitals, binding arbitration clause, and state-specific addenda for California, Colorado, Minnesota, and North Dakota. | 6.30 | at 1,000.00 /hr.= | $6,300.00 |
| 05/28/26 | KLW | Draft two page document explaining the pros and cons of employment agreements vs. offer letters for client usage. | 1.30 | at 1,000.00 /hr.= | $1,300.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0111
Invoice No.: 51317468

Page 15
Foley & Lardner LLP
June 15, 2026

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/28/26 | KLW | Draft, review, and revise APP Employment Offer Letter template for Carbon Health, including at-will employment framework, RVU-based incentive compensation structure, forfeiture and liquidated damages provisions, FMV and healthcare regulatory compliance recitals, binding arbitration clause, and state-specific addenda for California, Colorado, Minnesota, and North Dakota. | 2.60 | at 1,000.00 /hr.= | $2,600.00 |
| 05/28/26 | TBF | Respond to questions from Christina Solomon relating to physician employer successor entity. | 0.80 | at 1,225.00 /hr.= | $980.00 |
| 05/28/26 | TBF | Review updated health care regulatory CHOW analysis. | 0.70 | at 1,225.00 /hr.= | $857.50 |
| 05/29/26 | AJHE | Review and revise physician offer letter template and full-length employment agreement, including attention to RVU incentive compensation, non-solicitation provisions, arbitration requirement, and termination-for-cause triggers. | 2.20 | at 1,175.00 /hr.= | $2,585.00 |
| 05/29/26 | KLW | Review email correspondence, VHP Provider Agreements (2), and DHCS regulatory framework to research and analyze Medi-Cal managed care provider enrollment requirements, compliance exposure, and recoupment risk to draft response memorandum to client addressing six compliance questions. | 4.20 | at 1,000.00 /hr.= | $4,200.00 |
| 05/29/26 | KLW | Strategize regarding edits to employment offer letter. | 0.50 | at 1,000.00 /hr.= | $500.00 |
| 05/29/26 | TBF | Review and revise follow-up questions for FSI legal counsel relating to corporate state law issues relating to conversion of merger of a California PC into a Delaware PC. | 0.50 | at 1,225.00 /hr.= | $612.50 |

|  |  | Services Total: | 172.90 | | $166,320.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0111
Invoice No.: 51317468

Page  16
Foley & Lardner LLP
June 15, 2026

## Professional Services Summary

| Service Provider | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Chana L. Gandelsman | CHGA | Associate | 21.10 | $700.00 | $14,770.00 |
| Celia P. Janes | CPJ | Associate | 7.30 | $700.00 | $5,110.00 |
| Francesca M. Camacho | FMC | Associate | 2.00 | $700.00 | $1,400.00 |
| Jarrod S. Brodsky | JSBR | Associate | 7.50 | $920.00 | $6,900.00 |
| Kate L. Pamperin | KLW | Associate | 41.50 | $1,000.00 | $41,500.00 |
| Andrew F. Dunstan | AFD | Paralegal | 18.10 | $525.00 | $9,502.50 |
| Adam J. Hepworth | AJHE | Partner | 8.80 | $1,175.00 | $10,340.00 |
| Judith A. Waltz | JUAW | Partner | 1.20 | $1,375.00 | $1,650.00 |
| Thomas (T.J.) Ferrante | TBF | Partner | 22.30 | $1,225.00 | $27,317.50 |
| Adam S. Cooper | ADSC | Senior Counsel | 34.70 | $1,100.00 | $38,170.00 |
| Evan M. Hellman | EMHE | Senior Counsel | 8.40 | $1,150.00 | $9,660.00 |
| **Totals** | | | **172.90** | | **$166,320.00** |

## Expenses Incurred

| Description | Amount |
|---|---|
| Telos Legal Corp. - filing fees - 05/14/26. | $549.00 |
| Telos Legal Corp. - CA SOS filing - 05/05/26. | $1,071.00 |
| CORPORATION SERVICES COMPANY - Obtain Agency Consent in MA - 05/13/26. | $238.00 |
| **Expenses Incurred Total** | **$1,858.00** |



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  July 07, 2026
Invoice No.:  51331426
Our Ref. No.:  125408-0107

## Remittance Advice

Re:  OCP - Advice re: Clinical Trial Arrangements

**Current Invoice:**

| | |
|---|---|
| 07/07/26 - 51331426 | $3,732.50 |
| **Total Amount Due:** | **$3,732.50** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
  **(foreign wires only)**



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  July 7, 2026
Invoice No.: 51331426
Our Ref. No.: 125408-0107

Services through June 14, 2026

Amount due for professional services rendered regarding          $3,732.50
OCP - Advice re: Clinical Trial Arrangements

                                        **Total Amount Due:          $3,732.50**

**Please reference your invoice number 51331426 with your remittance payable to Foley & Lardner LLP.  Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0107
Invoice No.: 51331426

Page  2
Foley & Lardner LLP
July 07, 2026

---

## Professional Services Detail

| | | | | | |
|---|---|---|---|---|---|
| 06/09/26 | EKW | Emails with CH group and J. Levine re Curai Health arrangement and protecting CH data. | 0.60 | at 1,225.00 /hr.= | $735.00 |
| 06/11/26 | JJHE | Review and respond to correspondence on data sharing with vendor Curai Health; review and advise on BAA with Curai Health. | 1.20 | at 1,375.00 /hr.= | $1,650.00 |
| 06/12/26 | EKW | Review data points, agreements, and emails from J. Levine and J. Hennessey, respectively, re concerns with data use and how to resolve. | 1.10 | at 1,225.00 /hr.= | $1,347.50 |

Services Total:   2.90   $3,732.50

## Professional Services Summary

| Service Provider | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Emily Weber | EKW | Partner | 1.70 | $1,225.00 | $2,082.50 |
| Jennifer J. Hennessy | JJHE | Partner | 1.20 | $1,375.00 | $1,650.00 |
| **Totals** | | | **2.90** | | **$3,732.50** |



**FOLEY & LARDNER LLP**
FOLEY & LARDNER LLP
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  July 07, 2026
Invoice No.:  51331427
Our Ref. No.:  125408-0108

## Remittance Advice

Re:  OCP - Telemedicine Advice

**Current Invoice:**

| | |
|---|---|
| 07/07/26 - 51331427 | $9,857.50 |
| **Total Amount Due:** | **$9,857.50** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
 **(foreign wires only)**



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies                    Date:  July 7, 2026
55 Pacific Avenue                             Invoice No.: 51331427
San Francisco, CA 94131                       Our Ref. No.: 125408-0108

---

Services through June 14, 2026

Amount due for professional services rendered regarding          $9,857.50
OCP - Telemedicine Advice


                              **Total Amount Due:**          **$9,857.50**

---

**Please reference your invoice number 51331427 with your remittance**          Federal Employer Number:
**payable to Foley & Lardner LLP.  Payment is due promptly upon receipt**          39-0473800
**of our invoice.**

**Carbon Health Technologies, Inc.**                                                        Page  2
Our Ref. No.:125408-0108                                                          Foley & Lardner LLP
Invoice No.: 51331427                                                                 July 07, 2026

---

## Professional Services Detail

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 06/01/26 | AJHE | Continue reviewing and revising template physician offer letter, including additional evaluation of arbitration and termination notice provisions. | 0.60 | at 1,175.00 /hr.= | $705.00 |
| 06/01/26 | KLW | Strategize regarding edits to physician employment agreements and conduct conforming research and edits. | 3.10 | at 1,000.00 /hr.= | $3,100.00 |
| 06/02/26 | AJHE | Analyze multi-state nonsolicitation research and draft state-specific addendum language incorporating relevant requirements in physician offer letter template. | 1.20 | at 1,175.00 /hr.= | $1,410.00 |
| 06/02/26 | AJHE | Correspond with T.J. Ferrante and K. Pamperin regarding material provisions in physician offer letter template. | 0.30 | at 1,175.00 /hr.= | $352.50 |
| 06/02/26 | KLW | Research and analysis regarding non-solicitation laws for employment agreement drafts in CA, CO, KS, MA, MO, NJ, TX, and WA. | 1.30 | at 1,000.00 /hr.= | $1,300.00 |
| 06/02/26 | TBF | Review, analyze, and provide comments to draft model physician offer letter. | 0.40 | at 1,225.00 /hr.= | $490.00 |
| 06/03/26 | KLW | Analyze enforceability of arbitration and fee provisions across eight states and draft summary of conclusions with supporting authorities. | 1.00 | at 1,000.00 /hr.= | $1,000.00 |
| 06/04/26 | AJHE | (No Charge) Confer with K. Pamperin and correspond with T.J. Ferrante regarding further revisions to finalize physician offer letter template. | 0.70 | at 0.00 /hr.= | $0.00 |
| 06/04/26 | AJHE | Correspond with S. Mandavia regarding physician employment agreement and recommended approach to physician contracting. | 0.40 | at 1,175.00 /hr.= | $470.00 |

**Carbon Health Technologies, Inc.**                                  Page  3
Our Ref. No.:125408-0108                                    Foley & Lardner LLP
Invoice No.: 51331427                                          July 07, 2026

---

| 06/04/26 | KLW | (No Charge) Strategize regarding additional edits to physician employee offer letter. | 0.80 | at 0.00 /hr.= | $0.00 |
| 06/04/26 | KLW | Make additional edits to employment offer letter. | 0.70 | at 1,000.00 /hr.= | $700.00 |
| 06/04/26 | MJN | (No Charge) Edit and provide comments to terminate offer of employment letter. | 0.70 | at 0.00 /hr.= | $0.00 |
| 06/12/26 | ADSC | Finalize COF 4th Amendment; correspond with A. Orzo re the same. | 0.30 | at 1,100.00 /hr.= | $330.00 |

Services Total:     11.50     $9,857.50

## Professional Services Summary

| Service Provider | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Kate L. Pamperin | KLW | Associate | 6.90 | $884.06 | $6,100.00 |
| Mark J. Neuberger | MJN | Of Counsel | 0.70 | $0.00 | $0.00 |
| Adam J. Hepworth | AJHE | Partner | 3.20 | $917.97 | $2,937.50 |
| Thomas (T.J.) Ferrante | TBF | Partner | 0.40 | $1,225.00 | $490.00 |
| Adam S. Cooper | ADSC | Senior Counsel | 0.30 | $1,100.00 | $330.00 |
| **Totals** | | | **11.50** | | **$9,857.50** |



**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  July 07, 2026
Invoice No.:  51331428
Our Ref. No.:  125408-0109

## Remittance Advice

Re:  OCP - California Attorney General Matter

**Current Invoice:**

| | |
|---|---|
| 07/07/26 - 51331428 | $13,565.00 |
| **Total Amount Due:** | **$13,565.00** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
  **(foreign wires only)**



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  July 7, 2026
Invoice No.: 51331428
Our Ref. No.: 125408-0109

Services through June 14, 2026

Amount due for professional services rendered regarding                $13,565.00
OCP - California Attorney General Matter

                                        **Total Amount Due:**        **$13,565.00**

**Please reference your invoice number 51331428 with your remittance payable to Foley & Lardner LLP.  Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**Carbon Health Technologies, Inc.**                                                    Page  2
Our Ref. No.:125408-0109                                                    Foley & Lardner LLP
Invoice No.: 51331428                                                          July 07, 2026

**Professional Services Detail**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/08/26 | AJHE | Review and comment on exit facility documents, including Security Agreement and Collateral Assignment, to ensure corporate practice of medicine compliance. | 0.60 | at 1,175.00 /hr.= | $705.00 |
| 06/08/26 | JAME | Comment on disclosures to state AG. | 0.30 | at 1,525.00 /hr.= | $457.50 |
| 06/08/26 | TBF | Analyze strategy for communicating re-domestication structure to the California Attorney General. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 06/09/26 | AJHE | Review and revise draft update to California AG regarding bankruptcy restructuring and re-domestication of California PC. | 0.30 | at 1,175.00 /hr.= | $352.50 |
| 06/09/26 | AJHE | Conference with client and bankruptcy counsel regarding re-domestication of California PC and notification to California Attorney General of same. | 0.50 | at 1,175.00 /hr.= | $587.50 |
| 06/09/26 | TBF | Attend call with Carbon Health team and bankruptcy counsel to discuss communication to the California AG relating to the re-domestication; Prepare talking points for bankruptcy counsel regarding same. | 1.00 | at 1,225.00 /hr.= | $1,225.00 |
| 06/10/26 | AJHE | Confer with T.J. Ferrante and J. Mehta regarding revisions to injunction to address bankruptcy restructuring changes to California entities. | 0.60 | at 1,175.00 /hr.= | $705.00 |
| 06/10/26 | AJHE | Analyze potential revisions to injunction language. | 0.50 | at 1,175.00 /hr.= | $587.50 |
| 06/10/26 | JAME | Call with TJ Ferrante and A.Hepworth regarding inclusion of Virginia entity for purposes of releases. | 0.80 | at 1,525.00 /hr.= | $1,220.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0109
Invoice No.: 51331428

Page 3
Foley & Lardner LLP
July 07, 2026

| | | | | | |
|---|---|---|---|---|---|
| 06/10/26 | TBF | Discuss correspondence from California Attorney General and corresponding impact and risks of listing re-domesticated Virginia entity. | 0.80 | at 1,225.00 /hr.= | $980.00 |
| 06/10/26 | TBF | Review language in stipulation to determine risk areas associated with including re-domesticated entity. | 1.20 | at 1,225.00 /hr.= | $1,470.00 |
| 06/11/26 | AJHE | Review and comment on draft collateral assignment of practice documents. | 0.40 | at 1,175.00 /hr.= | $470.00 |
| 06/11/26 | AJHE | Conference with client regarding revisions to stipulation and injunction based on bankruptcy reorganization. | 0.60 | at 1,175.00 /hr.= | $705.00 |
| 06/11/26 | JAME | Call with client regarding Virginia entity/disclosure to CA DOJ. | 0.40 | at 1,525.00 /hr.= | $610.00 |
| 06/11/26 | TBF | Prepare for and attend call with client team and FSI legal counsel to discuss communications with the California Attorney General. | 0.80 | at 1,225.00 /hr.= | $980.00 |
| 06/11/26 | TBF | Review updated stipulation incorporating new California entities and removing re-domesticated California entity. | 0.40 | at 1,225.00 /hr.= | $490.00 |
| 06/12/26 | JAME | Follow up on outreach to CA AG and revisions to stipulation. | 0.20 | at 1,525.00 /hr.= | $305.00 |
| 06/12/26 | TBF | Review and respond to multiple correspondence and attend calls to discuss revisions to settlement agreement with the California AG relating to removing the Virginia re-domesticated entity from the California AG stipulation. | 0.90 | at 1,225.00 /hr.= | $1,102.50 |

Services Total:   10.80   $13,565.00

**Carbon Health Technologies, Inc.**                                            Page  4
Our Ref. No.:125408-0109                                              Foley & Lardner LLP
Invoice No.: 51331428                                                    July 07, 2026

## Professional Services Summary

| Service Provider | Initials | Title | Hours | Rate | Amount |
|------------------|----------|-------|------:|-----:|-------:|
| Adam J. Hepworth | AJHE | Partner | 3.50 | $1,175.00 | $4,112.50 |
| Jason Mehta | JAME | Partner | 1.70 | $1,525.00 | $2,592.50 |
| Thomas (T.J.) Ferrante | TBF | Partner | 5.60 | $1,225.00 | $6,860.00 |
| **Totals** | | | **10.80** | | **$13,565.00** |



**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  July 07, 2026
Invoice No.:  51331429
Our Ref. No.:  125408-0110

## Remittance Advice

Re:  OCP - BK Employment Retention/Fee

**Current Invoice:**

| | |
|---|---|
| 07/07/26 - 51331429 | $2,302.00 |
| **Total Amount Due:** | **$2,302.00** |

**Please mail check payments to:**

**Foley & Lardner LLP
P.O. Box 78470
Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP
U.S. Bank, NA
777 E. Wisconsin Ave.
Milwaukee, WI 53202
ABA No.: 075000022
Acct No.: 112031389
Swift Code: USBKUS44IMT
   (foreign wires only)**



**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  July 7, 2026
Invoice No.: 51331429
Our Ref. No.: 125408-0110

Services through June 14, 2026

Amount due for professional services rendered regarding                $2,302.00
OCP - BK Employment Retention/Fee

**Total Amount Due:**            **$2,302.00**

**Please reference your invoice number 51331429 with your remittance payable to Foley & Lardner LLP.  Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**Carbon Health Technologies, Inc.**                                Page  2
Our Ref. No.:125408-0110                                   Foley & Lardner LLP
Invoice No.: 51331429                                            July 07, 2026

---

## Professional Services Detail

| | | | | | |
|---|---|---|---|---|---|
| 06/09/26 | JCH | Prepare draft of Foley First Interim Fee Application and proposed order. | 2.20 | at 485.00 /hr.= | $1,067.00 |
| 06/10/26 | JCH | Revise Foley First Interim Fee Application and proposed order. | 1.00 | at 485.00 /hr.= | $485.00 |
| 06/10/26 | MJW | Review and revise first quarter fee application and proposed order and forward to James O'Neil with cover memo. | 0.50 | at 1,500.00 /hr.= | $750.00 |

Services Total:            3.70        $2,302.00

## Professional Services Summary

| Service Provider | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Janelle C. Harrison | JCH | Paralegal | 3.20 | $485.00 | $1,552.00 |
| Mark J. Wolfson | MJW | Partner | 0.50 | $1,500.00 | $750.00 |
| **Totals** | | | **3.70** | | **$2,302.00** |



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  July 07, 2026
Invoice No.:  51331430
Our Ref. No.:  125408-0111

## Remittance Advice

Re:  OCP - PC Restructuring

**Current Invoice:**

| | |
|---|---|
| 07/07/26 - 51331430 | $104,295.00 |
| **Total Amount Due:** | **$104,295.00** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
  **(foreign wires only)**



**FOLEY & LARDNER LLP**
100 NORTH TAMPA STREET
SUITE 2700
TAMPA, FL 33602-5810
TELEPHONE (813) 229-2300
FACSIMILE (813) 221-4210
WWW.FOLEY.COM

Carbon Health Technologies
55 Pacific Avenue
San Francisco, CA 94131

Date:  July 7, 2026
Invoice No.: 51331430
Our Ref. No.: 125408-0111

Services through June 14, 2026

Amount due for professional services rendered regarding          $104,245.00
OCP - PC Restructuring

                              Total Expenses:          $50.00
                                                  _____
                    **Total Amount Due:**          **$104,295.00**

**Please reference your invoice number 51331430 with your remittance payable to Foley & Lardner LLP.  Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**Carbon Health Technologies, Inc.**                                                          Page  2
Our Ref. No.:125408-0111                                                    Foley & Lardner LLP
Invoice No.: 51331430                                                              July 07, 2026

---

## Professional Services Detail

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/02/26 | ADSC | Review restructuring transactions memorandum. | 0.50 | at 1,100.00 /hr.= | $550.00 |
| 06/01/26 | ADSC | Correspond with A. Hepworth re states where Carbon operates. | 0.20 | at 1,100.00 /hr.= | $220.00 |
| 06/01/26 | AFD | File IRS Form 8823. | 1.40 | at 525.00 /hr.= | $735.00 |
| 06/03/26 | ADSC | Revise CA lab registration advance notice and draft CA lab registration list and correspond with C. Solomon re the same. | 2.00 | at 1,100.00 /hr.= | $2,200.00 |
| 06/03/26 | TBF | Review draft letter to the CA Laboratory Field Services and follow-up on re-domestication questions. | 0.40 | at 1,225.00 /hr.= | $490.00 |
| 06/04/26 | ADSC | Review guidance re local agency submission requirements for CA Medical Waste registrations. | 1.20 | at 1,100.00 /hr.= | $1,320.00 |
| 06/04/26 | ADSC | Review law and guidance re California Fictitious Name Permits filing requirements and correspond with CA Medical Board re the same. | 1.50 | at 1,100.00 /hr.= | $1,650.00 |
| 06/04/26 | TBF | Begin review of exit facility loan documents with FSI. | 0.90 | at 1,225.00 /hr.= | $1,102.50 |
| 06/04/26 | TBF | Review and analyze questions from FSI legal counsel relating to transition issues. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 06/04/26 | TBF | Review questions from Christina Solomon relating to California fictitious name permits and medical waste permits. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 06/04/26 | TBF | Review and provide additional comments to draft model physician offer letter. | 0.40 | at 1,225.00 /hr.= | $490.00 |
| 06/05/26 | ADSC | Continue review of CA Medical Waste local jurisdictional filing requirements and draft summary table re the same. | 2.20 | at 1,100.00 /hr.= | $2,420.00 |

**Carbon Health Technologies, Inc.**
Our Ref. No.:125408-0111
Invoice No.: 51331430

Page  3
Foley & Lardner LLP
July 07, 2026

| | | | | | |
|---|---|---|---|---|---|
| 06/05/26 | EC | Research on rules in Delaware and California on re-domestication of professional corporations. | 0.80 | at 1,425.00 /hr.= | $1,140.00 |
| 06/05/26 | TBF | Continue to review and revise draft exit facility loan documents with FSI. | 2.20 | at 1,225.00 /hr.= | $2,695.00 |
| 06/05/26 | TBF | Review questions from Laura Estefania Rodriguez relating to medical waste matrix. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 06/07/26 | EMHE | Strategize regarding PC-MSO contract sets for newly formed clinical entities. | 0.10 | at 1,150.00 /hr.= | $115.00 |
| 06/07/26 | TBF | Review and provide comments to draft exit facility loan documents with FSI and submit to Carbon Health bankruptcy counsel. | 5.90 | at 1,225.00 /hr.= | $7,227.50 |
| 06/07/26 | TBF | Work on updating model "friendly PC" contract sets for California professional corporations and non-California professional corporations. | 2.10 | at 1,225.00 /hr.= | $2,572.50 |
| 06/08/26 | ADSC | Prepare for and attend call re transition services agreement. | 1.50 | at 1,100.00 /hr.= | $1,650.00 |
| 06/08/26 | CHGA | Draft exemplar friendly PC contracts and organizational consents for operationalized California and non-California professional entities. | 7.70 | at 700.00 /hr.= | $5,390.00 |
| 06/08/26 | EMHE | Telephone call with C. Solomon and Salvatore Mule of Carbon Health in connection with transition services agreements. | 0.80 | at 1,150.00 /hr.= | $920.00 |
| 06/08/26 | EMHE | Strategize regarding drafting of PC-MSO contract set documents for newly created entities. | 1.00 | at 1,150.00 /hr.= | $1,150.00 |
| 06/08/26 | SGG | Reserve names with appropriate state secretaries. | 0.40 | at 1,000.00 /hr.= | $400.00 |
| 06/08/26 | TBF | Prepare for and attend call with Carbon Health team and bankruptcy counsel to discuss questions relating to TSAs. | 0.70 | at 1,225.00 /hr.= | $857.50 |

**Carbon Health Technologies, Inc.**                                       Page  4
Our Ref. No.:125408-0111                                          Foley & Lardner LLP
Invoice No.: 51331430                                                   July 07, 2026

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/08/26 | TBF | Review edits to exit loan agreement sent by bankruptcy counsel to inform additional healthcare regulatory edits and submit to Carbon health bankruptcy counsel. | 1.10 | at 1,225.00 /hr.= | $1,347.50 |
| 06/08/26 | TBF | Review work plan sent by FSI legal counsel relating to re-domestication. | 0.90 | at 1,225.00 /hr.= | $1,102.50 |
| 06/09/26 | ADSC | Draft Transition Professional Services and Billing Agreement. | 4.20 | at 1,100.00 /hr.= | $4,620.00 |
| 06/09/26 | ADSC | Finalize CA Medical Waste registration filing procedure analysis and prepare for and attend call with C. Solomon and L. Rodriguez re the status of licensure filing process. | 2.50 | at 1,100.00 /hr.= | $2,750.00 |
| 06/09/26 | ADSC | Correspond with T. Ferrante and S. Mule re CLIA regulatory and billing implications for transition services structure. | 0.80 | at 1,100.00 /hr.= | $880.00 |
| 06/09/26 | CHGA | Update exemplar friendly PC contracts and organizational consents for operationalized California and non-California professional entities to reflect more accurately client's operational realities. | 4.60 | at 700.00 /hr.= | $3,220.00 |
| 06/09/26 | EC | Attention to domestication documents. | 1.10 | at 1,425.00 /hr.= | $1,567.50 |
| 06/09/26 | EMHE | Strategize regarding re-domestication process for Carbon Health Medical Group of California, P.C. | 1.10 | at 1,150.00 /hr.= | $1,265.00 |
| 06/09/26 | EMHE | Prepare PC-MSO contracts for newly created affiliated medical practices. | 2.80 | at 1,150.00 /hr.= | $3,220.00 |
| 06/09/26 | EMHE | Telephone call with C. Solomon and L. Rodriguez regarding licensing transitions. | 0.40 | at 1,150.00 /hr.= | $460.00 |
| 06/09/26 | SGG | Draft and prepare conversion documents for VA; confirm names with agent. | 4.20 | at 1,000.00 /hr.= | $4,200.00 |

**Carbon Health Technologies, Inc.**                                      Page  5
Our Ref. No.:125408-0111                                           Foley & Lardner LLP
Invoice No.: 51331430                                                  July 07, 2026

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/09/26 | TBF | Work on various questions relating to California PC re-domestication issues, including corporate conversion, name change, and corresponding risk to payor contracts. | 2.80 | at 1,225.00 /hr.= | $3,430.00 |
| 06/09/26 | TBF | Review and revise draft Transition Services Agreement. | 0.80 | at 1,225.00 /hr.= | $980.00 |
| 06/09/26 | TBF | Revise model set of "Friendly PC" contract to be used for non-California PC entities and model set of "Friendly PC" contracts to be used for California PC entities; Submit to Carbon Health and FSI teams for review. | 1.30 | at 1,225.00 /hr.= | $1,592.50 |
| 06/10/26 | ADSC | Review edits to and finalize transition services agreement. | 2.50 | at 1,100.00 /hr.= | $2,750.00 |
| 06/10/26 | SGG | Resolve open issues with working group regarding conversion documents. | 1.30 | at 1,000.00 /hr.= | $1,300.00 |
| 06/10/26 | TBF | Review documents for conversion of Carbon Health Medical Group of California PC from California into Virginia. | 0.90 | at 1,225.00 /hr.= | $1,102.50 |
| 06/10/26 | TBF | Review, analyze, and respond to questions from Christina Solomon relating to process for forecasting and subsequently amending the management fee amounts. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 06/10/26 | TBF | Correspond with FSI legal counsel relating to re-domestication in Virginia instead of Delaware. | 0.40 | at 1,225.00 /hr.= | $490.00 |
| 06/10/26 | TBF | Review status tracker for licensing and permits. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 06/11/26 | ADSC | Correspond with C. Solomon re updates for duplication of transition services agreement. | 0.40 | at 1,100.00 /hr.= | $440.00 |

**Carbon Health Technologies, Inc.**                                   Page  6
Our Ref. No.:125408-0111                                     Foley & Lardner LLP
Invoice No.: 51331430                                            July 07, 2026

| 06/11/26 | CHGA | Attention to operational status of client's various entities, and assist in advising client of next steps regarding to-be-operationalized entities. | 3.20 | at 700.00 /hr.= | $2,240.00 |
|---|---|---|---|---|---|
| 06/11/26 | EMHE | Strategize regarding re-emergence actions and PC-MSO contracts sets with newly formed Carboin Health affiliated entities and redomestication documentation for Carbon Health Medical Group of California as a Virginia entity and correspondence with C. Solomon in connection with the same. | 3.50 | at 1,150.00 /hr.= | $4,025.00 |
| 06/11/26 | SGG | Update and revise all conversion documents and resolve all open issues with working group. | 2.30 | at 1,000.00 /hr.= | $2,300.00 |
| 06/11/26 | TBF | Review revised Collateral Assignment of Practice Documents and prepare and send summary of corporate practice risk to client. | 1.10 | at 1,225.00 /hr.= | $1,347.50 |
| 06/11/26 | TBF | Analyze and discuss PC formations and potential dissolutions as part of restructuring process. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 06/11/26 | TBF | Analyze and respond to questions from Christina Solomon relating to completing Friendly PC contracts for California PCs and non-California PCs. | 0.40 | at 1,225.00 /hr.= | $490.00 |
| 06/11/26 | TBF | Review FSI edits to the exit loan agreement and send responsive comments to Carbon Health bankruptcy counsel. | 1.00 | at 1,225.00 /hr.= | $1,225.00 |
| 06/11/26 | TBF | Review revisions and comments to the Transition Professional Services and Billing Agreement sent by Carbon Health team and Carbon Health bankruptcy counsel. | 0.50 | at 1,225.00 /hr.= | $612.50 |
| 06/11/26 | TBF | Review and revise Carbon Health entity chart. | 0.60 | at 1,225.00 /hr.= | $735.00 |

**Carbon Health Technologies, Inc.**                                          Page  7
Our Ref. No.:125408-0111                                          Foley & Lardner LLP
Invoice No.: 51331430                                                  July 07, 2026

---

| 06/12/26 | CAER | Attention to filing restructuring documents. | 0.60 | at 700.00 /hr.= | $420.00 |
|---|---|---|---|---|---|
| 06/12/26 | CHGA | Draft Assignable Option Agreement for re-domesticated Carbon Health Medical Group of California, P.C. | 1.20 | at 700.00 /hr.= | $840.00 |
| 06/12/26 | EMHE | Strategize regarding Carbon Health re-emergence activities in connection with licensure and entity formation workstreams. | 0.30 | at 1,150.00 /hr.= | $345.00 |
| 06/12/26 | EMHE | Prepare edits to Assignable Option Agreement form between Dr. Mandavia and Dr. Mule and Assignable Option Agreement for non-California entities. | 1.50 | at 1,150.00 /hr.= | $1,725.00 |
| 06/12/26 | SGG | Finalize all conversion documents; file conversion documents with appropriate entity and resolve all open issues with working group. | 3.80 | at 1,000.00 /hr.= | $3,800.00 |
| 06/12/26 | TBF | Review requested changes to California Assignable Option Agreement from Dr. Mulè; Respond to follow up questions from Christina Solomon regarding same. | 0.70 | at 1,225.00 /hr.= | $857.50 |
| 06/12/26 | TBF | Review schedules to loan agreement with FSI; Review and respond to health care regulatory edits made by FSI legal counsel; Prepare for and attend call with FSI legal counsel regarding same; Prepare additional changes to the Collateral Assignment of Practice Documents to reflect discussions with FSI legal counsel. | 3.90 | at 1,225.00 /hr.= | $4,777.50 |
| 06/12/26 | TBF | Prepare and send client update on Virginia re-domestication status. | 0.30 | at 1,225.00 /hr.= | $367.50 |
| 06/13/26 | TBF | Review executed versions of PC-MSO agreements for California and Non-California practice entities and Transition Services Agreements. | 1.20 | at 1,225.00 /hr.= | $1,470.00 |
| 06/13/26 | TBF | Review emails relating to outstanding punch list items in preparation for emergence deadline. | 0.50 | at 1,225.00 /hr.= | $612.50 |

**Carbon Health Technologies, Inc.**                                              Page  8
Our Ref. No.:125408-0111                                               Foley & Lardner LLP
Invoice No.: 51331430                                                      July 07, 2026

---

| 06/14/26 | TBF | Review questions relating to incomplete portions of Business Support Services Agreements. | 0.40 | at 1,225.00 /hr.= | $490.00 |
| 06/14/26 | TBF | Review fully compiled and executed copies of written consents and operating agreements. | 0.30 | at 1,225.00 /hr.= | $367.50 |

|  |  |  | Services Total: | 97.90 | $104,245.00 |

## Professional Services Summary

| Service Provider | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Callie M. Ericksen | CAER | Associate | 0.60 | $700.00 | $420.00 |
| Chana L. Gandelsman | CHGA | Associate | 16.70 | $700.00 | $11,690.00 |
| Saige G. Gallop | SGG | Associate | 12.00 | $1,000.00 | $12,000.00 |
| Andrew F. Dunstan | AFD | Paralegal | 1.40 | $525.00 | $735.00 |
| Eric Chow | EC | Partner | 1.90 | $1,425.00 | $2,707.50 |
| Thomas (T.J.) Ferrante | TBF | Partner | 34.30 | $1,225.00 | $42,017.50 |
| Adam S. Cooper | ADSC | Senior Counsel | 19.50 | $1,100.00 | $21,450.00 |
| Evan M. Hellman | EMHE | Senior Counsel | 11.50 | $1,150.00 | $13,225.00 |
| **Totals** |  |  | **97.90** |  | **$104,245.00** |

## Expenses Incurred

| Description | Amount |
|---|---|
| Recording/Filing Fees--VENDOR: U.S. BANK 05/27/26 CA SOS receipt -. | $25.00 |
| Recording/Filing Fees--VENDOR: U.S. BANK 05/20/26 CA sec of state (125408-0111) -. | $25.00 |
| **Expenses Incurred Total** | **$50.00** |