**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CARBON HEALTH TECHNOLOGIES, INC., et al., | Case No. 26-90306 (CML) |
| Debtors. [1] | (Jointly Administered) |

**FINAL ORDER ALLOWING COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF FOLEY & LARDNER LLP**

(Related Docket No. _____)

The Court has considered the *Second and Final Application for Compensation and Reimbursement of Expenses* (the "Application") filed by Foley & Lardner LLP (the "Applicant").

The Court orders:

1.      Applicant is allowed compensation and reimbursement of expenses in the amount of $1,233,209.04 for the period set forth in the application.

2.      The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3.      Foley is authorized to draw down and apply its retainer of $29,750.00, as partial payment of the fees and expenses awarded herein.

4.      The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 and 2 of this Order.

Dated:_____, 2026

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth.

4930-9085-3560.1