**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CARBON HEALTH TECHNOLOGIES, INC, *et al.*, | 26-90306 (CML) |
| Reorganized Debtors. [1] | (Jointly Administered) |

**ORDER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS**

(Related Docket No. ____)

Upon the motion (the "Motion")[2] of Carbon Health Technologies, Inc,, *et al.*, the above-captioned reorganized debtors (the "Reorganized Debtors") and META Advisors LLC in its capacity as the Litigation Trustee of the Carbon Health Litigation Trust (the "Litigation Trustee" and together with the Reorganized Debtors, the "Movants") for an order extending the Claims Objection Deadline by 270 days, through and including September 10, 2027, without prejudice to Movants' right to seek additional extension thereof, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/CarbonHealth. The Reorganized Debtors' address is 2920 Telegraph Ave., Berkeley, CA 94705.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Claims Objection Deadline is hereby extended through and including September 10, 2027 as to Claims of all priority levels, without prejudice to the Reorganized Debtors' or the Litigation Trustee's right to seek further extensions thereof.

2. This Court shall retain exclusive jurisdiction and power with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: December ___, 2026

______________________________________

CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE